IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.   ROBERT B. KNOWLTON,

        Defendant.

---

**INDICTMENT**
Title 16, United States Code, Section 470ee (b) (2)
Title 18, United States Code, Section 2314
Title 18, United States Code, Section 2

---

The Grand Jury charges:

**COUNT ONE**

On or about July 17, 2008, in the State and District of Colorado, ROBERT B. KNOWLTON, the defendant herein, did knowingly sell and offer to sell an archaeological resource, to wit: a cloud blower pipe, which was removed from public lands in violation of Federal law, which resource was valued in excess of $500.

All in violation of Title 16, United States Code, Section 470ee (b) (2).

## COUNT TWO

On or about July 17, 2008, in the State and District of Colorado, ROBERT B. KNOWLTON, the defendant herein, did knowingly sell and offer to sell an archaeological resource, to wit: a Midland point, which was removed from public lands in violation of Federal law, which resource was valued in excess of $500.

All in violation of Title 16, United States Code, Section 470ee (b) (2).

## COUNT THREE

On or about July 17, 2008, in the State and District of Colorado, ROBERT B. KNOWLTON, the defendant herein, did knowingly sell and offer to sell an archaeological resource, to wit: a Hell Gap knife, which was removed from public lands in violation of Federal law, which resource was valued in excess of $500.

All in violation of Title 16, United States Code, Section 470ee (b) (2).

## COUNT FOUR

On or about July 18, 2008, in the State and District of Colorado, ROBERT B. KNOWLTON, the defendant herein, did knowingly transport and cause to be transported from Colorado to Utah archaeological resources, to wit:

1. A Cloud Blower pipe, which was removed from public lands in violation of Federal law, which resource was valued in excess of $500,

2. A Midland Point , which was removed from public lands in violation of Federal law, which resource was valued in excess of $500, and

3. A Hell Gap knife, which was removed from public lands in violation of Federal law, which resource was valued in excess of $500.

All in violation of Title 16, United States Code, Section 470ee (b)(2) and Title 18, United States Code, Section 2.

## COUNT FIVE

On or about July 18, 2008, in the State and District of Colorado, ROBERT B. KNOWLTON, the defendant herein, did transport, transmit, and transfer and did cause to be transported, transmitted and transferred from Colorado to Utah in interstate commerce goods, wares, and merchandise to wit:

1. A Cloud Blower pipe, which was removed from public lands in violation of Federal law, which resource was valued in excess of $500, and was sold for $750.

2. A Midland Point , which was removed from public lands in violation of Federal law, which resource was valued in excess of $500, and was sold for $3,000.

3. A Hell Gap knife, which was removed from public lands in violation of Federal law, which resource was valued in excess of $500, and was sold for $3,000.

with a value of $5,000 or more knowing the same to have been stolen, converted, or taken by fraud.

All in violation of Title 18,  United States Code, Section 2314 and 2.

A TRUE BILL

<u>Ink signature on file in the clerk's office</u>
FOREPERSON

DAVID M. GAOUETTE
United States Attorney


By:     s/Robert E. Mydans
        Robert E. Mydans
        Assistant United States Attorneys
        1225 Seventeenth Street, Suite 700
        Denver, Colorado 80202
        (303) 454-0234 (303) 454-0402 (fx)
        bob.mydans@usdoj.gov

4