(Rev. 04/07)  DATE:8/25/09

| | |
|---|---|
| DEFENDANT: | ROBERT B. KNOWLTON |
| YOB: | 1943 |
| ADDRESS (CITY/STATE): | Grand Junction, CO |

COMPLAINT FILED?  _____ YES   __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____
    IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  _____ YES   __X__ NO

    IF NO, A NEW WARRANT IS REQUIRED

OFFENSE:  Counts 1-4: 16 U.S.C. §470ee (b) (2)
Sale of, offer to sell, and transport of an archaeological resource
Count 5: 18 U.S.C. §2314
Interstate transportation of stolen property

LOCATION OF OFFENSE (COUNTY/STATE): Larimer County, Colorado

PENALTY:  Counts 1-4: NMT 2 years of imprisonment, a fine of NMT $20,000 or both fine and imprisonment; NMT 1 year supervised release; restitution; $100 special assessment fee.
Count 5: NMT 10 years of imprisonment, a fine of NMT than $250,000 or both fine and imprisonment, NMT 3 years supervised release, restitution: $100 special assessment fee.

AGENT:  SA David K. Moore
Bureau of Land Management

AUTHORIZED BY:  Robert E. Mydans
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

__X__ five days or less   _____ over five days   _____ other

THE GOVERNMENT

_____ will seek detention in this case   __x__ will **not** seek detention in this case

The statutory presumption of detention **is** or **is not** applicable to this defendant. **(Circle one)**

OCDETF CASE:   _____ Yes   __x__ No