UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Kristen L. Mix | Laura Blunkall |
| United States Magistrate Judge | Deputy Clerk |
| Case Number: 09-cr-00383-PAB | FTR KLM PM |

September 14, 2009

| | |
|---|---|
| UNITED STATES OF AMERICA | Robert Mydans |
| v. | |
| ROBERT KNOWLTON | Without Counsel |

### INITIAL APPEARANCE

Court in Session: 1:59 pm

Court calls case and appearances of counsel.

Jerald Mason is present from pretrial services.

The defendant is advised of rights, charges and possible penalties.

The defendant advises the court he will retain private counsel.

Financial affidavit reviewed.

The court finds that the defendant qualifies for court appointed counsel.

The court appoints an attorney from the office of the Federal Public Defender.

Government is not seeking detention and requests the defendant be released on a personal recognizance bond.

Bond paperwork is signed and tendered to the court.

**ORDERED:** Court grants a personal recognizance bond with the conditions as set forth in the Order Setting Conditions Of Release.

**ORDERED:** Arraignment and discovery hearing set September 30, 2009

at 1:30 pm.

**ORDERED:** Defendant is continued on bond.

Court in recess: 2:06 pm

Total time: 7 minutes

Hearing concluded.