IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.09-cr-00383-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    Robert B. Knowlton,

    Defendant.

_____

GOVERNMENT MOTION FOR AN
ORDER PERMITTING DISCLOSURE OF GRAND JURY MATERIAL
_____

      COMES NOW the United States of America, by United States Attorney David M. Gaouette, and Assistant United States Attorney Robert E. Mydans, and hereby enters the Government's Motion for an Order Permitting the Disclosure Grand Jury Material in the above captioned case. Federal Rule of Criminal Procedure 6(e)(3)(D) provides that the Government may file this motion requesting disclosure <u>ex parte</u>. As grounds therefor the Government states:

      The Government has obtained testimony in the grand jury from one or more persons who may be called as trial witnesses. Early disclosure of transcripts of this testimony may assist the defendant in preparing for trial. The Government has also obtained and used in the grand jury certain documents or other evidence (exhibits). Again, early disclosure of these exhibits may assist the defendant in preparing for trial.

      Early disclosure of pertinent portions of the Grand Jury transcripts and/or exhibits used in the grand jury may be in the best interests of justice. In the course of preparation for trial and

during the conduct of certain pretrial matters and at trial, it may be appropriate to disclose to the defense portions of the Grand Jury transcripts pertaining to certain witnesses and grand jury exhibits for the limited purpose of preparing for and conducting trial and pretrial hearings involving such witnesses and exhibits.  See 18 U.S.C. §3500 and Federal Rules of Criminal Procedure Rules 26.2, 16 and 6(e)(3)(C)(I) and (e)(3)(D).

Pursuant to Rule 6 and Rule 16, the Government requests that the order permitting disclosure of the Grand Jury transcripts and/or other exhibits to defense attorneys contain requirements upon the defense attorneys to whom such material is released, requiring such defense attorneys to maintain control over the material, keeping it in their confidential files and under the control of their confidential employees.  The Government requests that the Grand Jury material so disclosed be strictly limited to use for the purposes of the above captioned case, to include any appeals taken, and for no other purpose until further order of Court.

Respectfully submitted this 8th day of October, 2009.

                                                DAVID M. GAOUETTE
                                                United States Attorney


                                                By:   Robert E. Mydans
                                                ROBERT E. MYDANS
                                                Assistant United States Attorney
                                                United States Attorney's Office
                                                1225 - 17th Street, Suite 700
                                                Denver, CO  80202
                                                Telephone: (303) 454-0100
                                                Fax:  (303) 454-0401
                                                E-mail:bob.mydans@usdoj.gov
                                                Attorney for Government

CERTIFICATE OF SERVICE

      I certify that on this 8th day of October, 2009, I electronically filed the foregoing GOVERNMENT MOTION FOR AN ORDER PERMITTING DISCLOSURE OF GRAND JURY MATERIAL with the Clerk of the Court using the CM/ECF system, which will provide a copy to the following counsel

Jeffrey S. Pagliuca

Email: jpagliuca@hmflaw.com

                                By:   Deborah Sisung
                                Legal Assistant to Robert E. Mydans
                                United States Attorney's Office
                                1225 - 17th Street, Suite 700
                                Denver, CO 80202
                                Telephone: (303) 454-0244
                                Fax: (303) 454-0402
                                E-mail: deborah.sisung@usdoj.gov