IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 09-cr-00383-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ROBERT B. KNOWLTON,

    Defendant.

_____

**ORDER PERMITTING DISCLOSURE OF GRAND JURY MATERIAL**
_____

This matter comes before the Court on the Government Motion for an Order Permitting Disclosure of Grand Jury Material [Docket No. 15]. The motion seeks permission to disclose grand jury materials to the defendant. The motion is made under Federal Rule of Criminal Procedure 6(e)(3)(D), which authorizes an attorney for the government to disclose grand jury materials involving foreign intelligence, counterintelligence, and foreign intelligence information to certain federal officials. Given that the subject matter of this case is archeological resources and Mr. Knowlton is not represented to be a federal official authorized to receive foreign intelligence information under Rule 6(e)(3)(D), it appears that the government intended to make its motion pursuant to Rule 6(e)(3)(E)(i). That section of Rule 6 permits the disclosure of grand jury materials "preliminarily to or in connection with a judicial proceeding." The Court will therefore construe the government's motion as one made under Rule 6(e)(3)(E)(i).

The government's motion establishes appropriate grounds for disclosure to the defendant. It is therefore

ORDERED that the United States Attorney's Office may disclose to the defendant and defense counsel pertinent portions of the transcripts of witnesses' testimony before the Grand Jury and/or other exhibits in the above captioned case after it has been determined by the Government that such witnesses may be called to testify at trial or that the other exhibits are relevant to the ongoing case. The defense attorneys are to maintain control over the material, keeping it in their confidential files and under the control of their confidential employees. This Order permits pretrial disclosure and usage of pertinent portions of the Grand Jury transcripts and other exhibits which would be disclosed pursuant to 18 U.S.C. § 3500 or Federal Rule of Criminal Procedure 26.2 and 16. It is further

ORDERED that the Grand Jury material so disclosed is to be used for the purposes of the above captioned case, to include any appeals taken, and for no other purpose until further order of Court. It is further

ORDERED that the United States Attorney's Office is directed to enclose a copy of this Order with any Grand Jury material disclosed pursuant to this Order.

DATED October 14, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge