IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00383-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.      ROBERT B. KNOWLTON,

      Defendant.

---

### MOTION FOR PRESERVATION AND PRODUCTION OF GOVERNMENT NOTES

---

Defendant, Robert Knowlton, by and through his counsel, Jeffrey S. Pagliuca, hereby moves this Honorable Court for an Order requiring the government to preserve for trial any notes taken by its agents of interviews with persons who are or may be witnesses at trial on the following grounds:

    1.    Investigative notes are discoverable where the agent testifies at trial, *see United States v. Gaston*, 608 F.2d 607 (5th Cir. 1979), or where the statements are adopted by witness or are substantially verbatim accounts, *see United States v. Miller*, 771 F.2d 1219 (9th Cir. 1985) and *United States v. Layton*, 564 F. Supp. 1391 (D. Or. 1983). The preservation of such notes will permit this Court to determine whether or not the notes must be produced pursuant to Fed.R.Crim.P. 16, the Jenks Act or *Brady v. Maryland*, 373 U.S. 83 (1963), *see United States v. Ammar*, 714 F.2d 238 (3rd Cir.), *cert. denied,* 464 U.S. 936 (1983) and *United States v. Griffin*, 659 F.2d (9th Cir.), *cert. denied*, 456 U.S. 949 (1982).

2. The government has an obligation to preserve all discoverable evidence gathered in a criminal investigation. *See*: *United States v. Pollack*, 417 F. Supp. 1332 (D.C. Mass. 1976), citing *United States v. Harrison*, 524 F.2d 421 (D.C. Cir. 1975); *United States v. Johnson*, 521 F.2d 1318 (9th Cir. 1975). *United States v. Harris*, 543 F.2d 1247 (9th Cir. 1976).

3. The notes of government agents may be an accurate source of information given that the notes are usually made contemporaneously with any witness interviews or perceived events. For defendant to effectively prepare for any pre-trial hearings or trial, discovery of this information is essential.

**WHEREFORE**, Defendant moves this Honorable Court for an order compelling the government to preserve its investigation notes and for production of such notes to Defendant.

DATED: December 14, 2009

Respectfully submitted,

s/Jeffrey S. Pagliuca
Jeffrey S. Pagliuca
150 East 10th Avenue
Denver, CO 80203
Telephone: (303) 831-7364
Facsimile: (303) 832-2628
*ATTORNEY FOR DEFENDANT*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2009, I electronically filed the foregoing **MOTION FOR PRESERVATION AND PRODUCTION OF GOVERNMENT NOTES** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Robert E. Mydans
Assistant United States Attorney
Bob.Mydans@usdoj.gov

 s/Angela Duran
Angela Duran