IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00383-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ROBERT B. KNOWLTON,

    Defendant.

## MOTION FOR DISCOVERY

Defendant, Robert B. Knowlton, by and through his counsel, Jeffrey S. Pagliuca, respectfully moves this Honorable Court for an Order of discovery pursuant to Rules 16 and 801(d)(2)(E) of the Federal Rules of Criminal Procedure, *Brady v. Maryland*, 373 U.S. 83 (1963), and *Bruton v. United States*, 391 U.S. 123, 131 (1968), directing the Government to disclose the following material:

### RULE 16 - MATERIAL

1.    Pursuant to Rule 16(a)(1)(A), all relevant written or recorded statements made by the Defendant and the contents of all oral statements or confessions or admissions made by the Defendant, whether or not subsequently memorialized in writing.

2.    Pursuant to Rule 16(a)(1)(B), Defendant's prior criminal record.

3.    Pursuant to Rule 16(a)(1)(C), all physical evidence, hand written documents, all photographs, books, papers, documents, objects, or copies or portions thereof, which are material to the preparation of the Defendant's defense or are intended for use by the Government as evidence in chief at the trial, or were obtained from or belong to the Defendant.

4. Pursuant to Rule 16(a)(1)(D), copies of the results of reports of scientific tests or experiments which are material to the preparation of the defense or are intended for use by the Government as evidence in chief at trial.

### F.R.E. 608 AND 404(B), MATERIAL
### TO BE OFFERED AGAINST DEFENDANTS

5. Any and all evidence regarding the Defendant's character, evidence of other crimes, wrongs, or acts of any specific acts of untruthfulness on the part of Defendant in the Government's possession or knowledge that may be offered into evidence pursuant to F.R.E. 608 and 404(b).

6. Federal Rules of Evidence 608(a) and 404(b) require that a foundation be laid before the admission of any evidence of impeachment against any Defendant. Notice is required of any such evidence that the Government intends to introduce against any Defendant charged in this indictment so that this Court may evaluate the evidence's admissibility pursuant to Rule 104 of the Federal Rules of Evidence.

### 801(d)(2)(A),(B) AND D,
### AND 804(b)(3) MATERIAL

7. All statements of third parties who are not prospective witnesses. These statements are not Jencks Act statements and are not statements of the Defendant. Such statements are discoverable as "documents" and are material to the preparation of the Defendant's defense in that they are likely to contain *Brady* material. *United States v. Klauber*, 611 F.2d 512, 515 (4th Cir. 1979); *United States v. Turkish*, 458 F.Supp. 874, 882 (S.D.N.Y. 1978); *United States v. Konefal*, 458 F.Supp. 698, 706 (N.D.N.Y. 1983); *United States v. Gallo*, 654 F.Supp. 463, 478 (E.D.N.Y. 1987) (non-witness co-conspirator's statements should be disclosed to defendants whenever government intends to use statements at trial as admission attributable to

defendant); *United States v. Bloom*, 78 F.R.D. 591, 681 (E.D. Pa. 1977) (government should disclose co-defendants' statements under conspiracy indictment since Fed. R. Evid. 801(d)(2)(E) exempts such statements from the hearsay rule); *United States v. Fine*, 413 F.Supp. 740 (W.D. Wis. 1976); and *United States v. Gleason*, 265 F.Supp. 880 (S.D.N.Y. 1967).

**WHEREFORE**, Mr. Knowlton respectfully requests that this Honorable Court enter an order requiring the government to disclose the above-referenced material to the Defendant in sufficient time for Defendant to investigate and prepare his defense at trial.

DATED:  December 14, 2009

Respectfully submitted,

 s/Jeffrey S. Pagliuca
Jeffrey S. Pagliuca
150 East 10th Avenue
Denver, CO 80203
Telephone:  (303) 831-7364
Facsimile:  (303) 832-2628
ATTORNEY FOR DEFENDANT

4

**CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2009, I electronically filed the foregoing **MOTION FOR DISCOVERY** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Robert E. Mydans
Assistant United States Attorney
Bob.Mydans@usdoj.gov

                                          s/Angela Duran
                                          Angela Duran