IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00383-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ROBERT B. KNOWLTON,

    Defendant.

---

**MOTION FOR DISCLOSURE OF IDENTITY OF CONFIDENTIAL INFORMANTS
AND PRODUCTION OF EVIDENCE**

---

Defendant, Robert Knowlton, by and through his counsel, Jeffrey S. Pagliuca, respectfully moves this Honorable Court for the entry of an Order directing the government to disclose the following information about any confidential informants utilized in the investigation that resulted in this indictment, pursuant to *Roviaro v. United States*, 353 U.S. 53 (1957); *Brady v. Maryland*, 373 U.S. 83 (1963); *United States v. Tucker*, 552 F.2d 202 (7th Cir. 1977); *United States v. Price*, 783 F.2d 1132 (4th Cir. 1986); *United States v. Opager*, 589 F.2d 799 (5th Cir. 1979); Rule 16, Fed.R.Crim.P., and the Due Process Clause of the Fifth Amendment to the United States Constitution:

    1.    The name of the informants and any other names by which the informants are known.

    2.    The criminal record of the informants and any criminal investigation in which the informants were mentioned.

3.  All inducements, promises, compensation or other things of value received by the informants or promised to them in connection with this case, or cooperation with government personnel including the following schedule of any payments made to the informants:

    (a)  dates and amounts of payments;

    (b)  who determined how much and whether the informants were to be paid;

    (c)  if an arrest or a conviction affected the amount paid;

    (d)  if the informants testified affected the amount paid.

4.  All charges presently pending against any informants, whether in state or federal courts which are known to the government or which can be learned of by the use of reasonable diligence.

5.  The contents of all discussions held with these informants by agents of the government, the names of such agents who engaged in the discussions, and all matters which were discussed which could be reasonably construed as an inducement to the informants to cooperate with government personnel.

6.  The contents of all discussions held with any agent of these informants, including their counsel or attorneys, concerning any inducements which were offered or would be offered for cooperation with the government.

7.  Any inducements offered to any members of the family of the informants to induce their cooperation.

8.  Any threats made to the informants to members of their family, or to other persons by government personnel or persons acting on their behalf with their authority or their knowledge to secure cooperation of the informants.

9. All matters known to the government which adversely reflect upon the credibility of the informants.

10. A list of all criminal offenses the government knows about or believes the informants committed. *See*, *United States v. Ray*, 731 F.2d 1361 (9th Cir. 1984).

11. Whether the informants are now or ever were narcotics users or addicts.

12. Whether the informants are now or ever were alcohol users or addicts.

13. Whether the informants are now or ever were undergoing psychiatric treatment.

14. Whether the informants are currently on probation, parole, or, his/her bond status; are under investigation by any law enforcement agency, or working as an informant.

15. Whether there exists an immunity agreement, the letter or grant of immunity, and the extent of immunity offered.

16. All assurance of lenient treatment during sentencing in any case related to this cause, or any other pending criminal matter.

**WHEREFORE**, Mr. Knowlton requests this Court order the government to produce all of the information requested above.

DATED:  December 14, 2009

Respectfully submitted,

 s/Jeffrey S. Pagliuca
Jeffrey S. Pagliuca
150 East 10th Avenue
Denver, CO 80203
Telephone:  (303) 831-7364
Facsimile:  (303) 832-2628
*ATTORNEY FOR DEFENDANT*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2009, I electronically filed the foregoing **MOTION FOR DISCLOSURE OF IDENTITY OF CONFIDENTIAL INFORMANTS AND PRODUCTION OF EVIDENCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Robert E. Mydans
Assistant United States Attorney
Bob.Mydans@usdoj.gov

 s/Angela Duran
Angela Duran