Form 9260-14
(September 1996)

# UNITED STATES
# DEPARTMENT OF THE INTERIOR
# BUREAU OF LAND MANAGEMENT

## CONSENT TO SEARCH

Date: 6-11-09

Time: 1113 AM

I, __Robert B. Knowlton__ have been informed by __Dan P. McCoy / Shannon Toke__,
(Name of Officer)

a Law Enforcement Officer of the Bureau of Land Management, that he/she wishes to conduct a search of

__Detached Garage, GMC Pickup Co. plate 708-PZD, Wells cargo trailer Co Plate 950-PZ1__
(Premises-Describe precisely) (Vehicle-Describe w/location) (Belongings-Describe)

for evidence, fruits, and/or instrumentalities of a crime, and/or contraband and seize, for a law enforcement purposes, any such items they find.

I understand that the above named officer of the Bureau of Land Management does not have a search warrant and may not conduct this search and seizure unless I give him/her permission to do so. The above named officer of the Bureau of Land Management has informed me that I have the constitutional rights to refuse consent to conduct this search and seizure without a search warrant, and to speak with an attorney before deciding whether to consent or not.

Understanding my right to forbid this search and seizure without warrant, and my right to consult an attorney, I hereby authorize and give my permission to the above named officer and/or his/her agents to make a search of the above described premises or property and seize any of the items named above.

I give this permission, fully understanding all my rights pertaining to this matter, as noted above, voluntarily of my own free will and without any promises of any kind having been made in order to obtain this permission to conduct a search and seizure.

_[signature]_         6-11-09  11:20AM
(Signature)           (Date & Time)

WITNESSES:

_Dan P. McCoy_        6-11-09  11:20 AM
(Signature)           (Date & Time)

_Shannon J. Toke_     6/11/09  11:20 AM
(Signature)           (Date & Time)