

U.S. Department of Justice

**David M. Gaouette**
United States Attorney
District of Colorado

---

Robert Mydans
Assistant United States Attorney

1225 Seventeenth Street, Suite 700        (303) 454-0100
Seventeenth Street Plaza                  (FAX) (303) 454-0402
Denver, Colorado 80202

December 21, 2009

Jeffrey S. Pagliuca
150 East 10th Avenue
Denver, Co 80203

      Re:    Expert Witness Disclosure
            *U.S. v. Knowlton*, Case No. 09-cr-00383-PAB

Dear Jeff:

      At any trial of the above referenced case the persons listed below may be called as expert witnesses by the Government in its case in chief:

**Linda Farnsworth,** Archaeologist, Canyons of the Ancients National Monument, Dolores, Colorado.
Linda Farnsworth's curriculum vitae has previously been provided to you. We intend to call Linda Farnsworth as an archaeologist expert. She will testify concerning the cloud blower pipe, Midland Point, and Hell Gap Knife as to its origin, approximate age, that it was used by ancient humans, and the general area from which it came. She will testify that all three items are "archaeological resources" as defined in Title 16, United States Code, Section 470bb. She will not be able to testify to the exact location that it was found or recovered. A report concerning these three pieces has been previously provided in discovery. This witness may look at these items again and may supplement the original report that she did not write. If a supplemental report is prepared, it will be disclosed upon receipt.

**Tracy Murphy,** Assistant Curator, Bureau of Land Management, Anasazi Heritage Center, Dolores Colorado.
Tracy Murphy is an archaeologist by trade and training. Her curriculum vitae has previously been provided to you. We intend to call Tracy Murphy as an archaeologist expert. She will testify concerning the cloud blower pipe, Midland Point, and Hell Gap Knife as to its origin, approximate age, that it was used by ancient humans, and the general area from which it came. She will testify that all three items are "archaeological resources" as defined in Title 16, United States Code, Section 470bb. She will not be able to testify to the exact location that it was found or recovered. A report concerning these three pieces has been previously provided in discovery. This witness may look at these items again and may supplement the original report that she did not write. If a supplemental report is prepared, it will be disclosed upon receipt.

Please let me know when you will have time to discuss the preparation of our joint motion.

Sincerely yours,

DAVID M. GAOUETTE
UNITED STATES ATTORNEY

By: Robert E. Mydans

ROBERT E. MYDANS
Assistant United States Attorney