# CONDENSED TRANSCRIPT

**TRANSCRIPT OF**
**INTERVIEW WITH**
**ROBERT BROOKS KNOWLTON**
Case No. 08-773-0007

By
SPECIAL AGENT SHANNON TOKOS
BLM STATE STAFF RANGER PERRY McCOY

**June 11, 2009**
1602 Dolores Street
Grand Junction, Colorado 81503



## GARCIA & LOVE
### COURT REPORTING AND VIDEOGRAPHY

257 East 200 South • Suite 300 • Salt Lake City, UT 84111 • 801.538.2333 • Fax 801.538.2334

00001324

TRANSCRIPT OF INTERVIEW WITH ROBERT BROOKS KNOWLTON
June 11, 2009

TRANSCRIPT OF
INTERVIEW WITH
ROBERT BROOKS KNOWLTON
Case No. 08-773-0007

By
SPECIAL AGENT SHANNON TOKOS
BLM STATE STAFF RANGER PERRY McCOY

June 11, 2009
1602 Dolores Street
Grand Junction, Colorado 81503

Page 1

**P R O C E E D I N G S**

AGENT TOKOS: It's approximately five after 11:00 a.m. This interview is taking place at 1602 Dolores Street, Grand Junction, Colorado 81503. Present at the interview is Special Agent Shannon Tokos, badge No. 35.

RANGER McCOY: State Staff Ranger Perry McCoy, badge No. 274.

AGENT TOKOS: And we are speaking to Robert Brooks Knowlton. Mr. Brooks has a date of birth of 08/22/1943; Colorado driver's license No. 921244878. Can I give you back your driver's license?

MR. KNOWLTON: Okay.

AGENT TOKOS: This interview is in reference to a search warrant issued out of the U.S. District Court, District of Colorado, case No. 09-sw-05173. Okay.

Mr. Knowlton, as we discussed before, you are not in custody. Okay? I am going to pause the tape at this moment so that we can go ahead and get a Miranda waiver for you. So we're going to go ahead and read your rights.

MR. KNOWLTON: Okay.

AGENT TOKOS: And I'm going to ask you to verify that you understand the rights as they were

Page 2

read for you and sign the waiver, if you choose to do so.

MR. KNOWLTON: Okay.

AGENT TOKOS: I'm going to pause the—

MR. KNOWLTON: This is why I wanted to talk to my attorney this morning.

(Off the record.)

AGENT TOKOS: Okay. This is a continuation of the interview of Mr. Knowlton, Robert Knowlton, on 6/11/09 at his residence. And the time is now approximately 11:42 a.m. We went off the record in order to address a couple of issues.

The first thing is Mr. Knowlton was trying to contact an attorney by telephone. He was unable to reach her. However, he agreed to go ahead and sign a consent form for the search of the detached garage, the covered trailer and the vehicle. And he has also during that advised us that there were some eagle feathers in the vehicle, and so we will—

MR. KNOWLTON: Not eagle, they're hawk.

AGENT TOKOS: I apologize. There were hawk feathers in the vehicle, and so we were attempting to locate a U.S. Fish and Wildlife Service agent.

So we are now back on the record and we're going to go ahead and continue with the advice of

Page 3

rights. And I—this is Agent Shannon Tokos. Present is BLM State Staff Ranger Perry McCoy and, of course, Mr. Knowlton.

Before me I have a United States Department of the Interior Bureau of Land Management Advice of Rights—

(Dog barking.)

MR. KNOWLTON: Nick, knock it off. You're going to go in the box.

AGENT TOKOS: Are we good? Okay.

(Dog barking.)

MR. KNOWLTON: No. No.

AGENT TOKOS: —Form 9260-13. And it reads, "Before we ask you any questions," Mr. Knowlton, we must—"you must understand your rights. You have the right to remain silent. Anything you say can and will be used against you in a court of law. You are entitled to have a lawyer present with you prior to and during any questioning. If you cannot afford to hire a lawyer, one will be appointed to represent you before any questioning, if you wish. You can decide at any time to exercise these rights and not answer any question or make any statements." Okay?

The waiver part of this form says, "Do you

Page 4

1 (Pages 1 to 4)

TRANSCRIPT OF INTERVIEW WITH ROBERT BROOKS KNOWLTON
June 11, 2009

1  understand each of these rights as I have explained
2  them to you?"
3       MR. KNOWLTON: I do.
4       AGENT TOKOS: Okay. And it's going to ask
5  you to say yes or no, so I'll have you write that in
6  there.
7       And the second question is: "Having these
8  rights in mind, do you wish to talk to us now?"
9       MR. KNOWLTON: Okay.
10      AGENT TOKOS: Okay.
11      MR. KNOWLTON: And then you need me to sign
12  that somewhere.
13      AGENT TOKOS: Oops, hold on just a second.
14      MR. KNOWLTON: That's witness.
15      AGENT TOKOS: Right here.
16      MR. KNOWLTON: Okay.
17      AGENT TOKOS: And I will sign it as a
18  witness. I will put the place and the date and the
19  time. The place is 1602 D-O-L-O-R-E-S. The time is
20  11:45 a.m., approximately. The date is 6/11/09.
21  Okay.
22      So, as you know, we're here on a search
23  warrant.
24      MR. KNOWLTON: Uh-huh.
25      AGENT TOKOS: We are searching your

Page 5

1  residence. I'd like to talk to you--or I'd like you
2  to talk to me a little bit about your history on--as
3  far as archeological collection, your business, so
4  if you would go ahead and talk about that.
5       MR. KNOWLTON: Do you want me to start back
6  when I was about seven years old or do you want me
7  to start from when I started to really collect?
8       AGENT TOKOS: I would like you to start
9  from when you started to really collect.
10      MR. KNOWLTON: Okay. That would be
11  probably about 1997--
12      AGENT TOKOS: Okay.
13      MR. KNOWLTON: --okay, when I really--
14  that's when I started buying collections. And the
15  first collection that I bought came out of Montrose
16  out of one of those antique dealers. And I spent
17  probably close to $25,000 and they were all fake,
18  the whole bunch of them.
19      So then I went ahead and I went--I went out
20  to California and I visited with a man by the name
21  of Bill Jackson. And I took his course where he
22  teaches you to tell if they're real or fake. And
23  although it's not a very complete course, it does--
24  it does help to do that.
25      So when I started buying I initially

Page 6

1  started buying arrowheads from dealers like--like
2  Jackson and like Larry Marium and guys back east and
3  stuff. And--but the more I was buying those, they
4  really weren't very satisfying. I like the stuff
5  that we had out here. So I started running an ad in
6  the paper that I buy collections. Okay? And in my
7  ad the disclaimer said, Must be legal. Okay?
8       And so then when people would call me, I
9  would go and I would look at their arrowheads. And
10  most of the time that was because somebody in the
11  family had died or somebody had inherited a frame of
12  arrowheads or--first of all, let me say this: A
13  large collection is usually about 350 to 400 pieces.
14  And out of that 300 to 400 pieces, good saleable
15  stuff is probably in the ten percent bracket, so you
16  probably have 40 good pieces out of there that is
17  worth really having. So you have to buy a lot of
18  collections to--to get good stuff, so...
19      Anyway, that's how I got started.
20      AGENT TOKOS: Okay. Just so--we could back
21  up a little bit. Can you describe a collection?
22      MR. KNOWLTON: Okay. A collection can--can
23  come many ways. You can go down in the basement
24  with a guy and here's ten frames and they're covered
25  with dirt and dust and everything. And the guy will

Page 7

1  look at you and he'll say, I just don't want them
2  anymore. How much will you give me for them?
3       So you haul them out, you blow them off and
4  if there's a couple good pieces you make him a good
5  offer and he either says yes or no. If he says no,
6  then you don't buy them and you leave. If he says
7  yes, you bring them home. And, of course, in that
8  period of conversation you ask him where they came
9  from. Usually it's his grandad or his dad or
10  whoever it is.
11      And, of course, you're dealing with a--with
12  a third party, so it's difficult to establish
13  absolute provenance. But what I always try to do is
14  to find out if he hunted locally or if he lived on
15  the eastern slope or if he lived in Texas or
16  wherever it was.
17      And as I got to looking at more and more
18  collections, I got to be able to (inaudible) where
19  those arrowheads were from merely by looking at
20  them. And I could give you an age bracket on them
21  by the technology on the edges and the way they were
22  made. So I became pretty successful at it.
23      AGENT TOKOS: Do you find the collections
24  or do these people find you? Or both?
25      MR. KNOWLTON: Well, I advertise and then

Page 8

2 (Pages 5 to 8)

TRANSCRIPT OF INTERVIEW WITH ROBERT BROOKS KNOWLTON
June 11, 2009

1  they find me.
2       AGENT TOKOS: Okay.
3       MR. KNOWLTON: I advertise for them and--I
4  don't--I don't buy from dealers anymore. And the
5  reason I don't buy from dealers is because most of
6  their--the stock is proliferated with fakes or
7  rechips and it's just not worth the grief to go. I
8  would rather buy them from the people that either
9  found them or their relatives found them. And
10 usually when you get a call it's--usually it's
11 because of the--you know, somebody died.
12      AGENT TOKOS: Do you hunt at all on your
13 own?
14      MR. KNOWLTON: I do.
15      AGENT TOKOS: Okay.
16      MR. KNOWLTON: And I don't hunt on BLM.
17      AGENT TOKOS: Okay.
18      MR. KNOWLTON: I have--in Western Colorado,
19 for example, I have hunted on Warren and Don Gore's
20 place, which you can verify with them.
21      AGENT TOKOS: Okay.
22      MR. KNOWLTON: I've hunted on Doug King's
23 land, which you can verify with him. He owns all
24 the McDonalds here in town.
25      AGENT TOKOS: Okay.
                                          Page 9

1  huge collection. And that's when I went to work and
2  I was--I was--after--after the bankruptcy I was
3  fortunate enough to hook into a really nice old
4  eastern Colorado collection that had a lot of paleo
5  in it. And it was very, very clean. And probably
6  all of it was found prior to the--the '40s.
7       AGENT TOKOS: Okay. You said that you
8  don't hunt on BLM. You mentioned several private
9  landowners that you have hunted on.
10      MR. KNOWLTON: Uh-huh.
11      AGENT TOKOS: What about other state public
12 land, forest service, park service (inaudible).
13      MR. KNOWLTON: I do not hunt on BLM. When
14 we would go to Wyoming, for example, my friend Harry
15 and I--
16      AGENT TOKOS: Uh-huh.
17      MR. KNOWLTON: --there's a rancher up there
18 in the Shirley Basin--
19      AGENT TOKOS: Uh-huh.
20      MR. KNOWLTON: --his name is Atkins. And
21 there's another rancher, he's an oilman, his name is
22 True.
23      AGENT TOKOS: Uh-huh.
24      MR. KNOWLTON: Now True, his foremen used
25 to charge us a fee--
                                          Page 11

1       MR. KNOWLTON: And probably several other
2  guys up there would know me, too. Their names don't
3  --don't really come to mind. I used to host the
4  Cattlemen's dinner every year when I had my car lot,
5  and it was for business. And those guys knew I
6  liked arrowheads and usually getting permission to
7  go on their land was pretty easy.
8       AGENT TOKOS: When you say your car lot,
9  you're referring to Knowlton Auto Sales?
10      MR. KNOWLTON: That's correct.
11      AGENT TOKOS: And when did you sell the car
12 lot?
13      MR. KNOWLTON: I didn't sell it, it went
14 bankrupt. Or the lot didn't, I did.
15      AGENT TOKOS: Okay.
16      MR. KNOWLTON: After 2001--
17      AGENT TOKOS: Okay.
18      MR. KNOWLTON: --and a--and a terrible
19 divorce and everything. And I climbed into the
20 bottle pretty deep and I filed bankruptcy. And if
21 you go back and look at the Bankruptcy Court, they
22 allowed me to keep--I think it was $8,000 of
23 my arrowheads, which was about all of them--
24      AGENT TOKOS: Right.
25      MR. KNOWLTON: --because I didn't have a
                                          Page 10

1       AGENT TOKOS: Okay.
2       MR. KNOWLTON: --to go on the property, but
3  Atkins let us do it. And then there was another guy
4  just down from Atkins that owned the--the upper--
5  where all the springs and stuff are.
6       AGENT TOKOS: Uh-huh.
7       MR. KNOWLTON: And those guys would let us
8  park on their property and go hunt--take our four-
9  wheelers and hunt their grounds. And that's what we
10 do.
11      AGENT TOKOS: Okay. I've got to back up
12 one more time.
13      MR. KNOWLTON: Okay.
14      AGENT TOKOS: I'm not sure that you--I
15 don't know if I caught this. You said again that
16 you don't hunt on BLM. What about forest service,
17 state or parks service? National Forest Systems
18 land, like the Grand Mesa--
19      MR. KNOWLTON: Would not.
20      AGENT TOKOS: --Colorado National Monument?
21      MR. KNOWLTON: Absolutely not.
22      AGENT TOKOS: Okay.
23      MR. KNOWLTON: I'm not nuts.
24      AGENT TOKOS: So you haven't--
25      MR. KNOWLTON: Absolutely not.
                                          Page 12

3 (Pages 9 to 12)

TRANSCRIPT OF INTERVIEW WITH ROBERT BROOKS KNOWLTON
June 11, 2009

1    AGENT TOKOS:  What about state-owned land,
2  land owned by the State of Colorado?
3    MR. KNOWLTON:  What do you mean?
4    AGENT TOKOS:  it's not privately owned,
5  it's not federally owned, but the surface belongs to
6  the State of Colorado.
7    RANGER McCOY:  State trust lands is what
8  they're mostly referred to.
9    MR. KNOWLTON:  Oh, no, I don't think so.
10  I--most of the stuff that I do is--revolves strictly
11  --you know, and I don't even go hunting anymore very
12  much because, to be honest with you, it's hot and
13  you get out there and you trudge around and there's
14  --it's really difficult to find an arrowhead now.
15  I'd rather find it in my mailbox.
16    AGENT TOKOS:  Okay.  When you said you were
17  buying collections originally, you kind of didn't
18  like the items that you were receiving, you liked
19  the stuff out here.  Just for clarification, can you
20  define "out here"?
21    MR. KNOWLTON:  Yeah.  Colorado, Wyoming--
22    AGENT TOKOS:  Uh-huh.
23    MR. KNOWLTON:  --Nebraska.  And--and I hate
24  to say it, but probably Utah, too.
25    AGENT TOKOS:  Okay.

Page 13

1    metate in there is from Deming.
2    AGENT TOKOS:  Okay.
3    MR. KNOWLTON:  And the real nice stone
4  bowl, that was from Deming.  A guy had a whole
5  pickup load of them.
6    AGENT TOKOS:  Deming--
7    MR. KNOWLTON:  New Mexico.
8    AGENT TOKOS:  --New Mexico.  Okay.
9    MR. KNOWLTON:  He was at the rock--you
10  know, the gem and mineral show.
11    AGENT TOKOS:  Okay.
12    MR. KNOWLTON:  And he said they came off
13  his land.
14    AGENT TOKOS:  Uh-huh.
15    MR. KNOWLTON:  And I asked him what he
16  wanted for them and I bought them.
17    AGENT TOKOS:  Okay.  Do you--you own a
18  business?
19    MR. KNOWLTON:  Yes, ma'am.  This is my
20  business.
21    AGENT TOKOS:  And it's operated out of your
22  home?
23    MR. KNOWLTON:  Yes, ma'am.
24    AGENT TOKOS:  And the name of the business
25  is?

Page 15

1    MR. KNOWLTON:  You know, I know Utah's a
2  problem in this deal, but I've bought arrowhead
3  collections from Utah.
4    AGENT TOKOS:  Okay.
5    MR. KNOWLTON:  I have done it.
6    AGENT TOKOS:  Have you hunted private
7  property--
8    MR. KNOWLTON:  In Utah?  I never--
9    AGENT TOKOS:  --in Utah?
10    MR. KNOWLTON:  --I don't--I don't hunt in
11  Utah.
12    AGENT TOKOS:  You don't hunt in Utah?
13    MR. KNOWLTON:  No, ma'am.
14    AGENT TOKOS:  Okay.  What about the other
15  Four Corner regions, New Mexico, Arizona?
16    MR. KNOWLTON:  Nope.
17    AGENT TOKOS:  Okay.
18    MR. KNOWLTON:  Nope.
19    AGENT TOKOS:  Okay.
20    MR. KNOWLTON:  I have been to Deming and I
21  have bought artifacts at the--at the gem and mineral
22  show, which--two or three of those manos and metates
23  out there.
24    AGENT TOKOS:  Uh-huh.
25    MR. KNOWLTON:  And the black mano and

Page 14

1    MR. KNOWLTON:  Bob's Flint Shop.
2    AGENT TOKOS:  Okay.  And it's operated on
3  the internet; is that correct?
4    MR. KNOWLTON:  Yes, ma'am.
5    AGENT TOKOS:  Okay.  Do you operate at
6  these gem and mineral shows, as well?
7    MR. KNOWLTON:  I used to go to the gem and
8  mineral shows.  I used to go down to Quartzsite and
9  then go over and meet--meet Harry at Deming, and
10  then a nice big one up in Tucson.  And--but Harry--I
11  probably won't be doing that anymore because he
12  passed away last month.  A good friend of mine.
13    AGENT TOKOS:  Yeah.
14    MR. KNOWLTON:  So, anyway, that's--yeah, I
15  used to go once in a while.  He would--he'd say,
16  "Why don't you climb in that truck and come on
17  down," and that's what I'd do.
18    AGENT TOKOS:  Okay.  And when--about when
19  did you stop doing that?
20    MR. KNOWLTON:  Really, I--2007 was my last
21  trip to Quartzsite.  I didn't go last year.
22    AGENT TOKOS:  Okay.  And you had mentioned
23  on your--when you advertise, you advertise for legal
24  collections; is that correct?
25    MR. KNOWLTON:  Yes, ma'am.

Page 16

4  (Pages 13 to 16)

TRANSCRIPT OF INTERVIEW WITH ROBERT BROOKS KNOWLTON
June 11, 2009

1  AGENT TOKOS: Can you define what you mean
2  by "legal"?
3  MR. KNOWLTON: What I'm—what I—what I'm—
4  now you're getting into an area that—this is why I
5  would like to have my attorney talk to me about
6  this, because I don't know who to believe on this
7  law. I understand that there—when the Repatriation
8  Act came up, that Jimmy Carter signed a bill that
9  said it is legal to pick up an arrowhead on BLM if
10  it's surface litter. Okay?
11  Now, I—after talking to Rick yesterday, he
12  says that's no longer true, there's a law that
13  supersedes that. So when I used to run those ads, I
14  was looking for old collections but I didn't put a
15  time frame on it because—and, of course, how in the
16  hell would I know what a dead—where a dead guy
17  went?
18  AGENT TOKOS: Okay.
19  MR. KNOWLTON: Does that make sense?
20  AGENT TOKOS: Who is Rick?
21  MR. KNOWLTON: Oh, Rick Miller. He's an
22  attorney friend of mine over in Denver—
23  AGENT TOKOS: Okay.
24  MR. KNOWLTON: —that—he's the—he went
25  through this yesterday.

Page 17

1  AGENT TOKOS: I see. Okay.
2  MR. KNOWLTON: Okay?
3  AGENT TOKOS: So you talked to him about
4  this yesterday?
5  MR. KNOWLTON: Yeah. He called me last
6  night. He was really shook. I'm a little shook,
7  too, but that's all right (inaudible).
8  AGENT TOKOS: Well, I—because—you know, I
9  just need to remind you that—that if you—you are
10  entitled to have a lawyer present. If I'm asking
11  you something you're not comfortable with, you need
12  to let me know.
13  MR. KNOWLTON: Well, I'm just going to try
14  to answer where I'm comfortable with it.
15  AGENT TOKOS: Okay.
16  MR. KNOWLTON: And if I'm not comfortable
17  with it, then I just won't answer it.
18  AGENT TOKOS: I agree, that's fair.
19  All right. So we're going back. You
20  operate a business?
21  MR. KNOWLTON: Yes, ma'am.
22  AGENT TOKOS: Okay. So you predominantly
23  buy collections?
24  MR. KNOWLTON: Yes, ma'am.
25  AGENT TOKOS: Private collections?

Page 18

1  MR. KNOWLTON: Yes, ma'am.
2  AGENT TOKOS: And you assess these collec-
3  tions based on your expertise you've gained over the
4  course of pretty much your lifetime; is that
5  correct?
6  MR. KNOWLTON: That's correct. I never
7  went to a formal school.
8  AGENT TOKOS: Okay. When you talk to
9  people that are selling you these collections, do
10  they give you any documentation? Do you require any
11  documentation about where they obtained the
12  collections from?
13  MR. KNOWLTON: You know, that probably is—
14  is a question that—you know, it's mostly verbal.
15  AGENT TOKOS: Okay.
16  MR. KNOWLTON: And if I'm uncomfortable
17  with it, I don't buy it.
18  AGENT TOKOS: Okay.
19  MR. KNOWLTON: Usually I'm—I'm fairly
20  comfortable with just about everything, because
21  usually the story lines up to where you can back-
22  track it and feel comfortable in your own heart that
23  —that you're selling something that was found a
24  long time ago and was passed down to the people.
25  I would certainly recognize new material or

Page 19

1  stuff that was bought off eBay because of the
2  inconsistencies. If you buy a collection out of
3  Colorado, there's certain things you look for. If
4  you buy a collection out of eastern Colorado,
5  there's certain things you look for. And if you buy
6  a collection out of Wyoming, like the Chaney
7  collection, for example—he had a ranch in
8  Sweetwater County and did that collection. All of
9  those things, those people were easy to track
10  because they're a member of archeological societies.
11  Let me—
12  AGENT TOKOS: Absolutely.
13  MR. KNOWLTON: Nicholas. Nicholas, please.
14  They're not going to hurt anything. You're okay.
15  You just—you go—you want to get in your little
16  housey or do you want to stay out there? Now, just
17  stop barking, please, or I'm going to put you in
18  your house.
19  Okay.
20  AGENT TOKOS: Okay. So what you're telling
21  me—let me make sure I have this right—you ask
22  them, you usually get a verbal response?
23  MR. KNOWLTON: I always ask them.
24  AGENT TOKOS: Okay. Do you document what
25  they tell you at all?

Page 20

5 (Pages 17 to 20)

TRANSCRIPT OF INTERVIEW WITH ROBERT BROOKS KNOWLTON
June 11, 2009

1    MR. KNOWLTON: I normally do, yes.
2    AGENT TOKOS: Okay. And you have those
3  records here? (Laughing.)
4    MR. KNOWLTON: Good luck. There's probably
5  some in my certificates up here over the deal.
6  There's probably some of them of where I got--where
7  I got them from and stuff. I am not a great record-
8  keeper.
9    AGENT TOKOS: Okay.
10    MR. KNOWLTON: Just straight up.
11    AGENT TOKOS: Okay, you--let's go back to
12  your business.
13    MR. KNOWLTON: Okay.
14    AGENT TOKOS: You operate a business on the
15  internet?
16    MR. KNOWLTON: Yes.
17    AGENT TOKOS: Okay. So can you talk a
18  little bit about what you do or how you do that on
19  the internet?
20    MR. KNOWLTON: Well, I have a--I have a
21  website on Arrowhead.com with about 75 other
22  dealers. And what I do is I picture the arrowhead,
23  I give a brief description of it and a price.
24    AGENT TOKOS: Okay.
25    MR. KNOWLTON: And people call. And, of

Page 21

1  to the best of your knowledge, the purveyance of
2  that item?
3    MR. KNOWLTON: That's correct.
4    AGENT TOKOS: Okay.
5    MR. KNOWLTON: That's correct.
6    AGENT TOKOS: Do you keep copies of these
7  sale records?
8    MR. KNOWLTON: I do not. I run a cash
9  business. Everything I get goes in the bank.
10    AGENT TOKOS: Okay.
11    MR. KNOWLTON: At the end of the year I go
12  through it and you've got your--I'm going to hook it
13  up on a computer this year, I promise, but I go
14  through it and the money that I've put in the bank,
15  minus the money that I've paid out for collections,
16  and that's the final.
17    AGENT TOKOS: Okay. You said you run a
18  cash business. Do you take credit cards or Paypal
19  or anything?
20    MR. KNOWLTON: Used to take--I take Paypal.
21    AGENT TOKOS: Okay.
22    MR. KNOWLTON: Which is an easy record that
23  you can check on.
24    AGENT TOKOS: Uh-huh.
25    MR. KNOWLTON: I don't take credit cards.

Page 23

1  course, we guarantee them authentic and I guarantee
2  them to be legal.
3    AGENT TOKOS: Uh-huh.
4    MR. KNOWLTON: And if they're not, they
5  have 30 days in which they can send--send it back
6  for any reason.
7    AGENT TOKOS: Okay. Do people come here to
8  pick those up?
9    MR. KNOWLTON: There are times that I've
10  had people come to my home to buy, yes, ma'am.
11    AGENT TOKOS: Okay. Do you mail them?
12    MR. KNOWLTON: Yes, ma'am, I do.
13    AGENT TOKOS: Okay. When you sell an
14  artifact do you give them any documentation?
15    MR. KNOWLTON: I usually do a paper on it.
16    AGENT TOKOS: Okay. What's the paper say?
17    MR. KNOWLTON: The paper says where--where
18  I got it and where it was from and what I--what I
19  typed it as and the material that I typed it as.
20    AGENT TOKOS: Okay.
21    MR. KNOWLTON: Size and probably what it
22  was used for, was it a tool or whatever. And if
23  it's something that I don't know, I just put
24  "and/or" on it.
25    AGENT TOKOS: Okay. So you're documenting,

Page 22

1  Haven't taken them for probably ten years.
2    AGENT TOKOS: What about personal checks?
3    MR. KNOWLTON: I'll take a personal check.
4    AGENT TOKOS: Okay. Okay.
5    MR. KNOWLTON: Absolutely.
6    AGENT TOKOS: When you go out and look for
7  these items on your own, do you have anybody with
8  you?
9    MR. KNOWLTON: What do you mean?
10    AGENT TOKOS: Does anybody go with you when
11  you go hunting for these?
12    MR. KNOWLTON: Arrowheads?
13    AGENT TOKOS: Uh-huh.
14    MR. KNOWLTON: You mean while I'm hunting
15  for a collection or...
16    AGENT TOKOS: Either/or. I mean, if you're
17  out on Gore's property, do you take anybody with you
18  that goes hunting with you?
19    MR. KNOWLTON: No, because Warren made it
20  pretty clear--actually, Glen made it clear that this
21  was a deal for me and me only. As a matter of fact,
22  I had my wife with me one time, my ex-wife, and Glen
23  says, "The deal, Bob, was for you."
24    AGENT TOKOS: Okay.
25    MR. KNOWLTON: And that was that. And so I

Page 24

6 (Pages 21 to 24)

00001330

TRANSCRIPT OF INTERVIEW WITH ROBERT BROOKS KNOWLTON
June 11, 2009

1 just respected it. That way I never did anything--
2 now, when we went to Wyoming, we always cleared that
3 with the guys that we went up there to see. And
4 they were Harry's friends. Harry had knew them for
5 years.
6     AGENT TOKOS: And remind me again. Harry
7 was the gentleman that just passed away?
8     MR. KNOWLTON: Harry was the guy that just
9 passed away.
10     AGENT TOKOS: And he's a friend from?
11     MR. KNOWLTON: Well, he used to live here
12 when I lived here, and then--he's a vag--he was a
13 vagabond. He was a guy that lived the way everybody
14 wants to live, I think. Kind of had a big trailer
15 on the back of his truck, go do the rock shows and
16 then go to Wyoming and dig agate and stuff, and cut
17 it and polish it and cav it and take it back down
18 there and sell it. That's how he made a living.
19     AGENT TOKOS: And what was Harry's last
20 name?
21     MR. KNOWLTON: Haywood.
22     AGENT TOKOS: Haywood, okay. Okay. So
23 predominantly you're out there--when you do look for
24 the artifacts, you're looking predominantly by
25 yourself?

Page 25

1     MR. KNOWLTON: Yeah. And if I'm going out
2 then to look at a collection, I don't take anybody.
3 It's not their business.
4     AGENT TOKOS: Okay. What are you looking
5 for? What types of artifacts? I know you've
6 mentioned arrowheads.
7     MR. KNOWLTON: That's about--that is the
8 main thing that I buy. I don't--I try not to buy
9 anything else, to be frank with you, because I
10 thought arrowheads were very safe.
11     AGENT TOKOS: Okay. So what about
12 perishables?
13     MR. KNOWLTON: Do not buy perishables.
14 There are occasions--when you buy a little collec-
15 tion or something, there are occasions where there's
16 awls or something that--
17     AGENT TOKOS: Yeah.
18     MR. KNOWLTON: --that just happen to be in
19 there. And I usually don't pay any attention to
20 them. I think this collection's got four or five
21 awls. And it does have one set of needles, but I
22 don't remember where those came from. I've had them
23 forever and ever and ever. I will (inaudible).
24     AGENT TOKOS: (Inaudible.) Knives?
25     MR. KNOWLTON: I do remember. Huh?

Page 26

1     AGENT TOKOS: Knives, bi-faces--I'm not an
2 expert, so I'm going to be throwing some terms out.
3     MR. KNOWLTON: Okay.
4     AGENT TOKOS: The manos, mutates?
5     MR. KNOWLTON: I don't look for those, but
6 if they're available I take them.
7     AGENT TOKOS: Okay.
8     MR. KNOWLTON: I buy them.
9     AGENT TOKOS: Okay.
10     MR. KNOWLTON: They're not real high-dollar
11 items--
12     AGENT TOKOS: Uh-huh.
13     MR. KNOWLTON: --but people do collect
14 them.
15     AGENT TOKOS: Okay. So there are things--
16 if they come in a collection, other than arrowheads
17 that you might acquire--if you acquire the whole
18 collection?
19     MR. KNOWLTON: I would not acquire--I would
20 not acquire--something like a turkey-feather blanket
21 or something--
22     AGENT TOKOS: Yeah.
23     MR. KNOWLTON: --you could not pay me to
24 take that, because I know where that had to come
25 from.

Page 27

1     AGENT TOKOS: What about pottery?
2     MR. KNOWLTON: I have three pieces of
3 pottery in my name and a broken piece right up here.
4     AGENT TOKOS: Okay.
5     MR. KNOWLTON: And the pottery I have, one
6 piece came off of eBay--
7     AGENT TOKOS: Uh-huh.
8     MR. KNOWLTON: --and it supposedly is from
9 New Mexico.
10     AGENT TOKOS: Okay.
11     MR. KNOWLTON: I don't know that for a
12 fact. The other piece I bought at an auction--at
13 the Bean and Bean auction about two years ago. It's
14 a nice black corrugated piece, it's perfect. And--
15     AGENT TOKOS: What auction? I'm sorry.
16     MR. KNOWLTON: Bean and Bean over in
17 Loveland.
18     AGENT TOKOS: Oh, okay. All right.
19     MR. KNOWLTON: Occasionally you see that
20 stuff come through--
21     AGENT TOKOS: Uh-huh.
22     MR. KNOWLTON: --so you buy it. And the
23 other lady--I mean the other piece is a broken
24 piece, but it was tied originally by the guys that
25 were using it.

Page 28

7 (Pages 25 to 28)

TRANSCRIPT OF INTERVIEW WITH ROBERT BROOKS KNOWLTON
June 11, 2009

1   AGENT TOKOS: Uh-huh.
2   MR. KNOWLTON: And that piece came from a
3   garage sale. Just a minute and I'll tell you where
4   it came from. I don't remember the lady's name, but
5   she had a--she had a shop--Hanksville--not
6   Hanksville, but you go on to Hanksville. Is there a
7   Thunder Mountain there or Blue Mountain?
8   AGENT TOKOS: Huntsville, Utah; correct?
9   MR. KNOWLTON: It's Hanksville, Utah and
10  she had a shop there. And I bought--I bought that
11  one piece and a couple scrapers she had.
12  AGENT TOKOS: Okay.
13  MR. KNOWLTON: And she was probably in her
14  80s or 90s. And her daughter was there at the same
15  time and they were moving back to Florida. That's
16  where that piece came from. I'll think of it here
17  and I'll tell you what the name of that mountain is.
18  It's--it sits right across--right across the valley
19  from--from--I would think probably right across the
20  valley from--well, the mountains that are there. I
21  just--I don't remember.
22  AGENT TOKOS: Right--
23  MR. KNOWLTON: The Henry Mountains are
24  there and then there's a big valley that goes across
25  there. Then there's a--there's a place that had

Page 29

1   Anasazi dwellings on there, I guess, and she had a
2   little store there and lived there for years and
3   years and years and years.
4   AGENT TOKOS: Okay.
5   MR. KNOWLTON: And she said that was the
6   last piece that she had, so I bought it.
7   AGENT TOKOS: Okay. What kind of records
8   do you keep?
9   MR. KNOWLTON: I probably shouldn't answer
10  that question. I really am not a good record-
11  keeper.
12  AGENT TOKOS: Okay. Okay.
13  MR. KNOWLTON: The stuff I have, I can tell
14  you where it came from, I can tell you the guys I
15  bought it from, but it's all right here.
16  AGENT TOKOS: It's in your mind? Okay.
17  MR. KNOWLTON: It's all right there.
18  AGENT TOKOS: Okay.
19  MR. KNOWLTON: If I died, you guys would
20  have a tough time.
21  AGENT TOKOS: Fair enough. Where you at,
22  Perry? Do you have any questions at this point?
23  RANGER McCOY: It's kind of jumping way out
24  of--out of line here. I was just talking to the
25  gentleman in there that was--that's looking on your

Page 30

1   computer--
2   MR. KNOWLTON: Uh-huh.
3   RANGER McCOY: --and he told me that
4   there's--he found where there's been jump drives
5   that have been--information downloaded from your--
6   uploaded or downloaded. I'm not a computer person
7   whatsoever, so... And there's--he's found all your
8   jump drives in there, I guess.
9   MR. KNOWLTON: Okay.
10  RANGER McCOY: And he said but there's
11  three that he hasn't found that have been used on
12  your computer recently.
13  MR. KNOWLTON: Three?
14  RANGER McCOY: Yeah, one Lexor and two
15  Kingston jump drives.
16  MR. KNOWLTON: I wouldn't even know what
17  that is.
18  RANGER McCOY: It's a USB--where they plug
19  them into the USB port of your computer and either
20  upload or download information.
21  MR. KNOWLTON: I only have one USB port I
22  use, and that's for my camera. That's for my Canon
23  camera.
24  RANGER McCOY: Okay. He--let me go back
25  and ask him, because he had a list of--and I can

Page 31

1   maybe have him actually explain it to you a little
2   bit better, because I don't know--
3   MR. KNOWLTON: Well, I don't know--
4   RANGER McCOY: --I don't know what I'm
5   talking about.
6   MR. KNOWLTON: That computer, he will find
7   stuff on there that goes back to probably '91--
8   RANGER McCOY: Is that your computer?
9   MR. KNOWLTON: --because that computer--
10  yeah.
11  RANGER McCOY: Did you buy it new?
12  MR. KNOWLTON: I--no. Tom Scott built it
13  for me. And then it quit running and I--and he came
14  out and put some new RAM in it, or whatever they do
15  to make it run some more. And then it quit in
16  Ft. Collins and the guy came out and put a new--new
17  disk on it and some more RAM or something and it
18  works fine now but it's starting to slow down again,
19  so...
20  RANGER McCOY: When did they do the work in
21  Ft. Collins, any idea?
22  MR. KNOWLTON: Oh, it was about a year ago.
23  RANGER McCOY: Okay. Let me--let me--
24  MR. KNOWLTON: It just--it just quit. I--
25  it got real slow and--I bought this incentive ware

Page 32

8 (Pages 29 to 32)

GARCIA and LOVE
801.538.2333

00001332

TRANSCRIPT OF INTERVIEW WITH ROBERT BROOKS KNOWLTON
June 11, 2009

1 and it just killed my computer. I mean, just
2 stopped it. So I called a guy that was local and he
3 came over. Man, I mean, in a few minutes
4 (inaudible) up, bang, bang, bang and it runs great.
5 It's running good.
6 RANGER McCOY: And that's been--since
7 you've been here?
8 MR. KNOWLTON: Oh, no, no, no. no. no. I lived
9 in Ft. Collins.
10 RANGER McCOY: Oh, okay. Okay. Yeah, let
11 me ask him and maybe he can explain it a little bit
12 better than I can.
13 MR. KNOWLTON: Was he finding something
14 that bothered him or--
15 RANGER McCOY: No, I think he's just trying
16 to make sure--he's just trying to account for what
17 he's seeing, I believe.
18 MR. KNOWLTON: Okay.
19 RANGER McCOY: And, you know, there again,
20 he can probably explain that a lot better than--
21 MR. KNOWLTON: Okay.
22 RANGER McCOY: I'm lucky if I can turn one
23 on.
24 MR. KNOWLTON: Okay.
25 AGENT TOKOS: I'm going to continue with
Page 33

1 not. You won't find me in Utah.
2 AGENT TOKOS: Okay. You have not hunted in
3 Utah, private or public--
4 MR. KNOWLTON: Nope.
5 AGENT TOKOS: --for approximately nine
6 years?
7 MR. KNOWLTON: I don't know that there's
8 anything to--I don't know how many ranches are over
9 there. You have to--
10 AGENT TOKOS: Okay. We're going to stop
11 and Agent Greg Wells is going to talk to
12 Mr. Knowlton regarding his computer.
13 AGENT WELLS: I'm the computer guy. I'm
14 looking at your computer.
15 AGENT TOKOS: The time is approximately
16 12:10.
17 (Off the record.)
18 AGENT TOKOS: Okay. We're back with the
19 interview with Mr. Knowlton. This is Agent Tokos
20 and Officer McCoy is still here. It is approxi-
21 mately 12:15.
22 We ended with Utah. You said you do not
23 hunt in Utah, you hadn't hunted in Utah for
24 approximately nine years.
25 MR. KNOWLTON: I don't hunt there, period.
Page 35

1 the interview.
2 MR. KNOWLTON: Okay.
3 AGENT TOKOS: Okay. So you talked about
4 Utah. You told me that you were aware of things
5 that happened over in Utah yesterday?
6 MR. KNOWLTON: Read it in the--read it in
7 the paper this morning.
8 AGENT TOKOS: Read it in the paper this
9 morning?
10 MR. KNOWLTON: Yeah. I (inaudible) up the
11 Denver Post.
12 AGENT TOKOS: So I'm going to have some
13 questions for you regarding locations in Utah.
14 MR. KNOWLTON: Okay.
15 AGENT TOKOS: Can you tell me--when you go
16 over there, where do you like to look?
17 MR. KNOWLTON: I don't hunt in Utah.
18 AGENT TOKOS: At all?
19 MR. KNOWLTON: I do not. I do not. I did
20 once and a ranger came and asked me what I was doing
21 and I told him and he told me, "Don't do that." And
22 I said, "Okay, that's it." That was it. And that
23 was probably ten years ago--nine years ago.
24 AGENT TOKOS: Okay, so you have hunted--
25 MR. KNOWLTON: That was a long time--I do
Page 34

1 AGENT TOKOS: Okay. Is there--well, I'm
2 going to go to Officer McCoy. Do you have any
3 further questions at this time?
4 RANGER McCOY: No, I don't think I have
5 anything at this time.
6 MR. KNOWLTON: Well, let me volunteer. I
7 go to Wyoming once a year, and that's usually for
8 two weeks. And that won't happen anymore because
9 Harry's gone and I don't know those guys that well
10 to--to ask. I could go up--I would know Mr. True,
11 but I don't--I don't know Atkinson and the other
12 guys that well. So that's where that is.
13 AGENT TOKOS: Can you tell me your thoughts
14 about people taking items off of public land?
15 MR. KNOWLTON: I don't think it's right.
16 AGENT TOKOS: In your dealings do you come
17 across people that take items off of public land?
18 MR. KNOWLTON: I had a--I had a piece that
19 was sent to me I want to say three months ago. It
20 was a slave killer and it was where Idaho and
21 Montana come together. And I looked at this thing
22 and I thought, Boy, it's nice. So I took a picture
23 of it and I sent it to Jeb Taylor. And I said,
24 "Jeb, what can you tell me about this stuff?" And
25 he says, "First of all, I want to know where it came
Page 36

9 (Pages 33 to 36)

TRANSCRIPT OF INTERVIEW WITH ROBERT BROOKS KNOWLTON
June 11, 2009

1  from."
2      Well, the lady that had it had put exact—
3  she had a little—little lot but it backs right up
4  to national forest there.
5      AGENT TOKOS: Uh-huh.
6      MR. KNOWLTON: And Jeb says, "Send it back
7  to her, it ain't worth—no matter what you make on
8  it. Send it back, because it's right on national
9  forest and she couldn't possibly have picked it up
10  off her property." So I did. I don't—I think I've
11  really gone the distance not to—not to buy some-
12  thing or to sell something that should cause grief.
13      AGENT TOKOS: Okay.
14      RANGER McCOY: Who is Jeb?
15      MR. KNOWLTON: Jeb Taylor. You guys have
16  talked to him, or somebody has. Lives in Buffalo,
17  Wyoming.
18      RANGER McCOY: Okay.
19      MR. KNOWLTON: He's a dealer, and a good
20  one.
21      RANGER McCOY: He is a—a dealer, you say?
22      MR. KNOWLTON: Uh-huh.
23      RANGER McCOY: Okay.
24      MR. KNOWLTON: And a matter of fact, he had
25  just about had me talked into getting rid of all the

Page 37

1  want to make sure that we understand?
2      MR. KNOWLTON: I don't know. I really
3  don't.
4      AGENT TOKOS: Okay.
5      MR. KNOWLTON: I mean, I just—I'll be
6  honest with you. If you ask me and—shit, I don't
7  know. What am I supposed to say?
8      AGENT TOKOS: Not—I just want to make sure
9  that—
10      MR. KNOWLTON: Okay.
11      AGENT TOKOS: —I give you the opportunity
12  to make sure—
13      MR. KNOWLTON: Well, I—
14      AGENT TOKOS: —that you've said everything
15  you want—
16      MR. KNOWLTON: Well, I know that you're—
17      AGENT TOKOS: —to tell us.
18      MR. KNOWLTON: I know that your guy that
19  you had running your deal came—came to me and
20  bought some pieces from me.
21      AGENT TOKOS: Okay? I know that. I know
22      MR. KNOWLTON: Okay? I know that. I know
23  who he is. I don't know if that makes any
24  difference, but—I mean, it doesn't take a rocket
25  scientist to figure it out, so—Ted Gardner.

Page 39

1  rocks and just going to trade items.
2      AGENT TOKOS: Okay. Define that for me.
3  What do you mean, "getting rid of all the rocks" and
4  "trade items"?
5      MR. KNOWLTON: All the arrowheads and—
6  everything, just going to trade items.
7      AGENT TOKOS: What is a trade item?
8      MR. KNOWLTON: Oh, a beaded pouch, arrows
9  with steel tips, and bows and stuff.
10      AGENT TOKOS: And you're getting those
11  through the collections?
12      MR. KNOWLTON: No, you look for them
13  different. You start advertising for them to buy
14  them. There are people that have had them since the
15  1800s that have been handed down.
16      AGENT TOKOS: Okay.
17      MR. KNOWLTON: And that's maybe a little
18  cleaner—
19      AGENT TOKOS: Okay.
20      MR. KNOWLTON: —and certainly a little
21  more trackable.
22      AGENT TOKOS: Okay.
23      MR. KNOWLTON: Make sense?
24      AGENT TOKOS: Yep. Is there anything that
25  we haven't asked you or is there anything that you

Page 38

1      AGENT TOKOS: Okay.
2      MR. KNOWLTON: So... And other than that,
3  I don't know what else you'd want me to say.
4      AGENT TOKOS: What did you sell to him?
5      MR. KNOWLTON: I was trying to remember
6  that last night.
7      RANGER McCOY: What was his name, again?
8      MR. KNOWLTON: Ted Gardner. He bought—he
9  bought a little ceramic pipe bowl that I bought in
10  Vernal, Utah from an archeologist's sister. The
11  archeologist had died. It came with the book—
12      AGENT TOKOS: Uh-huh.
13      MR. KNOWLTON: —and a site report on that
14  pipe bowl.
15      AGENT TOKOS: Okay.
16      MR. KNOWLTON: He bought that, which is
17  very clean. And then the other thing that he bought
18  was—he bought a nice Midland point that came off of
19  Fergantua's property up by Lake Miramonte. And then
20  he bought—and I can't remember what the hell else
21  he bought. I think he bought like four or five
22  pieces. But it's been awhile ago. It's been over a
23  year-and-a-half.
24      AGENT TOKOS: Okay.
25      MR. KNOWLTON: Or a year, anyway. So

Page 40

10 (Pages 37 to 40)

TRANSCRIPT OF INTERVIEW WITH ROBERT BROOKS KNOWLTON
June 11, 2009

1  that's all.
2      AGENT TOKOS:  I honestly--you're looking at
3  me for confirmation.  I don't--I can't give you
4  confirmation.  I'm here to conduct a warrant and
5  this interview.
6      MR. KNOWLTON:  Okay.
7      AGENT TOKOS:  That's it.
8      MR. KNOWLTON:  Okay.
9      AGENT TOKOS:  Fair enough?
10     MR. KNOWLTON:  Yes, ma'am.
11     AGENT TOKOS:  You have been very
12 cooperative throughout.  You've agreed to go with us
13 through your collection and let us know, to the best
14 of your recollection--
15     MR. KNOWLTON:  Absolutely.
16     AGENT TOKOS:  --from your memory--
17     MR. KNOWLTON:  Absolutely.
18     AGENT TOKOS:  --where things have come
19 from.  And I do appreciate your cooperation through-
20 out this interview.
21     MR. KNOWLTON:  Okay.
22     AGENT TOKOS:  So we're going to end the
23 interview now--
24     MR. KNOWLTON:  Okay.
25     AGENT TOKOS:  --and we're going to do the

Page 41

1  walk-through and try to recall--you think you've got
2  about 3,000 pieces?
3      MR. KNOWLTON:  There's about 3,000 pieces
4  there.
5      AGENT TOKOS:  What kind of value would you
6  put on your collection?
7      MR. KNOWLTON:  Probably a hundred grand,
8  hundred and a quarter, something like that.
9      AGENT TOKOS:  Okay.  I notice that some of
10 your collections are in cases.
11     MR. KNOWLTON:  All of them are.
12     AGENT TOKOS:  Do you do that?
13     MR. KNOWLTON:  I do.
14     AGENT TOKOS:  So when you buy a collection,
15 you might--depending on how it comes in, you might
16 take it apart and put it into different--how do you
17 --how do you decide how you want to do that I guess
18 is what I'm asking.
19     MR. KNOWLTON:  Well, I don't know how I
20 decide to do it.  The cases look nice, though, don't
21 they?
22     AGENT TOKOS:  They look beautiful.
23     MR. KNOWLTON:  They're very attractive.
24     AGENT TOKOS:  Yes, they do.
25     MR. KNOWLTON:  Okay.  So if you'll notice,

Page 42

1  the one case out there in the truck was a paleo
2  case.
3      AGENT TOKOS:  What do you mean by "paleo
4  case"?
5      MR. KNOWLTON:  Well, it's--there's Clovis
6  points in there, which are 12,000 years old.
7  There's one Goshen point in there, which is in the
8  eleven-five range.
9      AGENT TOKOS:  Okay.
10     MR. KNOWLTON:  And then there's--I think
11 that there's a Folsom in there.  It's not a really
12 great Folsom, but it's a nice old Folsom that came
13 out of--out of Fowler, Colorado.  And I believe it's
14 made out of flat-top and it's--what made it
15 interesting to me is that it's double-fluted on one
16 side, which is kind of unusual for a Folsom.
17 Usually you don't--it's a single flute per side.
18     AGENT TOKOS:  Uh-huh.
19     MR. KNOWLTON:  And it was used as a knife,
20 because it's a little buggered up on the tip, but a
21 nice piece.  And what I try to do is I try to
22 arrange those things in so that they kind of--the
23 time periods kind of flow.  And then--then there was
24 a bird-point frame in there.  There are birds in
25 there that I found when I was seven years old, on

Page 43

1  our property.
2      There are birds that came from Wyoming.
3  Harry bought a beautiful collection out of--out of--
4  of--not Craig but Laramie.  And this lady had passed
5  away.  She had a--she had an absolutely killer cache
6  of blades that were probably agate basin.  Does that
7  make sense to you?
8      RANGER McCOY:  Uh-huh.
9      MR. KNOWLTON:  Okay.  You're with me, then.
10 Anyway, he bought that collection.  I wound up
11 buying about half of that collection in there.  And
12 there's a couple of beautiful little Pelican Lakes
13 that are made out of pink agate.  There's a couple
14 really, really nice--well, I say they're an Avonlea.
15 A lot of people say Avonleas don't come from
16 Wyoming, but I say they do.  It might be a little
17 far south, but they're Avonleas.
18     And so, anyway...  And there's stuff there
19 from Arkansas, there's stuff there from Texas,
20 there's stuff--you know.  And some of the stuff I
21 bought from Dunnigans, some of the stuff--just--and
22 when you go to an artifacts show, you always come
23 home with a pocket full of rocks.
24     AGENT TOKOS:  Uh-huh.
25     MR. KNOWLTON:  You know.  So that's--

Page 44

11 (Pages 41 to 44)

TRANSCRIPT OF INTERVIEW WITH ROBERT BROOKS KNOWLTON
June 11, 2009

1  AGENT TOKOS: (Inaudible.)
2  MR. KNOWLTON: --right or wrong, that's the
3  way--that's the way we do it.
4  AGENT TOKOS: About how much do you think
5  you make a year in your business?
6  MR. KNOWLTON: Not very much. Not very
7  much.
8  AGENT TOKOS: Can you give me an
9  approximate?
10  MR. KNOWLTON: Well, I lost so much money
11  on my car business when I went bankrupt that my
12  account--I have a loss carry forward. So I probably
13  make, in real money, counting my social security,
14  probably 28 grand.
15  AGENT TOKOS: A year?
16  MR. KNOWLTON: Yeah.
17  AGENT TOKOS: What if you took your social
18  security out of that?
19  MR. KNOWLTON: Well, that's--
20  AGENT TOKOS: Just off the business.
21  MR. KNOWLTON: --sixteen--that's $16,000
22  that comes off there, so... I don't sell an awful
23  lot of stuff. The stuff I sell mostly is--is
24  lesser-quality stuff. Unless there's somebody that
25  comes in like with a real nice Folsom. I had a lady

Page 45

1  that had a real nice Folsom found in Dolores County
2  down there--
3  AGENT TOKOS: Uh-huh.
4  MR. KNOWLTON: --on her husband's parents'
5  property--
6  AGENT TOKOS: Okay.
7  MR. KNOWLTON: --which we documented it
8  through them, and she signed a deal on it.
9  AGENT TOKOS: Okay.
10  MR. KNOWLTON: And I sold that for her and
11  I made good money on that. I take--I take 20
12  percent--
13  AGENT TOKOS: Okay.
14  MR. KNOWLTON: --on those. So--
15  AGENT TOKOS: So it's like a commission
16  type of deal?
17  MR. KNOWLTON: Yes.
18  AGENT TOKOS: Okay. So I do--I do
19  commissions. And then--and then I also do
20  appraisals. And I'll also do certificates or I'll
21  give them my opinion. And I charge them ten bucks
22  to look at a rock and tell them that I think it's
23  either real or not.
24  AGENT TOKOS: Okay.
25  MR. KNOWLTON: And that's that.

Page 46

1  AGENT TOKOS: What do you mean--
2  RANGER McCOY: Are you licensed at all for
3  that?
4  MR. KNOWLTON: You know, we should be
5  licensed.
6  RANGER McCOY: Do you need to be licensed?
7  MR. KNOWLTON: No, but we should be.
8  RANGER McCOY: Because that's not
9  regulated, as far as by the state?
10  MR. KNOWLTON: No.
11  RANGER McCOY: Okay.
12  MR. KNOWLTON: And that's something that--
13  that's something that all--I think that if--I think
14  that if you guys really took the dealers serious--
15  because people that buy these things love them and
16  they're going to buy them and they're going to go
17  find them or whatever. If you guys really want to
18  solve the problem, I think you need to license your
19  dealers and have required forms just like you would
20  on a car lot.
21  AGENT TOKOS: When you say you do
22  certificates, what does that mean?
23  MR. KNOWLTON: A certificate--if I was on
24  the computer I could take you to a little
25  certificate. It just says, "Bob's Flint Shop." I

Page 47

1  put a picture on the top of it, I put size, type and
2  material.
3  AGENT TOKOS: Uh-huh.
4  MR. KNOWLTON: And then I put down on here
5  where it's from. And if I remember exactly who I
6  got it from, I put the name of the person that I got
7  it from.
8  AGENT TOKOS: Okay.
9  MR. KNOWLTON: And then I--then I go ahead
10  and describe whether it was used as a knife or if it
11  was a hunting tip or something that they were using
12  to dig with or whatever. And you can tell by the
13  wear patterns when you get your microscope and look
14  at the--look at the edges.
15  AGENT TOKOS: Do you do certificates for--
16  if somebody sends you an item and they want it
17  authenticated, kind of like you would maybe almost
18  like an appraisal--
19  MR. KNOWLTON: You know, I don't do that.
20  And let me tell you why I don't do that.
21  AGENT TOKOS: Okay.
22  MR. KNOWLTON: I don't do that because it
23  just makes enemies with--within the deal, because
24  there's so much competition. And these guys, all of
25  us, have egos that are clear out of the world.

Page 48

12  (Pages 45 to 48)

00001336

TRANSCRIPT OF INTERVIEW WITH ROBERT BROOKS KNOWLTON
June 11, 2009

---

**Page 49**

1  AGENT TOKOS: Okay.
2  MR. KNOWLTON: And so if Dwayne Rogers said
3  that this point was no good and I said it was, then
4  you've got--
5  AGENT TOKOS: Okay.
6  MR. KNOWLTON: --riffs. So I only--I only
7  do those certs on stuff that I've found myself or
8  personal friends that I know and they stop by and
9  they've got an arrowhead and they want me to look at
10  it. Maybe they found it in a pawn shop or
11  something. Say--you can find them in pawn shops. I
12  bought a beautiful collection out of Laramie, the
13  Behind the Wagon Antiques. Do you know where that
14  is?
15  RANGER McCOY: No, sorry, I don't know.
16  MR. KNOWLTON: I bought seven--seven
17  beautiful frames. And the man has passed away and
18  she acquired those and I just bought it framed.
19  They were so nice, I just bought them.
20  AGENT TOKOS: What about--
21  MR. KNOWLTON: And so--
22  AGENT TOKOS: Go ahead.
23  MR. KNOWLTON: That's where--that's where
24  those--that's where your inventory comes from.
25  You've got to buy if you're going to make a living.

**Page 50**

1  AGENT TOKOS: What about the appraisals?
2  Do people come to you for appraisals?
3  MR. KNOWLTON: I can tell them--I do that
4  pretty verbal.
5  AGENT TOKOS: Okay.
6  MR. KNOWLTON: I mean, if--if you've got a
7  --if you've got Elizabethan petrified wood hell gap
8  that's three-and-an-eighth inches long that's--
9  that's just beautiful--
10  AGENT TOKOS: Uh-huh.
11  MR. KNOWLTON: --it's easy to figure out
12  that that piece is worth five or six grand.
13  AGENT TOKOS: Okay.
14  MR. KNOWLTON: You don't have to be a
15  rocket scientist.
16  AGENT TOKOS: Okay.
17  MR. KNOWLTON: And if you've got the other
18  little chigger bit, you know, what--typically in the
19  business you would call gravel, those are $5 to $15
20  arrowheads. And they're gravel. And that's what I
21  use--that's usually where I dispose of my gravel, is
22  on eBay.
23  AGENT TOKOS: Can you define gravel a
24  little better for me?
25  MR. KNOWLTON: Gravel would be an arrowhead

**Page 51**

1  that's got the wings broke off it and the tip broke
2  off it and it's just--got chigger bites in the blade
3  and it's just wore out.
4  AGENT TOKOS: Okay. Excellent.
5  MR. KNOWLTON: Make sense?
6  AGENT TOKOS: Makes sense.
7  RANGER McCOY: Makes sense.
8  AGENT TOKOS: All right. Do you have any-
9  thing you want to add?
10  MR. KNOWLTON: No.
11  AGENT TOKOS: Okay.
12  MR. KNOWLTON: No, I'm--I'll answer
13  whatever you've got.
14  AGENT TOKOS: Okay. Then we're going to go
15  ahead and see if we can recall as much as we can
16  about the location of the items in your residence--
17  MR. KNOWLTON: Absolutely.
18  AGENT TOKOS: --and what we found on the
19  consent search of your vehicle.
20  MR. KNOWLTON: Okay.
21  AGENT TOKOS: So I'm going to go ahead and
22  end the interview at this time. I'm showing a time
23  of approximately 12:28.
24  MR. KNOWLTON: Okay.
25  AGENT TOKOS: Thank you.

**Page 52**

1  (Off the record.)
2  AGENT TOKOS: Okay. It is June 11th, nine
3  --of 2009. Time is approximately 5:20. This is a
4  follow-up interview with Robert Knowlton and we are
5  sitting at his residence at 1602 Dolores Street,
6  Grand Junction, Colorado 81503.
7  My name is Shannon Tokos. I'm a special
8  agent with the BLM, badge No. 35.
9  RANGER McCOY: And my name's Perry McCoy,
10  state staff ranger with BLM, badge No. 274.
11  AGENT TOKOS: Okay. And Mr. Robert
12  Knowlton is sitting here with us.
13  Earlier today as I was walking out you
14  mentioned some issues in regard to the feathers on
15  the arrows.
16  MR. KNOWLTON: Yes.
17  AGENT TOKOS: Can you repeat that to me so
18  that we have it on tape?
19  MR. KNOWLTON: Okay.
20  AGENT TOKOS: Before you speak, one more
21  time, I need to remind you that earlier you signed--
22  MR. KNOWLTON: I'm aware of it.
23  AGENT TOKOS: Aware of it, and you're aware
24  that--that your participation in this interview is
25  voluntary. Do you still agree to talk to us?

13 (Pages 49 to 52)

00001337

TRANSCRIPT OF INTERVIEW WITH ROBERT BROOKS KNOWLTON
June 11, 2009

1    MR. KNOWLTON: Yes.
2    AGENT TOKOS: Okay.
3    MR. KNOWLTON: Uh-huh. Those arrows that
4    you guys are going--going to take tonight, okay,
5    those arrows--and I didn't mean to do this, but
6    those arrows came from a guy by the name of Shumway
7    out of Blanding. Okay? His wife's name was Wyvet,
8    I think. And he had called me on my ad and said he
9    had some things to sell.
10    So he came up. And I had a little pipe
11    that I had gotten out of the Hightower collection
12    and had sent it to Ben Stermer for a paper of
13    authenticity. While this Shumway guy was there, he
14    --he looked at that little pipe and he says, "Well,
15    I'd trade for that." And I said, "Well, what have
16    you got to trade?"
17    And he rolled out these two arrows,
18    probably the best arrows I've ever seen in my life.
19    1880 to 1890 circa steel-tips, sinew and feathers.
20    And so I traded him the pipe and I gave him the
21    paper and I put the arrows away. He then took that
22    pipe and went down and sold it to Crites.
23    AGENT TOKOS: And Crites' first name?
24    MR. KNOWLTON: I don't know what--his first
25    name.

Page 53

1    AGENT TOKOS: Is it--
2    MR. KNOWLTON: Crites.
3    AGENT TOKOS: Is it Vern Crites?
4    MR. KNOWLTON: Vernon.
5    AGENT TOKOS: Okay.
6    MR. KNOWLTON: The guy down there out of
7    Durango or--
8    AGENT TOKOS: Yes.
9    MR. KNOWLTON: Okay.
10    AGENT TOKOS: Okay.
11    MR. KNOWLTON: Okay. So after he sold this
12    to Crites, about three or four or five days or--two
13    or three weeks, I guess it was, Crites calls me and
14    he says to me--he says, "This pipe is fake." And I
15    said, "No, you got a certificate on it." And he
16    says, "No. I already talked to my guys down here in
17    New Mexico and they think it's fake." And he says,
18    "I should have known better and you're a son-of-a-
19    bitch." And he just really went off on me.
20    And I told him that the deal was done, that
21    he needed to go talk to Shumway. So at that point--
22    he called me several more times and berated me and
23    got in my face. And then I got a call from--from
24    Ben, because he called Ben and raised hell with Ben.
25    And Ben called me and says, "I'm sending him the COA

Page 54

1    stating that it's a modern pipe."
2    AGENT TOKOS: And Ben's last name, again?
3    MR. KNOWLTON: Stermer--
4    AGENT TOKOS: Okay.
5    MR. KNOWLTON: --out of Arizona.
6    So at that point I just told Ben--I says,
7    "Well, maybe you can buy it back from him." And the
8    last time that Crites called me I told him to take
9    it up with Shumway, that I wasn't doing the deal, I
10    was done.
11    So those are the arrows that you are
12    evidently going to take that we're going to have to
13    fight over. They do have eagle feathers on them.
14    And the truth of the matter is that I knew it. The
15    other truth of the matter is I did not know that I
16    couldn't own on a--on an antique arrow.
17    AGENT TOKOS: Okay.
18    MR. KNOWLTON: So, as I found out, I can't.
19    AGENT TOKOS: Okay.
20    MR. KNOWLTON: So that's that.
21    AGENT TOKOS: I appreciate this.
22    MR. KNOWLTON: Yes, ma'am.
23    AGENT TOKOS: This occurred approximately
24    how long ago?
25    MR. KNOWLTON: I want to say it was four or

Page 55

1    five years ago.
2    AGENT TOKOS: Okay.
3    MR. KNOWLTON: Could have been as long as
4    five and maybe as short as four, probably. It was
5    while I was living out on 31 Road--
6    AGENT TOKOS: Here in Grand Junction?
7    MR. KNOWLTON: --which--yeah. So it puts
8    it somewhere around that 2003, 2004 mark--
9    AGENT TOKOS: Okay.
10    MR. KNOWLTON: --I believe. And I could be
11    wrong, but that's where my recollection takes me.
12    AGENT TOKOS: Do you remember Mr. Shumway's
13    first name?
14    MR. KNOWLTON: I do not.
15    AGENT TOKOS: Do you remember how old he
16    was, approximately?
17    MR. KNOWLTON: He was probably 30ish. He
18    was tall, had a narrow face, dark--dark hair.
19    AGENT TOKOS: And how did he contact you?
20    MR. KNOWLTON: Out of my ad that I had in
21    the Nickel. Which is easy for you to verify. You
22    can go back and have the Nickel pull those issues
23    clear back, say, from two thousand--actually, about
24    1997 clear up to when I moved to Ft. Collins. I was
25    in there every week.

Page 56

14  (Pages 53 to 56)

TRANSCRIPT OF INTERVIEW WITH ROBERT BROOKS KNOWLTON
June 11, 2009

1    AGENT TOKOS: Okay.
2    MR. KNOWLTON: It was just a constant ad.
3    AGENT TOKOS: Had you dealt with him
4  before?
5    MR. KNOWLTON: You know, I want to say no,
6  but I'm going to say I'm not sure.
7    AGENT TOKOS: Okay.
8    MR. KNOWLTON: I don't think so. I don't
9  think so. I know Deloy Shumway and I knew Earl
10  Shumway a little bit before he died, but I didn't do
11  much business with those guys at all. And that's
12  been a terrible long time ago.
13    AGENT TOKOS: What about his wife, did--
14    MR. KNOWLTON: Wyvet?
15    AGENT TOKOS: Yes.
16    MR. KNOWLTON: No. No. She only--she only
17  came up there that one time with him and that was
18  the one time he was up to my house.
19    AGENT TOKOS: Okay. Did he have anything
20  else with him when he had--
21    MR. KNOWLTON: He had some pottery, but the
22  pottery looked fake to me. And I really--I just
23  passed on it right off the bat.
24    AGENT TOKOS: Okay. Do you remember how
25  many pieces of pottery?

Page 57

1    AGENT TOKOS: Okay.
2    MR. KNOWLTON: And there was one corrugated
3  pot that was okay.
4    AGENT TOKOS: Okay. Mr. Crites, how long
5  have you known him?
6    MR. KNOWLTON: I don't know him. I've only
7  talked to him on the phone, period.
8    AGENT TOKOS: Okay. You've never been down
9  to see him?
10    MR. KNOWLTON: No, ma'am, never.
11    AGENT TOKOS: How long have you been
12  associated with him telephonically?
13    MR. KNOWLTON: I talked to him about four
14  times after the--after that pipe deal, and that's
15  it.
16    AGENT TOKOS: Had you talked to him prior
17  to that?
18    MR. KNOWLTON: No, ma'am.
19    AGENT TOKOS: Did he call you regarding
20  that?
21    MR. KNOWLTON: Oh, yeah.
22    AGENT TOKOS: Have you ever been--you've
23  never been down there to see him?
24    MR. KNOWLTON: No, ma'am.
25    AGENT TOKOS: Have you ever been out in the

Page 59

1    MR. KNOWLTON: Probably three or four. He
2  probably had three or four pieces of pottery and he
3  --and he had an ugly little miniature that an Indian
4  wouldn't have made.
5    AGENT TOKOS: Do you recall what kind of
6  pottery he was presenting that as?
7    MR. KNOWLTON: You know, I--can I tell you
8  something that I wouldn't admit to anybody? I don't
9  know--on this black and white stuff, I don't know if
10  it's Chaco Canyon or if it's--or who painted it.
11  I've never studied pottery.
12    AGENT TOKOS: Uh-huh.
13    MR. KNOWLTON: It's not been something that
14  I handle.
15    AGENT TOKOS: Okay.
16    MR. KNOWLTON: And I just--if it was red, I
17  would know it would be tradeware. That's probably
18  the extent.
19    AGENT TOKOS: Okay.
20    MR. KNOWLTON: I am not very knowledgeable
21  in it at all.
22    AGENT TOKOS: Do you recall if it was red
23  or black or white?
24    MR. KNOWLTON: Not, it was black--it was
25  black and white.

Page 58

1  field with him?
2    MR. KNOWLTON: No, ma'am, never. I
3  wouldn't know Crites if he walked in here and
4  slapped me on the back. I don't know the man.
5    AGENT TOKOS: Do you know of him through
6  your dealings?
7    MR. KNOWLTON: I--I only know of him
8  because everybody told me if you wanted nice pottery
9  that that's who you should go see. Well, pottery is
10  not something that I'm interested in.
11    AGENT TOKOS: Okay. All right. Backing up
12  to last night and our earlier interview.
13    MR. KNOWLTON: Okay.
14    AGENT TOKOS: You'd indicated that you had
15  talked to an attorney.
16    MR. KNOWLTON: Oh, I called Nancy. She's
17  an attorney. She's a friend of mine. And all I
18  asked her for was--was a good attorney. I wanted to
19  know what I could say and what I couldn't say in
20  this interview. Doesn't make any difference now,
21  because I've told you everything.
22    AGENT TOKOS: And who did she refer you to?
23    MR. KNOWLTON: I'd have to get on my phone
24  to tell you. God. I think I wrote it down. Short-
25  term memory, that means I'm going to die. You know

Page 60

15 (Pages 57 to 60)

00001339

TRANSCRIPT OF INTERVIEW WITH ROBERT BROOKS KNOWLTON
June 11, 2009

1  that, don't you?
2       AGENT TOKOS: No, don't say that.
3       MR. KNOWLTON: If you look--if they didn't
4  bring that envelope in that was in the front seat of
5  my car, that attorney's name was on there. I have
6  not yet retained him. I'm scheduled to see him at
7  11:00 on Monday.
8       AGENT TOKOS: Okay.
9       MR. KNOWLTON: Okay? I need that address.
10 I will get ahold of Nancy later. At least I know
11 her number.
12      AGENT TOKOS: Right. Did you remove any-
13 thing from your house or your property after that
14 conversation?
15      MR. KNOWLTON: No, ma'am.
16      AGENT TOKOS: Okay.
17      MR. KNOWLTON: No, ma'am.
18      AGENT TOKOS: Did you put anything in your
19 vehicle?
20      MR. KNOWLTON: Yes, ma'am.
21      AGENT TOKOS: What did you put in your
22 vehicle?
23      MR. KNOWLTON: Those two frames and those
24 feathers.
25      AGENT TOKOS: Okay.

Page 61

1       MR. KNOWLTON: The feathers, mainly--
2       AGENT TOKOS: Uh-huh.
3       MR. KNOWLTON: --and that was it. I just
4  lost my train of thought.
5       AGENT TOKOS: You were talking about what
6  you'd removed after talking to the attorney last
7  night.
8       MR. KNOWLTON: Oh, I didn't talk to the
9  attorney last night.
10      AGENT TOKOS: Oh, you have never spoken to
11 him other than just Nan--is it a he or a she? I'm
12 sorry.
13      MR. KNOWLTON: It's a--Nancy is a she.
14      AGENT TOKOS: Uh-huh.
15      MR. KNOWLTON: And I drove around downtown
16 Grand Junction trying to get ahold of the attorney
17 that she rep--that she asked me for. And I don't
18 know what the guy's number is, because he's got my
19 phone. And I won't get my phone until Monday.
20      AGENT TOKOS: I understand.
21      MR. KNOWLTON: And this is--
22      AGENT TOKOS: So you never spoke to him?
23      MR. KNOWLTON: Nope.
24      AGENT TOKOS: Okay.
25      MR. KNOWLTON: Never did.

Page 62

1       AGENT TOKOS: So why did you remove the
2  feathers and the frames from your house?
3       MR. KNOWLTON: Well, the frames, I was
4  going to show a guy those--some of those (inaudible)
5  points and the bird points. And I had just decided
6  I wasn't going to go stop over and see him. I was
7  going to go see George Tracy, but I just decided I
8  wasn't going to go there.
9       So the feathers, I didn't really know what
10 I was going to do with them. I know that that was a
11 problem area, so--I didn't pick those feathers up to
12 sell them, I picked them up because they're
13 beautiful and I don't like to see them rot. That's
14 just the way it is. That's it.
15      AGENT TOKOS: Okay.
16      RANGER McCOY: When did you say you put the
17 feathers in the vehicle?
18      MR. KNOWLTON: This morning--
19      RANGER McCOY: Okay.
20      MR. KNOWLTON: --before I went to
21 breakfast.
22      RANGER McCOY: Okay.
23      MR. KNOWLTON: And my McDonald's wrapper is
24 in the truck.
25      AGENT TOKOS: Did you go anywhere else this

Page 63

1  morning?
2       MR. KNOWLTON: No, ma'am, just--I was in
3  downtown Grand Junction and I was trying to get
4  ahold of that attorney. I was trying to get his
5  secretary to let me see him and she couldn't do it
6  until 11:00 Monday morning.
7       AGENT TOKOS: Monday morning, okay.
8       MR. KNOWLTON: So that's when I came home.
9       AGENT TOKOS: When did you move over here?
10      MR. KNOWLTON: Friday. Actually, I've been
11 moving the last four weeks. I knew I was buying
12 this house and--if the mortgage company will still
13 let me keep it. Anyway, so I closed this last
14 Friday.
15      AGENT TOKOS: Okay. Do you have storage
16 units anywhere?
17      MR. KNOWLTON: No, ma'am. Nope.
18      AGENT TOKOS: Have you moved everything
19 over here from the (inaudible)?
20      MR. KNOWLTON: Absolutely.
21      AGENT TOKOS: Okay. And I'm assuming that
22 you came here from the Ft. Collins area.
23      MR. KNOWLTON: I did. I made three trips
24 with that--with that trailer.
25      AGENT TOKOS: Okay. Are you a hunter?

Page 64

16 (Pages 61 to 64)

TRANSCRIPT OF INTERVIEW WITH ROBERT BROOKS KNOWLTON
June 11, 2009

1   MR. KNOWLTON: Not anymore. I used to deer
2   hunt a little bit.
3   AGENT TOKOS: Uh-huh.
4   MR. KNOWLTON: And I shot my first and last
5   deer on Warren Gore's property. And the head is
6   downstairs. I had it mounted. Nice deer. I don't
7   hunt.
8   AGENT TOKOS: Okay. When's the last time
9   you went hunting?
10  MR. KNOWLTON: That had to be about 1997
11  when I shot that deer.
12  AGENT TOKOS: Okay. So it's been a while?
13  MR. KNOWLTON: Somewhere in there. Yeah,
14  it's been a long time. I go to indoor ranges and
15  outdoor ranges and shoot. And if there's a bank or
16  something, I'll shoot once in a while if I'm with
17  friends. But I'm not--I'm not real big on them. I
18  have guns but I'm not nuts about them.
19  AGENT TOKOS: When you're out--when you
20  were hunting, when you were out on Warren Gore's
21  property or looking for artifacts, wherever that may
22  be--
23  MR. KNOWLTON: Uh-huh.
24  AGENT TOKOS: --on, whoever's property that
25  might be--

Page 65

1   AGENT TOKOS: Do you use maps at all?
2   MR. KNOWLTON: Not--I would if I was in
3   doubt of where I was. But Warren was pretty
4   specific where his property was.
5   AGENT TOKOS: Okay. Do you use a GPS at
6   all?
7   MR. KNOWLTON: Nope. I've never used a
8   GPS. I was thinking about getting one, but...
9   AGENT TOKOS: Do you own one? No? Okay.
10  MR. KNOWLTON: Nope.
11  AGENT TOKOS: Okay. We noticed, as we were
12  conducting a search warrant, a lot of the items are
13  --got tags on them.
14  MR. KNOWLTON: Uh-huh.
15  MR. KNOWLTON: I'm assuming that has some-
16  thing to do with your business.
17  MR. KNOWLTON: The tags on the arrowheads?
18  MR. KNOWLTON: The various items, you'll see
19  white tags.
20  MR. KNOWLTON: With numbers on them?
21  AGENT TOKOS: Yes.
22  MR. KNOWLTON: Okay. A lot of people that
23  --that have collections number them.
24  AGENT TOKOS: Okay.
25  MR. KNOWLTON: And in some cases, they have

Page 67

1   MR. KNOWLTON: Absolutely.
2   AGENT TOKOS: --how do you know where
3   you're at? Do you use maps? Do you use a GPS?
4   MR. KNOWLTON: Well, he showed me which
5   fence was his deeded land and which fences that he
6   had leased--that leased from the BLM. And I went on
7   deeded land.
8   AGENT TOKOS: Okay. So he made that very
9   clear?
10  MR. KNOWLTON: Yes, he did.
11  AGENT TOKOS: So if I contact him, he's
12  going to be able to verify that?
13  MR. KNOWLTON: He will remember me.
14  AGENT TOKOS: Okay.
15  MR. KNOWLTON: I sold him a lot of trucks.
16  AGENT TOKOS: Okay. What about not just
17  Warren's but these other properties as you go
18  through and--
19  MR. KNOWLTON: Well, the only one that I
20  would even tell you that would be worth calling was
21  Doug King. And Doug gave me permission to hunt the
22  bluffs above his ranch over there.
23  AGENT TOKOS: Okay.
24  MR. KNOWLTON: And to be honest with you, I
25  never went on his property, but I had permission.

Page 66

1   a log. The Chaney collection had a log and when I
2   sold the last of the Chaney collection at auction, I
3   put the log with it so whoever bought them would
4   have them. The Mutz collection out of eastern
5   Colorado had a log and--had a log, actually.
6   Didn't have a log. They didn't log the points, they
7   just put the legend on the--on the deal.
8   AGENT TOKOS: Uh-huh.
9   MR. KNOWLTON: And when I--when I sold the
10  last of Annette and Barbara's stuff, that went with
11  it, too.
12  AGENT TOKOS: So the numbers that we're
13  seeing on these items, you did not put them on
14  there?
15  MR. KNOWLTON: You'd have to show me and
16  then I could tell you.
17  AGENT TOKOS: Okay. So there's some time--
18  there's some cases where you number your items?
19  MR. KNOWLTON: I don't know. I don't
20  remember doing it, but it's possible.
21  AGENT TOKOS: Do you have a catalog or a
22  log somewhere for your personal collection?
23  MR. KNOWLTON: No. I started to do a--I
24  started to do a picture catalog and just got side-
25  tracked on it because the stuff moves out so fast.

Page 68

17  (Pages 65 to 68)

TRANSCRIPT OF INTERVIEW WITH ROBERT BROOKS KNOWLTON
June 11, 2009

1  And when I thought that I would--when I finally got
2  to the end of it, I--what I was going to keep, then
3  I would do a log.
4      AGENT TOKOS: Okay. So at this time you do
5  not have a log?
6      MR. KNOWLTON: Well, there's a semi-log up
7  there in that--those certificates. One of those
8  folders has got pictures of where I did inventory--
9      AGENT TOKOS: Okay.
10     MR. KNOWLTON: --like in 2003 or something
11 like that. And if you look through there, you'll
12 see I still own--a lot of those points are still in
13 there.
14     AGENT TOKOS: That's in one of the binders?
15     MR. KNOWLTON: Yes, ma'am.
16     AGENT TOKOS: There's no--is there an
17 electronic log on the computer?
18     MR. KNOWLTON: No, ma'am.
19     AGENT TOKOS: So the documentation on the
20 computer is predominantly on your website?
21     MR. KNOWLTON: My website and you probably
22 could--you probably could--if you can get eBay to
23 give you a rundown on what I sold, you'll be able to
24 look at what I sold on eBay. You'll find most of
25 it's probably field-grade points.

Page 69

1      AGENT TOKOS: Okay.
2      MR. KNOWLTON: The $15 and the $30 variety.
3  And my website has usually got nice stuff on it.
4  And I price it--I try to price it up where they'll
5  buy it, is what I try to do.
6      AGENT TOKOS: Okay. The certificates of
7  origin that we've come across, some are very
8  specific, where they list a specific ranch.
9      MR. KNOWLTON: Okay.
10     AGENT TOKOS: Others are very general,
11 maybe a state or a county. Can you explain that?
12     MR. KNOWLTON: Well, I put everything that
13 I know about that arrowhead on that certificate.
14     AGENT TOKOS: Okay. But some of them are
15 signed by you and it only says the county. They are
16 signed--they are signed that you were the collector.
17     MR. KNOWLTON: Oh, that I found them?
18     AGENT TOKOS: Yes.
19     MR. KNOWLTON: Some of those are probably
20 lies. You're talking about where Bill Jackson was
21 papering them and stuff. Some of those are probably
22 lies. Some of them are probably true.
23     AGENT TOKOS: Okay.
24     MR. KNOWLTON: Okay?
25     AGENT TOKOS: Help with a "lie." Can you--

Page 70

1  what do you mean, some of them are probably lies?
2      MR. KNOWLTON: Probably got them from some-
3  body else and put my name on them--
4      AGENT TOKOS: Okay.
5      MR. KNOWLTON: --because I like them.
6      AGENT TOKOS: So you're trying to give them
7  the certificate of origin?
8      MR. KNOWLTON: Yeah. That was pretty early
9  --those were pretty early in my--
10     AGENT TOKOS: Okay.
11     RANGER McCOY: --in my deal. And I've
12 changed that up a little bit. I don't try to sell a
13 story anymore, I just try to do the deal the way it
14 should be done.
15     AGENT TOKOS: Okay.
16     MR. KNOWLTON: If that makes sense.
17     AGENT TOKOS: Well, to clarify--okay. It
18 says you're the collector--
19     MR. KNOWLTON: Okay.
20     AGENT TOKOS: --on them and it will say
21 just very general county, that's it.
22     MR. KNOWLTON: I would just have to look at
23 that and then maybe I can help you.
24     AGENT TOKOS: Okay.
25     MR. KNOWLTON: If I know the county and the

Page 71

1  state, that's what I give it. If it's--I guess I
2  don't do everything right down the line.
3      AGENT TOKOS: Well, I guess what I'm asking
4  is if you have permission, let's say, to go on
5  Gore's property--
6      MR. KNOWLTON: Okay.
7      AGENT TOKOS: --and you find an item and
8  you're going to do a certificate of origin on the
9  item--
10     MR. KNOWLTON: If I did it myself--
11     AGENT TOKOS: Uh-huh.
12     MR. KNOWLTON: A lot of times I won't put
13 the rancher down. And I'll tell you why: Because
14 Warren doesn't want a bunch of people calling him.
15     AGENT TOKOS: Okay.
16     MR. KNOWLTON: Does that make sense?
17     AGENT TOKOS: Now I'm following you.
18     MR. KNOWLTON: Okay.
19     AGENT TOKOS: Okay. So some of--
20     MR. KNOWLTON: Now, if it's--
21     AGENT TOKOS: --them may not--
22     MR. KNOWLTON: If it's a piece that I found
23 in Wyoming and it was on Jim True's ranch, then I
24 would put the True Ranch on it because True can make
25 his own mind up if he's going to charge them to go

Page 72

18 (Pages 69 to 72)

TRANSCRIPT OF INTERVIEW WITH ROBERT BROOKS KNOWLTON
June 11, 2009

1   on the ranch.
2       AGENT TOKOS: Okay. So there's basically
3   three scenarios, is what I'm hearing you say.
4   Either--it might just say the county because the
5   rancher may--doesn't want to be bothered about it.
6   It may say the actual rancher, because they don't
7   have an issue--or the ranch, because it doesn't have
8   an issue with it.
9       MR. KNOWLTON: Uh-huh.
10      AGENT TOKOS: Or it may just say the county
11  and state, because it was a deal that you did to try
12  to authenticate somebody else's property. Is that--
13      MR. KNOWLTON: That's entirely possible.
14      AGENT TOKOS: That's--okay.
15      MR. KNOWLTON: I would just have to look at
16  the pieces and tell you if I saw it.
17      AGENT TOKOS: Okay. That's reasonable.
18  Okay.
19      I'm going to go over this--we were talking
20  earlier about walking you through the house and you
21  telling us where everything came from to the best of
22  your recollection.
23      MR. KNOWLTON: I can get pretty close.
24      AGENT TOKOS: Let me ask you this: Is
25  there anything in your residence that came from

Page 73

1   question?
2       AGENT TOKOS: I'm looking for anything that
3   came off of public land--public land, national
4   forest service, park service, BLM or state land.
5   Anything that was not privately deeded land.
6       MR. KNOWLTON: Not to my knowledge. Not to
7   my knowledge.
8       AGENT TOKOS: Okay.
9       MR. KNOWLTON: Not--just not to my know-
10  ledge. I'm not saying there is or isn't, but I'm
11  saying that--not to my knowledge.
12      AGENT TOKOS: Okay.
13      MR. KNOWLTON: I don't know how else to
14  answer that question.
15      AGENT TOKOS: Okay. I'm going to re--I'm
16  going to go back to the earlier question in the
17  previous interview. Do you collect on public land,
18  forest service, BLM, park service, state?  I need
19  you to be honest with me.
20      MR. KNOWLTON: You know, I just--just--I
21  was on Tarantula Mesa with friends and I find a
22  broken arrowhead. And that arrowhead is in that
23  collection somewhere.
24      AGENT TOKOS: Tarantula Mesa in Utah?
25      MR. KNOWLTON: Yes, ma'am. I didn't do

Page 75

1   public land?
2       MR. KNOWLTON: How would I know that?
3       AGENT TOKOS: To your knowledge, either you
4   collected it off of public land or you purchased it
5   from somebody with the knowledge that it came off
6   public land.
7       MR. KNOWLTON: Well, when I--when I go to
8   buy something I always ask them--and a lot of times
9   the gals will say--or the--in rare cases they'll
10  say, "Well, I didn't go hunting with him much, but
11  we hunted on the Smith Ranch or we hunted on the
12  Zapata Ranch." And I just--I can't quiz--I can't
13  quiz the dead--the dead person.
14      And most of those deals are because they
15  are collections that have been passed down and
16  there's death involved. I would not, on purpose,
17  take something off of public ground.
18      AGENT TOKOS: Okay. So going to what
19  you've collected yourself--
20      MR. KNOWLTON: Okay.
21      AGENT TOKOS: --any--is there anything in
22  that residence that you've collected yourself off of
23  public land? And let me define public land for you.
24      MR. KNOWLTON: Why don't you tell me what
25  you're looking for and then--then I can answer that

Page 74

1   that on purpose, but we went up on--on a three-day
2   just to camp and ride the four-wheelers around and
3   have a good time and see what was out there. And I
4   did pick up a purple agate half. And that was all
5   that I picked up.
6       AGENT TOKOS: Who was "we"?
7       MR. KNOWLTON: I went with some friends.
8       AGENT TOKOS: Okay.
9       MR. KNOWLTON: And I'm sure that Jim didn't
10  find anything.
11      AGENT TOKOS: Jim?
12      MR. KNOWLTON: Schultz. I'm positive he
13  didn't find anything, because--
14      AGENT TOKOS: At--
15      MR. KNOWLTON: --because we came home
16  feeling like we were skunked pretty good.
17      AGENT TOKOS: Is there anything else that
18  you have taken from public land, here locally, in
19  Utah, in Wyoming?
20      MR. KNOWLTON: There is a frame that I told
21  a guy that I found all myself in there, but it's not
22  true. I thought it was something that he wanted to
23  hear in order to buy the frame. And most of those
24  pieces--I would just have to go through them with
25  you one at a time. And there may be a couple of

Page 76

19 (Pages 73 to 76)

00001343

TRANSCRIPT OF INTERVIEW WITH ROBERT BROOKS KNOWLTON
June 11, 2009

1  them off of public land, but I don't know which ones
2  without looking at them.
3      RANGER McCOY: What public land? Where at
4  would they be out of?
5      MR. KNOWLTON: It would be out here at the
6  base of the mesa, but--out here at the base of the
7  mesa. And there's guys that ride their motorcycles
8  out there and they're crushing the--the banks and--
9      RANGER McCOY: You mean right--like at Rita
10 Mesa here?
11     MR. KNOWLTON: It wouldn't be Rita, it
12 would be out--out of Palisade.
13     RANGER McCOY: Oh, okay.
14     MR. KNOWLTON: Out of--
15     RANGER McCOY: Yeah.
16     MR. KNOWLTON: --Palisade and then out--
17     RANGER McCOY: South of town there?
18     MR. KNOWLTON: Uh-huh.
19     RANGER McCOY: Yeah.
20     MR. KNOWLTON: And there's what I think was
21 a--was an old--probably a marsh or something at one
22 time a thousand years ago.
23     AGENT TOKOS: Uh-huh.
24     MR. KNOWLTON: And there may be a few
25 there. But I know what you're referring to, because

Page 77

1      MR. KNOWLTON: I can't tell you. It used
2  to be a ranch.
3      AGENT TOKOS: Okay. Who did it belong to?
4      MR. KNOWLTON: I--Goddang. I can't tell
5  you who that was--
6      AGENT TOKOS: Okay.
7      MR. KNOWLTON: --but I can tell you it used
8  to be a private-deeded ranch. And I don't know if
9  it's city property or not. They bought part of
10 that, I know, but I don't know which part I was on.
11     AGENT TOKOS: Okay. Did you talk to any
12 landowners to go onto it?
13     MR. KNOWLTON: We did. We did. And I
14 can't tell you what the guy's name is, even, because
15 it was really--it was--told us we could go on but--
16 but just make this the last time, or something like
17 that.
18     AGENT TOKOS: How long ago was that?
19     MR. KNOWLTON: Oh, God, honey, that's been
20 forever.
21     AGENT TOKOS: I'm trying to help you with
22 your memory.
23     MR. KNOWLTON: Well, I'm trying to--I'm
24 trying to tell you without--without sticking my foot
25 clear in my butt.

Page 79

1  when Ted was there he was looking at that and he
2  says, "Did you find all those?" And I thought
3  that's what he wanted to hear and I told him. I
4  said, "Yeah." But if you look at that frame, there
5  are different materials, they are out of different
6  collections.
7      AGENT TOKOS: Okay.
8      MR. KNOWLTON: There is--there is that red
9  jasper that comes out of Utah. There is quartzite
10 that comes from all around here. There is agate
11 that comes from down by Naturita. There's--I mean,
12 it's--I just thought that's what he wanted to hear.
13 Now I know where you're talking about.
14     AGENT TOKOS: Are there some items in there
15 that did come--
16     MR. KNOWLTON: You know, I don't know.
17 They're all out of collections. How do--how do I
18 answer this question?
19     AGENT TOKOS: Well, I guess I'm asking you,
20 because you were mentioning this area outside of
21 Palisade.
22     MR. KNOWLTON: I know where it is.
23     AGENT TOKOS: Okay.
24     MR. KNOWLTON: I've been there.
25     AGENT TOKOS: Is it on public land?

Page 78

1      AGENT TOKOS: Where's the frame that you're
2  referring to?
3      MR. KNOWLTON: I can take you in and show
4  it to you.
5      AGENT TOKOS: Okay. Let's go ahead and do
6  that. And at this time I'm going to go ahead and
7  stop the interview so we can do that. It--the time
8  is 5:46, approximately.
9      MR. KNOWLTON: But I'm going to tell you
10 the truth, I don't--
11     (Off the record.)
12     AGENT TOKOS: And it is still June 11,
13 2009, at approximately 5:49. We're back with
14 Mr. Knowlton. It's Agent Tokos and Perry McCoy.
15 We're looking at a frame that Mr. Knowlton has taken
16 from his residence and we're going to discuss this
17 frame at this time.
18     MR. KNOWLTON: We're going to start at the
19 right-hand side, top. Red drill form, that
20 obviously comes from Utah.
21     AGENT TOKOS: Okay.
22     MR. KNOWLTON: Okay? Two little petrified
23 wood pieces, obviously from eastern Colorado. A
24 San Jose knife could be from Utah, it could be from
25 Colorado, it could be from eastern Colorado, it

Page 80

20  (Pages 77 to 80)

TRANSCRIPT OF INTERVIEW WITH ROBERT BROOKS KNOWLTON
June 11, 2009

1  could be from Wyoming. And I believe that that
2  piece came out of Sandy Hightower's collection.
3      This little agate knife right here, that
4  agate could come from around here. This little
5  black northern-style point is probably a Wyoming
6  point. This is probably a Wyoming point. This is
7  an eastern Colorado point. This little red one is
8  obviously Utah.
9      These little San Jose points were Pinto
10  Basin points. Could be from Utah or Colorado and I
11  don't know where they are from. They're pieces that
12  came out of a collection that I bought, obviously.
13  And these little San Jose points down here in this--
14  this little Pelican Lake and more San Joses and
15  San Joses and San Joses and San Joses. San Jose or
16  Pelican, San Jose. These could be from here or
17  anywhere.
18      This piece looks like right here. We've
19  gone, one, two, three, four, five, six, seven,
20  eight, nine, ten, bottom row--
21      AGENT TOKOS: From the right.
22      MR. KNOWLTON: --11 from the right on the
23  bottom row. Patinated little white agate piece is
24  obviously an eastern Colorado piece. This little
25  Duncan is obviously an eastern Colorado piece. I
                                            Page 81

1  and I didn't want to sell it for $25 or $30 bucks.
2      AGENT TOKOS: Okay.
3      MR. KNOWLTON: Okay? Then this little guy
4  --this little guy here has got to be coming from--
5  got to be coming from Nevada, with that kind of a
6  base, or southwestern Utah, somewhere in there.
7      This little tuarosa is--could be a Colorado
8  point. It probably is a Colorado point. That looks
9  like material that we got off of Sandy Hightower.
10  That looks like Sandy Hightower stuff. This piece,
11  I'm not sure where it's from, but it's obviously a
12  little basketmaker point, so it came out of a pre-
13  Anasazi area.
14      AGENT TOKOS: Okay.
15      MR. KNOWLTON: Another basketmaker point.
16  This is a Wyoming point. It's what you would call a
17  Glendale point. It's been broken and resharpened by
18  the Indian. That's another basketmaker. Could be
19  Colorado.
20      And this right here, I know where this
21  little basketmaker came from. It came out of a
22  little collection that I bought out of Gunnison.
23  And then this little point here, I'm not sure what
24  it is. It does have ground--ground--ground edges.
25  Looks like a San Jose, but I think it's more basket-
                                            Page 83

1  don't know where this little cream piece is. This
2  cream piece is probably--probably from Missouri or
3  Illinois or Kansas.
4      This piece is from Missouri or Illinois or
5  Kansas. It's a little Dalton. This San Jose and
6  this conglomerate--this conglomerate comes from
7  around here. This quartzite comes from around here.
8      This little Wind Dust is probably a
9  northern Wyoming piece or an Idaho piece, which I
10  did buy a collection out of Idaho, as well. This is
11  a prior stem, that's probably Wyoming. That's more
12  than likely Wyoming.
13      This little piece I'm not sure where in the
14  hell he's from. I don't recognize the base on him.
15  He's pretty patinated. Could be from anywhere.
16      So now we'll go back up to the top of the
17  frame and come to the little pink petrified wood,
18  San Raphael side-notched. This point could come
19  from--from Utah, it could come from Nevada, it could
20  come from New Mexico or Arizona or southwestern
21  Colorado.
22      AGENT TOKOS: Do you have any recollection
23  where it came from?
24      MR. KNOWLTON: I do not. It came in a
25  collection that--that would be a hard point to sell
                                            Page 82

1  maker. And that point could be from anywhere in the
2  surrounding areas. I do not recollect the
3  collection right off the head.
4      Okay. This knife, it's a nice, big
5  Shoshone knife, late--late period. That--that
6  quartzite predominantly comes out toward here to
7  Delta, so this could be somewhere at the base of the
8  mesa or somewhere in that area. And I don't
9  remember who I got that from. I remember I got it a
10  long time ago. I never tried to sell it.
11      This is kind of an interesting agate piece,
12  this big old San Pedro. There's one, two, three,
13  four San Pedros right in a row. And these points
14  are--I'm sure are western Colorado stuff. And I
15  would say that probably--most of these probably came
16  out of Sandy Hightower's collection.
17      These broken ones were--I wouldn't know
18  where they came from. I just put them in there
19  because they're beautiful.
20      Then this is a little serrated--this point
21  could actually be out of Texas with that serrations
22  on there, the way it's made with that base. But
23  probably south--southwestern Utah is where I want to
24  say. Okay?
25      And there's a little Wyoming piece. That's
                                            Page 84

21 (Pages 81 to 84)

00001345

TRANSCRIPT OF INTERVIEW WITH ROBERT BROOKS KNOWLTON
June 11, 2009

1  a little Glendale. This is probably Wyoming. This
2  little pink piece is probably eastern Colorado.
3  That little white piece is part of this deal right
4  here, Gunnison. And this one, I don't recognize
5  where it's from. It's a hard point to sell, no
6  wings and short basal configuration.
7      This here is--could be Wyoming or eastern
8  Colorado, either one of those. That agate could
9  come from western Colorado. That little Dalton is
10  probably Kansas or eastern Colorado. This little
11  Scottsbluff or similar-type point could be from
12  anywhere, that brown shirt, or it might be jasper.
13  That could come from eastern Colorado pretty easy.
14      That's definitely western Colorado. That's
15  definitely western Colorado. That's definitely
16  western Colorado. And that's definitely western
17  Colorado.
18      And we go to here, you've got--I would say
19  that's a Silver Lake point, which is kind of a rare
20  piece. And I would say that--that point is
21  probably a western Colorado point, also. And when I
22  got it I didn't want to sell it, so it went in this
23  frame. That's the only one I've ever seen out of
24  this area. And that's probably a Sandy--Sandy
25  Hightower piece.

Page 85

1      This is--okay. This piece doesn't come
2  from around here or anywhere around here. That's
3  got a ground basal edge. That probably is a piece
4  out of Idaho that came out of Breton--Breton--Nancy
5  Whifley's collection. That's a little Cody piece.
6  That's probably eastern Colorado.
7      This is an interesting piece. This could
8  be a Wind Dust or a Scottsbluff, either one. And
9  it's got nice resharpening on it. It's made out of
10  basalt. That--that probably is out of the
11  Sweetwater County collection. And that is it.
12      AGENT TOKOS: These three right here.
13      MR. KNOWLTON: Oh, these little guys.
14  San Jose dart right there.
15      AGENT TOKOS: Uh-huh.
16      MR. KNOWLTON: That's a San Jose dart.
17  This is one of those leaf blades that comes out of
18  northern California, southern Oregon, northern
19  Oregon, and it's made out of that--that basalt-
20  looking stuff. So that's probably where that point
21  came from.
22      And end of story, that's the one that I
23  told him--
24      AGENT TOKOS: Told--let's go back to that.
25  This one right here--

Page 86

1      MR. KNOWLTON: Uh-huh.
2      AGENT TOKOS: --is the one that you told--
3      MR. KNOWLTON: No, this is the--this is the
4  frame--
5      AGENT TOKOS: The frame--
6      MR. KNOWLTON: --that I told him that I
7  found them all.
8      AGENT TOKOS: Okay.
9      MR. KNOWLTON: Okay? And--
10      AGENT TOKOS: Some of these--did you find
11  anything in this frame yourself?
12      MR. KNOWLTON: Uh-huh, I did.
13      AGENT TOKOS: Which ones?
14      MR. KNOWLTON: Well, this one for one and
15  that one for two.
16      AGENT TOKOS: And where?
17      MR. KNOWLTON: I found these down by
18  Fowler, Colorado.
19      AGENT TOKOS: On public or private?
20      MR. KNOWLTON: Smith Ranch.
21      AGENT TOKOS: Okay.
22      MR. KNOWLTON: Which you can call him, if
23  you want. I found that one right there.
24      AGENT TOKOS: And where?
25      MR. KNOWLTON: This here would be out there

Page 87

1  at the--at the base of the mesa. And I think I was
2  on private land, but I'm not positive.
3      AGENT TOKOS: And whose land, do you
4  remember?
5      MR. KNOWLTON: I don't.
6      AGENT TOKOS: Is that the ranch that--
7      MR. KNOWLTON: That's the rancher that
8  said, "You can go this time but don't come back."
9      AGENT TOKOS: About how long ago was that?
10      MR. KNOWLTON: Eleven, 12 years.
11      AGENT TOKOS: And how do you get to the
12  ranch?
13      MR. KNOWLTON: You go--well, you can go up
14  Land's End--
15      AGENT TOKOS: Okay.
16      MR. KNOWLTON: --and then cut back in
17  across that oil derrick.
18      AGENT TOKOS: Okay.
19      MR. KNOWLTON: Okay? And the guy that owns
20  that property is right there in that house before
21  you get--
22      RANGER McCOY: Is that Broken Spoke?
23      MR. KNOWLTON: Yeah, that's it. I think.
24      AGENT TOKOS: Okay.
25      RANGER McCOY: I know where it's at.

Page 88

22  (Pages 85 to 88)

TRANSCRIPT OF INTERVIEW WITH ROBERT BROOKS KNOWLTON
June 11, 2009

1    MR. KNOWLTON: Huh?
2    RANGER McCOY: I know where that's at.
3    MR. KNOWLTON: Okay. That is about it.
4    AGENT TOKOS: When--a lot of this seems to
5  be coming from Hightower, Sandy Hightower.
6    MR. KNOWLTON: Well, she was--she was a
7  pretty big deal. We bought--I bought probably 13
8  frames from her and two or three boxes of stuff.
9    AGENT TOKOS: When, do you recall,
10 approximately?
11   MR. KNOWLTON: 2003.
12   AGENT TOKOS: And where--where was her
13 collection? Was it in Mesa County or--
14   MR. KNOWLTON: No, it was down out of
15 Dolores County.
16   AGENT TOKOS: Okay.
17   MR. KNOWLTON: And they had land there
18 before Gary died. And she sold the place after he
19 died.
20   AGENT TOKOS: Gary Hightower?
21   MR. KNOWLTON: Gary Hightower.
22   AGENT TOKOS: Okay.
23   MR. KNOWLTON: He's the guy that died. And
24 you can check that out, I'm sure.
25   AGENT TOKOS: Okay.

                                    Page 89

1    MR. KNOWLTON: So, uh--
2    AGENT TOKOS: Did they get in contact with
3  you?
4    MR. KNOWLTON: Yes, off my ad.
5    AGENT TOKOS: Off your ad. Okay. So the
6  other items that you said that are from western
7  Colorado--
8    MR. KNOWLTON: I'm only looking at
9  material.
10   AGENT TOKOS: Okay. But you don't have any
11 other recollection of any of those other items
12 personally gathered by you?
13   MR. KNOWLTON: No, ma'am.
14   AGENT TOKOS: Okay.
15   MR. KNOWLTON: No, ma'am.
16   AGENT TOKOS: And this is the--the frame
17 that you presented to him?
18   MR. KNOWLTON: Absolutely.
19   AGENT TOKOS: I'm going to show you a
20 picture.
21   MR. KNOWLTON: Okay. Okay.
22   AGENT TOKOS: Do you recognize that frame?
23   MR. KNOWLTON: I do.
24   AGENT TOKOS: What can you tell me about
25 it?

                                    Page 90

1    MR. KNOWLTON: Okay. Start in the middle.
2    AGENT TOKOS: You don't have to go through
3  each one, just the general collection.
4    MR. KNOWLTON: Okay. You have--
5    AGENT TOKOS: Let me rephrase the question.
6  You're going to go into a lot of detail. Where is
7  this frame now?
8    MR. KNOWLTON: Most of it's been sold.
9    AGENT TOKOS: When?
10   MR. KNOWLTON: Oh, God, over the last six
11 months.
12   AGENT TOKOS: I need you to be honest with
13 me.
14   MR. KNOWLTON: I am being honest with you.
15 I don't know where--this point's in there and one of
16 those deals--one of those broken frames. This
17 point's in here. This is Kiowa County. It was
18 definitely off of private land. I bought it from
19 Bill Jackson and it's got a certificate on it.
20   This is out of the Mutz collection. That
21 definitely was off of private land. This is out of
22 the Mutz collection. This is out of the Mutz
23 collection.
24   AGENT TOKOS: When do you think this
25 picture was taken?

                                    Page 91

1    MR. KNOWLTON: I would guess that this
2  picture could have been taken six months ago, maybe.
3  I can tell you what sold. That one sold, that one--
4    AGENT TOKOS: I'm going to go ahead and
5  make Xs on what you believe--
6    MR. KNOWLTON: That's fine.
7    AGENT TOKOS: --is sold, okay, on this
8  picture.
9    MR. KNOWLTON: That one's sold, that one's
10 sold, that one's sold. Okay. That one's sold, that
11 one's sold. That Scottsbluff was sold. That little
12 (inaudible) was sold. This Agate Basin sold. That
13 point sold. That Eden sold. I think that sold, but
14 I'm not absolutely positive. I believe that sold
15 and I believe the little Allen next to it is sold.
16   AGENT TOKOS: I'm going to put a question
17 mark--
18   MR. KNOWLTON: Okay.
19   AGENT TOKOS: --next to that one. Do you
20 need me to put a question mark next to this one, or
21 are you--
22   MR. KNOWLTON: Well, we'll find them--if
23 they're not sold, they'll be in one of those frames.
24 But these--
25   AGENT TOKOS: Did you divide what's not

                                    Page 92

23 (Pages 89 to 92)

00001347

TRANSCRIPT OF INTERVIEW WITH ROBERT BROOKS KNOWLTON
June 11, 2009

1  sold into another frame?
2     MR. KNOWLTON: Yes.
3     AGENT TOKOS: Okay.
4     MR. KNOWLTON: I reframed everything.
5     AGENT TOKOS: Okay. So do you want me to
6  put an X on this or no, this one right here?
7     MR. KNOWLTON: Yeah, put an X on that one.
8  If you find it, then you can scratch through it, but
9  I'm pretty sure that's gone.
10    AGENT TOKOS: Okay. These are--these are
11 all eastern Colorado, out of the Mutz collection.
12 This is Mutz collection. This is out of the--it's a
13 (inaudible). What's the guy's name? --Chaney
14 collection.
15    AGENT TOKOS: Okay. Slow down. I'm going
16 to make notes on this.
17    MR. KNOWLTON: Okay.
18    AGENT TOKOS: Is it--and when you say
19 "Mutz," U-T-Z? Am I--
20    MR. KNOWLTON: Yes, ma'am.
21    AGENT TOKOS: Okay. Is it all right if I'm
22 writing on this?
23    MR. KNOWLTON: Yeah.
24    AGENT TOKOS: Okay.
25    MR. KNOWLTON: That's not Mutz. That's out

Page 93

1  of--that--I got that from Bill Jackson. Sorry.
2     AGENT TOKOS: That's all right.
3     MR. KNOWLTON: And there is a certificate
4  on it.
5     AGENT TOKOS: I'm going to put a C for cert
6  (inaudible).
7     MR. KNOWLTON: Okay. This little Agate
8  Basin is out of the Byron Griffy collection from
9  Fowler.
10    AGENT TOKOS: What's the last name?
11    MR. KNOWLTON: Byron--
12    AGENT TOKOS: Byron--
13    MR. KNOWLTON: --Griffy.
14    AGENT TOKOS: I-F-F-Y, is that what--
15    MR. KNOWLTON: Uh-huh.
16    AGENT TOKOS: And you said Fowler?
17    MR. KNOWLTON: Fowler, Colorado.
18    AGENT TOKOS: Got it.
19    MR. KNOWLTON: That's out of the Harry
20 Haywood collection, found on private property. And
21 Harry is dead. He's my friend that died.
22    AGENT TOKOS: And he was out of Wyoming?
23    MR. KNOWLTON: That's where he was born and
24 raised, was in Rock Springs. This point is in--in
25 the deal. It's out of the Mutz collection, broken

Page 94

1  and glued. This point is out of Nebraska. I bought
2  it from a lady that found it on the river. It's a
3  quartzite Goshen.
4     AGENT TOKOS: Okay.
5     MR. KNOWLTON: This Clovis, a guy came to
6  town with his--with his daughter, going to--going to
7  the hospital and called me and said he had a Clovis
8  for sale. And I asked him where he found it and he
9  said he found it on his place--I don't know his
10 name--and I bought it from him.
11    AGENT TOKOS: Okay.
12    MR. KNOWLTON: This Clovis right here is
13 out of the Mutz collection. Agate Basin is out of
14 Mutz. Hell Gap is out of Mutz. That's all eastern
15 Colorado.
16    This Goshen right here is out of Mutz.
17 This Eden is out of Mutz. This Eden is out of
18 Fergantua.
19    AGENT TOKOS: Whoa, whoa, whoa.
20    MR. KNOWLTON: F-E--she owned--before she
21 died, she owned the Buffalo Ranch up there on--on
22 Deckers or whatever it is--
23    AGENT TOKOS: Yep.
24    MR. KNOWLTON: --up the other side on the
25 mountain.

Page 95

1     AGENT TOKOS: Can you spell that for me, to
2  the best of your ability?
3     MR. KNOWLTON: F-E-R--
4     AGENT TOKOS: Fergantua?
5     MR. KNOWLTON: Yeah, it was Fergantua,
6  F-E-R-G-U-A-T--or whatever. Just put Buffalo Ranch,
7  it would be easier.
8     This--this--this point--when I bought it,
9  this point came out of Lake Miramonte.
10    AGENT TOKOS: Uh-huh.
11    MR. KNOWLTON: Her sister has a ranch over
12 there.
13    AGENT TOKOS: Okay.
14    MR. KNOWLTON: Okay? This Agastera--we'll
15 come back to it.
16    AGENT TOKOS: Uh-huh.
17    MR. KNOWLTON: This prier right here is out
18 of the Sweetwater County collection, Chaney. Bill
19 Jackson right here, this paleo knife. And this
20 point was out of the Sweetwater collection. It
21 sold, but--
22    AGENT TOKOS: Chaney?
23    MR. KNOWLTON: Yeah. Okay. This point is
24 out of--far down where--where Nevada and Utah come
25 together. There was a lady that came up, she had a

Page 96

24 (Pages 93 to 96)

TRANSCRIPT OF INTERVIEW WITH ROBERT BROOKS KNOWLTON
June 11, 2009

1  nice frame of bird points and she had this, said
2  she'd found them right on her own property down
3  there. I have no idea what her name is. She came
4  up with her two daughters.
5      AGENT TOKOS: So Utah-Idaho line, would
6  that be--
7      MR. KNOWLTON: No, Utah-Nevada line.
8      AGENT TOKOS: Nevada.
9      MR. KNOWLTON: Utah-Nevada.
10     AGENT TOKOS: Okay.
11     MR. KNOWLTON: Okay. This Allen is out of
12 Nebraska, Kansas River. Okay. This is probably an
13 escabos, and that escabos is probably out of Sandy
14 Hightower's collection.
15     That little Clovis is out of Mutz, as is
16 that little Allen point right there. That's Mutz,
17 also. That's Mutz, that's Mutz. They had a huge
18 collection.
19     AGENT TOKOS: When did you purchase that,
20 roughly?
21     MR. KNOWLTON: 2003, probably.
22     AGENT TOKOS: And where were they out of?
23     MR. KNOWLTON: Well, they were out of
24 Fowler. That's why I got hooked up with Byron
25 Griffy.

Page 97

1      AGENT TOKOS: Okay.
2      MR. KNOWLTON: Then this little piece is
3  off of Gore's. That little piece is off of Gore's.
4  This little piece, it's a little Allen point, it's
5  gone. It was out of Wyoming. It was out of the
6  Sweetwater.
7      AGENT TOKOS: Chaney.
8      MR. KNOWLTON: Sweetwater, Chaney.
9      AGENT TOKOS: I'm going to put, just so we
10 have this, Sweetwater. Okay.
11     MR. KNOWLTON: Okay? This little pink
12 San Jose, I believe that that is out of a collection
13 that I bought out of Moab. I bought probably--
14 probably 75 points from Addie Baker, and I believe
15 that was out of Addie Baker's collection.
16     AGENT TOKOS: So if I put Back--Baker?
17     MR. KNOWLTON: Uh-huh.
18     AGENT TOKOS: Okay.
19     MR. KNOWLTON: She lives in Moab.
20     AGENT TOKOS: Okay.
21     MR. KNOWLTON: Okay.
22     AGENT TOKOS: Is she still around?
23     MR. KNOWLTON: You know, I was going to
24 call her and I just--oh, I've got to let him out.
25     AGENT TOKOS: He might need to come out.

Page 98

1      MR. KNOWLTON: I've got to let--
2      AGENT TOKOS: Let's--
3      MR. KNOWLTON: I'm going to put him on the
4  (inaudible).
5      AGENT TOKOS: Yeah. Hold on.
6      MR. KNOWLTON: Come on, buddy, I'll let you
7  go (inaudible). Come on buddy, come on. Come on to
8  Poppa, come on. You poor boy. I am so sorry. I am
9  so sorry.
10     RANGER McCOY: Seems like he's stoved up
11 from--
12     AGENT TOKOS: Sitting.
13     MR. KNOWLTON: Buddy, I am so sorry.
14     RANGER McCOY: You're not going to getting
15 nothing (inaudible).
16     MR. KNOWLTON: I wish I would have put him
17 in the kennel this morning. Wish I'd a put me in a
18 kennel.
19     AGENT TOKOS: We're almost finished with
20 this.
21     MR. KNOWLTON: Okay. This is out of the
22 Mutz collection. I'm not sure if it's an Allen or
23 what it is, but nice point. This Folsom is fake. I
24 know it's papered, but it's just fake as can be.
25     AGENT TOKOS: Who papered it?

Page 99

1      MR. KNOWLTON: Bill Jackson.
2      AGENT TOKOS: Okay.
3      MR. KNOWLTON: I told him--and to be all
4  fair, I told him I found it.
5      AGENT TOKOS: Uh-huh.
6      MR. KNOWLTON: And that was back when I
7  wanted to be a hero. I'd paid a fortune for it out
8  of this guy down here south of Montrose in that--
9  that little antique mall down there.
10     AGENT TOKOS: Yes.
11     MR. KNOWLTON: I don't think he's there
12 anymore. I think he died, but I'm not positive of
13 that. And I do not remember his name.
14     AGENT TOKOS: Okay.
15     MR. KNOWLTON: But that is a fake--fake
16 piece. Now this little Folsom is not fake. This is
17 out of the Byron Griffy collection, Fowler.
18     AGENT TOKOS: Right? Yep.
19     MR. KNOWLTON: Uh-huh, Fowler. This is out
20 of Harry's collection. This is from Albany County.
21     AGENT TOKOS: Hayward?
22     MR. KNOWLTON: Haywood.
23     AGENT TOKOS: Haywood.
24     MR. KNOWLTON: Uh-huh. I bought Harry's
25 collection. And that's out of Albany County.

Page 100

25 (Pages 97 to 100)

00001349

TRANSCRIPT OF INTERVIEW WITH ROBERT BROOKS KNOWLTON
June 11, 2009

1  That's up out of the Shirley Basin. This little
2  paleo here is--it's either Mutz or--or Griffy. I'm
3  thinking it's probably--probably Griffy, because--
4      AGENT TOKOS: Would you like me to put a
5  question mark after it?
6      MR. KNOWLTON: No, that's--
7      AGENT TOKOS: Okay.
8      MR. KNOWLTON: I'll live with that.
9      AGENT TOKOS: You're comfortable?
10     MR. KNOWLTON: This--this is definitely out
11  of Mutz. This one's out of somewhere in Tennessee.
12  It's a little quad.
13     AGENT TOKOS: Okay. Do you remember where
14  you got--who you got it from or--
15     MR. KNOWLTON: eBay.
16     AGENT TOKOS: eBay, okay.
17     MR. KNOWLTON: Okay? This little point is
18  out of New Mexico, and I bought it from the finder.
19  Some of the artwork I've got in there is his name.
20  And it's got a restored corner on it.
21     AGENT TOKOS: Okay.
22     MR. KNOWLTON: This little Clovis point is
23  out of eastern Colorado, out of the Griffy
24  collection. This little Allen was out of the Pueblo
25  area. It came from--it came from Debbie--Debbie

Page 101

1  County. And I'll have to tell you who this--this
2  came from--from good 'ole Don. He bought a huge
3  collection off the Black Canyon. He doesn't live
4  here. I don't even know where he is anymore. He
5  had Good 'Ole Don Pawn Shop down here.
6      AGENT TOKOS: Uh-huh.
7      MR. KNOWLTON: Okay. He bought that
8  collection.
9      AGENT TOKOS: You don't know his last name?
10     MR. KNOWLTON: I don't.
11     AGENT TOKOS: Okay. That's fine.
12     MR. KNOWLTON: Anyway, that's out of the
13  Black Canyon.
14     AGENT TOKOS: Okay.
15     MR. KNOWLTON: And that was big, huge ranch
16  up--he had probably 45 boxes of stuff.
17     AGENT TOKOS: When you say it's "out of the
18  Black Canyon," he had a--
19     MR. KNOWLTON: There's a--
20     AGENT TOKOS: --ranch in the Black--
21     MR. KNOWLTON: There's a ranch--there was a
22  ranch in the Black Canyon and these people decided
23  it was just time to sell out.
24     AGENT TOKOS: Okay.
25     MR. KNOWLTON: And they sold him the whole

Page 103

1  Looker, and it's sold.
2      AGENT TOKOS: Okay. Looker?
3      MR. KNOWLTON: Looker, L-O-O-K-E-R.
4      AGENT TOKOS: Got it.
5      MR. KNOWLTON: Her husband used to work up
6  at the TV--up at the TZ Ranch.
7      AGENT TOKOS: Okay.
8      MR. KNOWLTON: And her family had property
9  down in Pueblo.
10     This is out of a frame that I bought--
11  Behind the--Behind the Wagon Antiques.
12     AGENT TOKOS: Uh-huh.
13     MR. KNOWLTON: It's out of--it's out of
14  Nevada--Stump Springs, Nevada. You didn't think I
15  could do this, did you?
16     AGENT TOKOS: I'm very impressed. This
17  isn't easy.
18     MR. KNOWLTON: I bought--I bought that
19  whole--there was six frames of incredible, nice
20  points. There's a--there's a--there's a--God, my
21  mind is just jello. This is out of that--out of
22  that same collection.
23     AGENT TOKOS: The Stump Springs?
24     MR. KNOWLTON: Uh-huh. Nice little
25  San Jose, or similar. This is out of Montrose

Page 102

1  thing. And it was none of it in frames, it was just
2  in boxes. Incredible.
3      AGENT TOKOS: Wow.
4      MR. KNOWLTON: Nice old Folsom in there
5  that I sold for him.
6      AGENT TOKOS: Okay.
7      MR. KNOWLTON: Okay? This--this little
8  point right here is eastern Colorado. That's a
9  little--I would say that's probably--let me tell you
10  what that is. Hold on. That's a--I want to say
11  it's a Mountain paleo, but it's not. It's better
12  than a Mountain paleo, because it's--it's ground up
13  in the notches and ground up on the edges. Call it
14  a Mountain paleo and they can sort it out.
15     AGENT TOKOS: Do you know who it was from?
16     MR. KNOWLTON: Uh-huh, Griffy.
17     AGENT TOKOS: Okay. Okay.
18     MR. KNOWLTON: Griffy. I'm not sure on
19  that one, let me come back.
20     AGENT TOKOS: Okay.
21     MR. KNOWLTON: Haywood--
22     AGENT TOKOS: Okay.
23     MR. KNOWLTON: --out of--out of Albany
24  County. This is out of southeastern Colorado and
25  this is out of the Simms collection.

Page 104

26 (Pages 101 to 104)

TRANSCRIPT OF INTERVIEW WITH ROBERT BROOKS KNOWLTON
June 11, 2009

1    AGENT TOKOS: Simms. Okay.
2    MR. KNOWLTON: They did--they had a ranch.
3    I got three little Folsoms from them and all of them
4    were when they were digging the stock ponds.
5    AGENT TOKOS: Uh-huh.
6    MR. KNOWLTON: They popped right up. This
7    little guy, I'm not sure where he's from. He's a
8    ground base. He certainly looks midwest to me.
9    AGENT TOKOS: Okay.
10   MR. KNOWLTON: So I would say he's probably
11   midwest. And this point, I have no idea. It's not
12   a great point.
13   AGENT TOKOS: Okay.
14   MR. KNOWLTON: I would say that's got to be
15   an Idaho piece or--or somewhere in there.
16   AGENT TOKOS: Okay.
17   MR. KNOWLTON: And I would say that this is
18   a western Colorado piece, just by the way it is--see
19   how--it's really short half-grinding, so it's an
20   Agastera. And it's--it's not one that I recognize
21   right off the top of my head--
22   AGENT TOKOS: Okay.
23   MR. KNOWLTON: --because it's got a tip off
24   from it. Anyway, those are accurate.
25   AGENT TOKOS: What about the ones that

Page 105

1    archeologist you want and they won't argue with you.
2    AGENT TOKOS: Okay. How about these two
3    down here?
4    MR. KNOWLTON: Okay. That little piece--I
5    bought this piece from a guy that has the towers out
6    there where you can--out east where you can see four
7    states or something like that, past Burlington.
8    AGENT TOKOS: Okay. Far eastern Colorado?
9    MR. KNOWLTON: Far eastern Colorado, Kansas
10   line. That's--and I thought that was a Folsom, but
11   everybody told me it was a Clovis.
12   AGENT TOKOS: Okay.
13   MR. KNOWLTON: So next case. And this
14   little piece is out of eastern Colorado. And I
15   would tell you to say it's a Mutz or--or whatever.
16   Now, which one do we need to go to?
17   AGENT TOKOS: These two.
18   MR. KNOWLTON: This little piece is out of
19   --is out of--probably close to Moab, but I don't
20   remember the guy's name.
21   AGENT TOKOS: Okay.
22   MR. KNOWLTON: He was living out there. He
23   had a--he had one of those trailers that--I mean, it
24   was a mess. I did know where he lived. You know
25   where Yellow Cat is?

Page 107

1    you've sold here?
2    MR. KNOWLTON: Oh, okay. This little point
3    came off the Linden Meyer site.
4    AGENT TOKOS: Lind--
5    MR. KNOWLTON: Linden Meyer. Found by
6    Mr. Linden Meyer himself.
7    AGENT TOKOS: Okay.
8    MR. KNOWLTON: Okay. That one--let me see
9    if I can remember her name. It was out of Walsh,
10   Colorado. It was found in the river there.
11   Come on, buddy. I know you're--I know
12   you're whipped, buddy. I'm sorry.
13   Her name is on my phone. What is her name?
14   Becka? I just don't remember her name.
15   AGENT TOKOS: Okay.
16   MR. KNOWLTON: She's a--she's a river
17   hunter.
18   AGENT TOKOS: Okay.
19   MR. KNOWLTON: This is out of North Dakota
20   or similar.
21   AGENT TOKOS: Okay.
22   MR. KNOWLTON: eBay. And that little piece
23   is out of Wyoming, Sweetwater County. That's a
24   Chaney--that's a Chaney piece. And I will guarantee
25   you 100 percent that you can take it to any

Page 106

1    AGENT TOKOS: Yes.
2    MR. KNOWLTON: Remember the trailer that
3    was sitting right below that pond? That's where he
4    was.
5    AGENT TOKOS: Okay.
6    MR. KNOWLTON: That was his property.
7    AGENT TOKOS: You're saying past tense, so
8    he's not there anymore?
9    MR. KNOWLTON: No, there's nobody there
10   anymore. Nobody could live there. I know where
11   that is, just about. That's an Agastera. That's--
12   wait a minute. If I had the point in my hand it
13   would make a difference. I'm going to tell you that
14   that piece is--that's Nebraska and I bought it off
15   eBay. It's not a river piece, but it is--I bought
16   it off eBay.
17   AGENT TOKOS: And this is the only one we
18   have unknown right now. Do you--
19   MR. KNOWLTON: Okay. That's eastern
20   Colorado, obviously.
21   AGENT TOKOS: That's eastern--
22   MR. KNOWLTON: It's a little--it's a little
23   Meserve. Both of these are Meserves. See that one?
24   See the straight basal edges that are ground?
25   AGENT TOKOS: Right.

Page 108

27 (Pages 105 to 108)

00001351

TRANSCRIPT OF INTERVIEW WITH ROBERT BROOKS KNOWLTON
June 11, 2009

1    MR. KNOWLTON: Those are Meserves. There's
2  no--there's no bevel on them.
3    AGENT TOKOS: Okay.
4    MR. KNOWLTON: They're bi-faced, they're
5  resharpened, which is a good Colorado point. That's
6  eastern Colorado.
7    AGENT TOKOS: Eastern.
8    MR. KNOWLTON: Yeah.
9    AGENT TOKOS: Okay.
10    MR. KNOWLTON: And this is probably Griffy
11  or Mutz, I'm not sure which one.
12    AGENT TOKOS: Okay. I think you hit them
13  all.
14    MR. KNOWLTON: But that is it. Huh?
15    AGENT TOKOS: You got them all.
16    MR. KNOWLTON: I guarantee you I can do it
17  with every piece in there.
18    AGENT TOKOS: So the ones that--that's an
19  impressive feat. These are just broken up pictures
20  of that.
21    MR. KNOWLTON: That's--my records--if I
22  die, you guys can't do this. If I die tonight, you
23  guys are done, you're smoked. But I'm going to
24  guarantee you that I can do that with every piece.
25  That's what--that's how good I quiz the people.

                                      Page 109

C E R T I F I C A T E

STATE OF UTAH      )
                   : ss.
COUNTY OF SALT LAKE )

    I, RASHELL GARCIA, a Registered Professional
Reporter within and for the County of Salt Lake,
State of Utah, do hereby certify:

    That the foregoing tape-recorded proceedings
were transcribed into typewriting under my direction
and supervision and that the foregoing pages contain
a true and correct transcription of said proceedings
to the best of my ability to do so.

    IN WITNESS WHEREOF, I have hereunto subscribed
my name this 20th day of December 2009.

                    _____
                    RASHELL GARCIA, RPR

                                      Page 111

1  That's why I'm pretty sure of what I've got laying
2  in there.
3    AGENT TOKOS: Okay. I need you to go with
4  me inside and find as many of those from that frame
5  as possible.
6    MR. KNOWLTON: Sure.
7    AGENT TOKOS: Okay. I'm going to end this
8  recording at this time. We're going to go inside
9  and look for those--those points.
10    MR. KNOWLTON: Okay.
11    AGENT TOKOS: It is approximately 6:00—I'm
12  going to say 19.
13    MR. KNOWLTON: Can I--
14    (The interview was concluded.)
15              * * *
16              * * *
17              * * *
18              * * *
19              * * *
20              * * *
21              * * *
22              * * *
23              * * *
24              * * *
25              * * *

                                      Page 110

28  (Pages 109 to 111)

INDEX

00001353

TRANSCRIPT OF INTERVIEW WITH ROBERT BROOKS KNOWLTON
June 11, 2009

## A

**ability** 96:2 111:18
**able** 8:18 66:12
  69:23
**absolute** 8:13
**absolutely** 12:21,25
  20:12 24:5 41:15
  41:17 44:5 51:17
  64:20 66:1 90:18
  92:14
**account** 33:16
  45:12
**accurate** 105:24
**acquire** 27:17,17
  27:19,20
**acquired** 49:18
**Act** 17:8
**actual** 73:6
**ad** 7:5,7 53:8 56:20
  57:2 90:4,5
**add** 51:9
**Addie** 98:14,15
**address** 3:12 61:9
**admit** 58:8
**ads** 17:13
**advertise** 8:25 9:3
  16:23,23
**advertising** 38:13
**advice** 3:25 4:5
**advised** 3:18
**afford** 4:20
**Agastera** 96:14
  105:20 108:11
**agate** 25:16 44:6,13
  76:4 78:10 81:3,4
  81:23 84:11 85:8
  92:12 94:7 95:13
**age** 8:20
**agent** 1:8 2:2,5,9,14
  2:24 3:4,8,21,23
  4:1,10,13 5:4,10
  5:13,15,17,25 6:8
  6:12 7:20 8:23 9:2
  9:12,15,17,21,25

10:8,11,15,17,24
11:7,11,16,19,23
12:1,6,11,14,20
12:22,24 13:1,4
13:16,22,25 14:4
14:6,9,12,14,17
14:19,24 15:2,6,8
15:11,14,17,21,24
16:2,5,13,18,22
17:1,18,20,23
18:1,3,8,15,18,22
18:25 19:2,8,15
19:18 20:12,20,24
21:2,9,11,14,17
21:24 22:3,7,11
22:13,16,20,25
23:4,6,10,17,21
23:24 24:2,4,6,10
24:13,16,24 25:6
25:10,19,22 26:4
26:11,17,24 27:1
27:4,7,9,12,15,22
28:1,4,7,10,15,18
28:21 29:1,8,12
29:22 30:4,7,12
30:16,18,21 33:25
34:3,8,12,15,18
34:24 35:2,5,10
35:11,13,15,18,19
36:1,13,16 37:5
37:13 38:2,7,10
38:16,19,22,24
39:4,8,11,14,17
39:21 40:1,4,12
40:15,24 41:2,7,9
41:11,16,18,22,25
42:5,9,12,14,22
42:24 43:3,9,18
44:24 45:1,4,8,15
45:17,20 46:3,6,9
46:13,15,18,24
47:1,21 48:3,8,15
48:21 49:1,5,20
49:22 50:1,5,10

50:13,16,23 51:4
51:6,8,11,14,18
51:21,25 52:2,8
52:11,17,20,23
53:2,23 54:1,3,5,8
54:10 55:2,4,17
55:19,21,23 56:2
56:6,9,12,15,19
57:1,3,7,13,15,19
57:24 58:5,12,15
58:19,22 59:1,4,8
59:11,16,19,22,25
60:5,11,14,22
61:2,8,12,16,18
61:21,25 62:2,5
62:10,14,20,22,24
63:1,15,25 64:7,9
64:15,18,21,25
65:3,8,12,19,24
66:2,8,11,14,16
66:23 67:1,5,9,11
67:15,18,21,24
68:8,12,17,21
69:4,9,14,16,19
70:1,6,10,14,18
70:23,25 71:4,6
71:10,15,17,20,24
72:3,7,11,15,17
72:19,21 73:2,10
73:14,17,24 74:3
74:18,21 75:2,8
75:12,15,24 76:6
76:8,11,14,17
77:23 78:7,14,19
78:23,25 79:3,6
79:11,18,21 80:1
80:5,12,14,21
81:21 82:22 83:2
83:14 86:12,15,24
87:2,5,8,10,13,16
87:19,21,24 88:3
88:6,9,11,15,18
88:24 89:4,9,12
89:16,20,22,25

90:2,5,10,14,16
90:19,22,24 91:2
91:5,9,12,24 92:4
92:7,16,19,25
93:3,5,10,15,18
93:21,24 94:2,5
94:10,12,14,16,18
94:22 95:4,11,19
95:23 96:1,4,10
96:13,16,22 97:5
97:8,10,19,22
98:1,7,9,16,18,20
98:22,25 99:2,5
99:12,19,25 100:2
100:5,10,14,18,21
100:23 101:4,7,9
101:13,16,21
102:2,4,7,12,16
102:23 103:6,9,11
103:14,17,20,24
104:3,6,15,17,20
104:22 105:1,5,9
105:13,16,22,25
106:4,7,15,18,21
107:2,8,12,17,21
108:1,5,7,17,21
108:25 109:3,7,9
109:12,15,18
110:3,7,11
**ago** 19:24 28:13
  32:22 34:23,23
  36:19 40:22 55:24
  56:1 57:12 77:22
  79:18 84:10 88:9
  92:2
**agree** 18:18 52:25
**agreed** 3:15 41:12
**ahead** 2:20,22 3:15
  3:25 6:4,19 48:9
  49:22 51:15,21
  80:5,6 92:4
**ahold** 61:10 62:16
  64:4
**ain't** 37:7

**Albany** 100:20,25
  104:23
**Allen** 92:15 97:11
  97:16 98:4 99:22
  101:24
**allowed** 10:22
**Anasazi** 30:1 83:13
**and/or** 22:24
**Annette** 68:10
**answer** 4:23 18:14
  18:17 30:9 51:12
  74:25 75:14 78:18
**antique** 6:16 55:16
  100:9
**Antiques** 49:13
  102:11
**anybody** 24:7,10,17
  26:2 58:8
**anymore** 8:2 9:4
  13:11 16:11 36:8
  65:1 71:13 100:12
  103:4 108:8,10
**anyway** 7:19 16:14
  40:25 44:10,18
  64:13 103:12
  105:24
**apart** 42:16
**apologize** 3:21
**appointed** 4:21
**appraisal** 48:18
**appraisals** 46:20
  50:1,2
**appreciate** 41:19
  55:21
**approxi** 35:20
**approximate** 45:9
**approximately** 2:2
  3:11 5:20 35:5,15
  35:24 51:23 52:3
  55:23 56:16 80:8
  80:13 89:10
  110:11
**archeological** 6:3
  20:10

TRANSCRIPT OF INTERVIEW WITH ROBERT BROOKS KNOWLTON
June 11, 2009

archeologist 40:11
  107:1
archeologist's
  40:10
area 17:4 63:11
  64:22 78:20 83:13
  84:8 85:24 101:25
areas 84:2
argue 107:1
Arizona 14:15 55:5
  82:20
Arkansas 44:19
arrange 43:22
arrow 55:16
arrowhead 13:14
  14:2 17:9 21:22
  49:9 50:25 70:13
  75:22,22
arrowheads 7:1,9
  7:12 8:19 10:6,23
  24:12 26:6,10
  27:16 38:5 50:20
  67:17
Arrowhead.com
  21:21
arrows 38:8 52:15
  53:3,5,6,17,18,21
  55:11
artifact 22:14
artifacts 14:21
  25:24 26:5 44:22
  65:21
artwork 101:19
asked 15:15 34:20
  38:25 60:18 62:17
  95:8
asking 18:10 42:18
  72:3 78:19
assess 19:2
associated 59:12
assuming 64:21
  67:15
Atkins 11:20 12:3,4
Atkinson 36:11

attempting 3:22
attention 26:19
attorney 3:6,14
  17:5,22 60:15,17
  60:18 62:6,9,16
  64:4
attorney's 61:5
attractive 42:23
auction 28:12,13,15
  68:2
authentic 22:1
authenticate 73:12
authenticated
  48:17
authenticity 53:13
Auto 10:9
available 27:6
Avonlea 44:14
Avonleas 44:15,17
aware 34:4 52:22
  52:23,23
awful 45:22
awhile 40:22
awls 26:16,21
a.m 2:3 3:11 5:20

_____

**B**

back 2:12 3:24 6:5
  7:2,20 10:21
  12:11 18:19 19:21
  21:11 22:5 25:15
  25:17 29:15 31:24
  32:7 35:18 37:6,8
  55:7 56:22,23
  60:4 75:16 80:13
  82:16 86:24 88:8
  88:16 96:15 98:16
  100:6 104:19
Backing 60:11
backs 37:3
badge 2:6,8 52:8,10
Baker 98:14,16
Baker's 98:15
bang 33:4,4,4

bank 23:9,14 65:15
bankrupt 10:14
  45:11
bankruptcy 10:20
  10:21 11:2
banks 77:8
Barbara's 68:10
barking 4:7,11
  20:17
basal 85:6 86:3
basalt 86:10,19
base 77:6,6 82:14
  83:6 84:7,22 88:1
  105:8
based 19:3
basement 7:23
basically 73:2
basin 11:18 44:6
  81:10 92:12 94:8
  95:13 101:1
basket 83:25
basketmaker 83:12
  83:15,18,21
bat 57:23
beaded 38:8
Bean 28:13,13,16
  28:16
beautiful 42:22
  44:3,12 49:12,17
  50:9 63:13 84:19
Becka 106:14
believe 17:6 33:17
  43:13 56:10 81:1
  92:5,14,15 98:12
  98:14
belong 79:3
belongs 13:5
Ben 53:12 54:24,24
  54:24,25 55:6
Ben's 55:2
berated 54:22
best 23:1 41:13
  53:18 73:21 96:2

bank... 111:18
better 32:2 33:12
  33:20 50:24 54:18
  104:11
bevel 109:2
big 16:10 25:14
  29:24 65:17 84:4
  84:12 89:7 103:15
bill 6:21 17:8 70:20
  91:19 94:1 96:18
  100:1
binders 69:14
bird 63:5 97:1
birds 43:24 44:2
bird-point 43:24
birth 2:10
bit 6:2 7:21 21:18
  32:2 33:11 50:18
  57:10 65:2 71:12
bitch 54:19
bites 51:2
bi-faced 109:4
bi-faces 27:1
black 14:25 28:14
  58:9,23,24,25
  81:5 103:3,13,18
  103:20,22
blade 51:2
blades 44:6 86:17
Blanding 53:7
blanket 27:20
BLM 1:9 4:2 9:16
  11:8,13 12:16
  17:9 52:8,10 66:6
  75:4,18
blow 8:3
Blue 29:7
bluffs 66:22
Bob 24:23
Bob's 16:1 47:25
body 71:3
book 40:11
born 94:23
bothered 33:14

73:5
bottle 10:20
bottom 81:20,23
bought 6:15 14:2
  14:21 15:16 20:1
  28:12 29:10,10
  30:6,15 32:25
  39:20 40:8,9,9,16
  40:17,18,20,21,21
  44:3,10,21 49:12
  49:16,18,19 68:3
  79:9 81:12 83:22
  89:7,7 91:18 95:1
  95:10 96:8 98:13
  98:13 100:24
  101:18 102:10,18
  102:18 103:2,7
  107:5 108:14,15
bowl 15:4 40:9,14
bows 38:9
box 4:9
boxes 89:8 103:16
  104:2
boy 36:22 99:8
bracket 7:15 8:20
breakfast 63:21
Breton 86:4,4
brief 21:23
bring 8:7 61:4
broke 51:1,1
broken 28:3,23
  75:22 83:17 84:17
  88:22 91:16 94:25
  109:19
Brooks 1:3 2:10,10
brown 85:12
bucks 46:21 83:1
buddy 99:6,7,13
  106:11,12
Buffalo 37:16
  95:21 96:6
buggered 43:20
built 32:12
bunch 6:18 72:14

GARCIA and LOVE
801.538.2333

00001355

TRANSCRIPT OF INTERVIEW WITH ROBERT BROOKS KNOWLTON
June 11, 2009

**Bureau** 4:5
**Burlington** 107:7
**business** 6:3 10:5
    15:18,20,24 18:20
    21:12,14 23:9,18
    26:3 45:5,11,20
    50:19 57:11 67:16
**butt** 79:25
**buy** 7:6,17 8:6 9:4,5
    9:8 18:23 19:17
    20:2,4,5 22:10
    26:8,8,13,14 27:8
    28:22 32:11 37:11
    38:13 42:14 47:15
    47:16 49:25 55:7
    70:5 74:8 76:23
    82:10
**buying** 6:14,25 7:1
    7:3 13:17 44:11
    64:11
**Byron** 94:8,11,12
    97:24 100:17

**C**
**C** 2:1 94:5 111:2,2
**cache** 44:5
**California** 6:20
    86:18
**call** 7:8 9:10 21:25
    50:19 54:23 59:19
    83:16 87:22 98:24
    104:13
**called** 18:5 33:2
    53:8 54:22,24,25
    55:8 60:16 95:7
**calling** 66:20 72:14
**calls** 54:13
**camera** 31:22,23
**camp** 76:2
**Canon** 31:22
**Canyon** 58:10
    103:3,13,18,22
**car** 10:4,8,11 45:11
    47:20 61:5

**cards** 23:18,25
**carry** 45:12
**Carter** 17:8
**case** 1:4 2:16 43:1,2
    43:4 107:13
**cases** 42:10,20
    67:25 68:18 74:9
**cash** 23:8,18
**Cat** 107:25
**catalog** 68:21,24
**Cattlemen's** 10:4
**caught** 12:15
**cause** 37:12
**cav** 25:17
**ceramic** 40:9
**cert** 94:5
**certain** 20:3,5
**certainly** 19:25
    38:20 105:8
**certificate** 47:23,25
    54:15 70:13 71:7
    72:8 91:19 94:3
**certificates** 21:5
    46:20 47:22 48:15
    69:7 70:6
**certify** 111:12
**certs** 49:7
**Chaco** 58:10
**Chaney** 20:6 68:1,2
    93:13 96:18,22
    98:7,8 106:24,24
**changed** 71:12
**charge** 11:25 46:21
    72:25
**check** 23:23 24:3
    89:24
**checks** 24:2
**chigger** 50:18 51:2
**choose** 3:1
**circa** 53:19
**city** 79:9
**clarification** 13:19
**clarify** 71:17
**clean** 11:5 40:17

**cleaner** 38:18
**clear** 24:20,20
    48:25 56:23,24
    66:9 79:25
**cleared** 25:2
**climb** 16:16
**climbed** 10:19
**close** 6:17 73:23
    107:19
**closed** 64:13
**Clovis** 43:5 95:5,7
    95:12 97:15
    101:22 107:11
**COA** 54:25
**Cody** 86:5
**collec** 19:2 26:14
**collect** 6:7,9 27:13
    75:17
**collected** 74:4,19
    74:22
**collection** 6:3,15
    7:13,21,22 11:1,4
    20:2,4,6,7,8 24:15
    26:2 27:16,18
    41:13 42:6,14
    44:3,10,11 49:12
    53:11 68:1,2,4,22
    75:23 81:2,12
    82:10,25 83:22
    84:3,16 86:5,11
    89:13 91:3,20,22
    91:23 93:11,12,14
    94:8,20,25 95:13
    96:18,20 97:14,18
    98:12,15 99:22
    100:17,20,25
    101:24 102:22
    103:3,8 104:25
**collections** 6:14 7:6
    7:18 8:18,23
    13:17 14:3 16:24
    17:14 18:23,25
    19:9,12 23:15
    38:11 42:10 67:23

    74:15 78:6,17
**collection's** 26:20
**collector** 70:16
    71:18
**Collins** 32:16,21
    33:9 56:24 64:22
**Colorado** 1:14 2:4
    2:11,16 9:18 11:4
    12:20 13:2,6,21
    20:3,4 43:13 52:6
    68:5 80:23,25,25
    81:7,10,24,25
    82:21 83:7,8,19
    84:14 85:2,8,9,10
    85:13,14,15,16,17
    85:21 86:6 87:18
    90:7 93:11 94:17
    95:15 101:23
    104:8,24 105:18
    106:10 107:8,9,14
    108:20 109:5,6
**come** 7:23 10:3
    16:16 22:7,10
    27:16,24 28:20
    36:16,21 41:18
    44:15,22 50:2
    70:7 78:15 81:4
    82:17,18,19,20
    85:9,13 86:1 88:8
    96:15,24 98:25
    99:6,7,7,7,8
    104:19 106:11
**comes** 42:15 45:22
    45:25 49:24 78:9
    78:10,11 80:20
    82:6,7 84:6 86:17
**comfortable** 18:11
    18:14,16 19:20,22
    101:9
**coming** 83:4,5 89:5
**commission** 46:15
**commissions** 46:19
**company** 64:12
**competition** 48:24

**complete** 6:23
**computer** 23:13
    31:1,6,12,19 32:6
    32:8,9 33:1 35:12
    35:13,14 47:24
    69:17,20
**concluded** 110:14
**conduct** 41:4
**conducting** 67:12
**configuration** 85:6
**confirmation** 41:3
    41:4
**conglomerate** 82:6
    82:6
**consent** 3:16 51:19
**constant** 57:2
**contact** 3:14 56:19
    66:11 90:2
**contain** 111:16
**continuation** 3:8
**continue** 3:25 33:25
**conversation** 8:8
    61:14
**cooperation** 41:19
**cooperative** 41:12
**copies** 23:6
**corner** 14:15
    101:20
**correct** 10:10 16:3
    16:24 19:5,6 23:3
    23:5 29:8 111:17
**corrugated** 28:14
    59:2
**counting** 45:13
**county** 20:8 46:1
    70:11,15 71:21,25
    73:4,10 86:11
    89:13,15 91:17
    96:18 100:20,25
    103:1 104:24
    106:23 111:7,11
**couple** 3:12 8:4
    29:11 44:12,13
    76:25

TRANSCRIPT OF INTERVIEW WITH ROBERT BROOKS KNOWLTON
June 11, 2009

**course** 4:3 6:21,23 8:7,11 17:15 19:4 22:1
**court** 2:16 4:18 10:21
**covered** 3:17 7:24
**Craig** 44:4
**cream** 82:1,2
**credit** 23:18,25
**Crites** 53:22,23 54:2,3,12,13 55:8 59:4 60:3
**crushing** 77:8
**custody** 2:19
**cut** 25:16 88:16

**D**

**D** 2:1
**dad** 8:9
**Dakota** 106:19
**Dalton** 82:5 85:9
**dark** 56:18,18
**dart** 86:14,16
**date** 2:10 5:18,20
**daughter** 29:14 95:6
**daughters** 97:4
**day** 111:21
**days** 22:5 54:12
**dead** 17:16,16 74:13,13 94:21
**deal** 14:2 21:5 24:21,23 39:19 46:8,16 48:23 54:20 55:9 59:14 68:7 71:11,13 73:11 85:3 89:7 94:25
**dealer** 37:19,21
**dealers** 6:16 7:1 9:4 9:5 21:22 47:14 47:19
**dealing** 8:11
**dealings** 36:16 60:6

**deals** 74:14 91:16
**dealt** 57:3
**death** 74:16
**Debbie** 101:25,25
**December** 111:21
**decide** 4:22 42:17 42:20
**decided** 63:5,7 103:22
**Deckers** 95:22
**deeded** 66:5,7 75:5
**deep** 10:20
**deer** 65:1,5,6,11
**define** 13:20 17:1 38:2 50:23 74:23
**definitely** 85:14,15 85:15,16 91:18,21 101:10
**Deloy** 57:9
**Delta** 84:7
**Deming** 14:20 15:1 15:4,6 16:9
**Denver** 17:22 34:11
**Department** 4:4
**depending** 42:15
**derrick** 88:17
**describe** 7:21 48:10
**description** 21:23
**detached** 3:16
**detail** 91:6
**die** 60:25 109:22,22
**died** 7:11 9:11 30:19 40:11 57:10 89:18,19,23 94:21 95:21 100:12
**difference** 39:24 60:20 108:13
**different** 38:13 42:16 78:5,5
**difficult** 8:12 13:14–
**dig** 25:16 48:12
**digging** 105:4
**dinner** 10:4
**direction** 111:15

**dirt** 7:25
**disclaimer** 7:7
**discuss** 80:16
**discussed** 2:18
**disk** 32:17
**dispose** 50:21
**distance** 37:11
**District** 2:16,16
**divide** 92:25
**divorce** 10:19
**document** 20:24
**documentation** 19:10,11 22:14 69:19
**documented** 46:7
**documenting** 22:25
**Dog** 4:7,11
**doing** 16:11,19 34:20 55:9 68:20
**Dolores** 1:13 2:4 46:1 52:5 89:15
**Don** 9:19 103:2,5
**double-fluted** 43:15
**doubt** 67:3
**Doug** 9:22 66:21,21
**download** 31:20
**downloaded** 31:5,6
**downstairs** 65:6
**downtown** 62:15 64:3
**drill** 80:19
**driver's** 2:11,12
**drives** 31:4,8,15
**drove** 62:15
**Duncan** 81:25
**Dunnigans** 44:21
**Durango** 54:7
**dust** 7:25 82:8 86:8
**Dwayne** 49:2
**dwellings** 30:1
**D-O-L-O-R-E-S** 5:19

**E**

**E** 2:1,1 111:2,2
**eagle** 3:19,20 55:13
**Earl** 57:9
**earlier** 52:13,21 60:12 73:20 75:16
**early** 71:8,9
**easier** 96:7
**east** 7:2 107:6
**eastern** 8:15 11:4 20:4 68:4 80:23 80:25 81:7,24,25 85:2,7,10,13 86:6 93:11 95:14 101:23 104:8 107:8,9,14 108:19 108:21 109:6,7
**easy** 10:7 20:9 23:22 50:11 56:21 85:13 102:17
**eBay** 20:1 28:6 50:22 69:22,24 101:15,16 106:22 108:15,16
**Eden** 92:13 95:17 95:17
**edge** 86:3
**edges** 8:21 48:14 83:24 104:13 108:24
**egos** 48:25
**eight** 81:20
**either** 8:5 9:8 31:19 46:23 73:4 74:3 85:8 86:8 101:2
**Either/or** 24:16
**electronic** 69:17
**Eleven** 88:10
**eleven-five** 43:8
**Elizabeth** 50:7
**else's** 73:12
**ended** 35:22
**enemies** 48:23
**entirely** 73:13

**entitled** 4:18 18:10
**envelope** 61:4
**escabos** 97:13,13
**establish** 8:12
**everybody** 25:13 60:8 107:11
**evidently** 55:12
**exact** 37:2
**exactly** 48:5
**example** 9:19 11:14 20:7
**Excellent** 51:4
**exercise** 4:23
**expert** 27:2
**expertise** 19:3
**explain** 32:1 33:11 33:20 70:11
**explained** 5:1
**extent** 58:18
**ex-wife** 24:22

**F**

**F** 111:2
**face** 54:23 56:18
**fact** 24:21 28:12 37:24
**fair** 18:18 30:21 41:9 100:4
**fairly** 19:19
**fake** 6:17,22 54:14 54:17 57:22 99:23 99:24 100:15,15 100:16
**fakes** 9:6
**family** 7:11 102:8
**far** 6:3 44:17 47:9 96:24 107:8,9
**fast** 68:25
**feat** 109:19
**feathers** 3:19,22 52:14 53:19 55:13 61:24 62:1 63:2,9 63:11,17
**federally** 13:5

00001357

TRANSCRIPT OF INTERVIEW WITH ROBERT BROOKS KNOWLTON
June 11, 2009

**fee** 11:25
**feel** 19:22
**feeling** 76:16
**fence** 66:5
**fences** 66:5
**Fergantua** 95:18
96:4,5
**Fergantua's** 40:19
**field** 60:1
**field-grade** 69:25
**fight** 55:13
**figure** 39:25 50:11
**filed** 10:20
**final** 23:16
**finally** 69:1
**find** 8:14,23,24 9:1
13:14,15 32:6
35:1 47:17 49:11
69:24 72:7 75:21
76:10,13 78:2
87:10 92:22 93:8
110:4
**finder** 101:18
**finding** 33:13
**fine** 32:18 92:6
103:11
**finished** 99:19
**first** 3:13 6:15 7:12
36:25 53:23,24
56:13 65:4
**Fish** 3:23
**five** 2:2 26:20 40:21
50:12 54:12 56:1
56:4 81:19
**flat-top** 43:14
**Flint** 16:1 47:25
**Florida** 29:15
**flow** 43:23
**flute** 43:17
**folders** 69:8
**following** 72:17
**follow-up** 52:4
**Folsom** 43:11,12,12
43:16 45:25 46:1

99:23 100:16
104:6 107:10
**Folsoms** 105:3
**foot** 79:24
**foregoing** 111:14
111:16
**foremen** 11:24
**forest** 11:12 12:16
12:17 37:4,9 75:4
75:18
**forever** 26:23 79:20
**form** 3:16 4:13,25
80:19
**formal** 19:7
**forms** 47:19
**fortunate** 11:3
**fortune** 100:7
**forward** 45:12
**found** 9:9,9 11:6
19:23 31:4,7,11
43:25 46:1 49:7
49:10 51:18 55:18
70:17 72:22 76:21
87:7,17,23 94:20
95:2,8,9 97:2
100:4 106:5,10
**four** 12:8 14:15
26:20 40:21 54:12
55:25 56:4 58:1,2
59:13 64:11 81:19
84:13 107:6
**four-wheelers** 76:2
**Fowler** 43:13 87:18
94:9,16,17 97:24
100:17,19
**frame** 7:11 17:15
43:24 76:20,23
78:4 80:1,15,17
82:17 85:23 87:4
87:5,11 90:16,22
91:7 93:1 97:1
102:10 110:4
**framed** 49:18
**frames** 7:24 49:17

61:23 63:2,3 89:8
91:16 92:23
102:19 104:1
**frank** 26:9
**Friday** 64:10,14
**friend** 11:14 16:12
17:22 25:10 60:17
94:21
**friends** 25:4 49:8
65:17 75:21 76:7
**front** 61:4
**Ft** 32:16,21 33:9
56:24 64:22
**full** 44:23
**further** 36:3
**F-E** 95:20
**F-E-R** 96:3
**F-E-R-G-U-A-T**
96:6

**G**

**G** 2:1
**gained** 19:3
**gals** 74:9
**gap** 50:7 95:14
**garage** 3:17 29:3
**GARCIA** 111:10
111:24
**Gardner** 39:25
40:8
**Gary** 89:18,20,21
**gathered** 90:12
**gem** 14:21 15:10
16:6,7
**general** 70:10 71:21
91:3
**gentleman** 25:7
30:25
**George** 63:7
**getting** 10:6 17:4
37:25 38:3,10
67:8 99:14
**give** 2:12 8:2,20
19:10 21:23 22:14

39:11 41:3 45:8
46:21 69:23 71:6
72:1
**Glen** 24:20,22
**Glendale** 83:17
85:1
**glued** 95:1
**go** 2:20,21 3:15,25
4:9 6:4 7:9,23 9:7
10:7,21 11:14
12:2,8 13:11 16:7
16:8,9,15,21
20:15 21:11 23:11
23:13 24:6,10,11
25:15,16 29:6
31:24 34:15 36:2
36:7,10 41:12
44:22 47:16 48:9
49:22 51:14,21
54:21 56:22 60:9
63:6,7,8,25 65:14
66:17 72:4,25
73:19 74:7,10
75:16 76:24 79:12
79:15 80:5,6
82:16 85:18 86:24
88:8,13,13 91:2,6
92:4 99:7 107:16
110:3,8
**God** 60:24 79:19
91:10 102:20
**Goddang** 79:4
**goes** 23:9 24:18
29:24 32:7
**going** 2:19,21,24
3:4,25 4:9 5:4
18:13,19 20:14,17
23:12 26:1 27:2
33:25 34:12 35:10
35:11 36:2 38:1,6
41:22,25 47:16,16
49:25 51:14,21
53:4,4 55:12,12
57:6 60:25 63:4,6

63:7,8,10 66:12
69:2 72:8,25
73:19 74:18 75:15
75:16 80:6,9,16
80:18 90:19 91:6
92:4,16 93:15
94:5 95:6,6 98:9
98:23 99:3,14
108:13 109:23
110:7,8,12
**good** 4:10 7:14,16
7:18 8:4,4 16:12
21:4 30:10 33:5
37:19 46:11 49:3
60:18 76:3,16
103:2,5 109:5,25
**Gore's** 9:19 24:17
65:5,20 72:5 98:3
98:3
**Goshen** 43:7 95:3
95:16
**gotten** 53:11
**GPS** 66:3 67:5,8
**grand** 1:14 2:4
12:18 42:7 45:14
50:12 52:6 56:6
62:16 64:3
**grandad** 8:9
**gravel** 50:19,20,21
50:23,25
**great** 21:7 33:4
43:12 105:12
**Greg** 35:11
**grief** 9:7 37:12
**Griffy** 94:8,13
97:25 100:17
101:2,3,23 104:16
104:18 109:10
**ground** 74:17 83:24
83:24,24 86:3
104:12,13 105:8
108:24
**grounds** 12:9
**guarantee** 22:1,1

TRANSCRIPT OF INTERVIEW WITH ROBERT BROOKS KNOWLTON
June 11, 2009

106:24 109:16,24
**guess** 30:1 31:8
42:17 54:13 72:1
72:3 78:19 92:1
**Gunnison** 83:22
85:4
**guns** 65:18
**guy** 7:24,25 12:3
15:4 17:16 25:8
25:13 32:16 33:2
35:13 39:18 53:6
53:13 54:6 63:4
76:21 83:3,4
88:19 89:23 95:5
100:8 105:7 107:5
**guys** 7:2 10:2,5
12:7 25:3 28:24
30:14,19 36:9,12
37:15 47:14,17
48:24 53:4 54:16
57:11 77:7 86:13
109:22,23
**guy's** 62:18 79:14
93:13 107:20

**H**

**hair** 56:18
**half** 44:11 76:4
**half-grinding**
105:19
**hand** 108:12
**handed** 38:15
**handle** 58:14
**Hanksville** 29:5,6,6
29:9
**happen** 26:18 36:8
**happened** 34:5
**hard** 82:25 85:5
**Harry** 11:14 16:9
16:10 25:4,6,8
44:3 94:19,21
**Harry's** 25:4,19
36:9 100:20,24
**hate** 13:23

**haul** 8:3
**hawk** 3:20,21
**Hayward** 100:21
**Haywood** 25:21,22
94:20 100:22,23
104:21
**head** 65:5 84:3
105:21
**hear** 76:23 78:3,12
**hearing** 73:3
**heart** 19:22
**hell** 17:16 40:20
50:7 54:24 82:14
95:14
**help** 6:24 70:25
71:23 79:21
**Henry** 29:23
**hereunto** 111:20
**hero** 100:7
**he'll** 8:1
**Hightower** 53:11
83:9,10 85:25
89:5,5,20,21
**Hightower's** 81:2
84:16 97:14
**high-dollar** 27:10
**hire** 4:20
**history** 6:2
**hit** 109:12
**hold** 5:13 99:5
104:10
**home** 8:7 15:22
22:10 44:23 64:8
76:15
**honest** 13:12 39:6
66:24 75:19 91:12
91:14
**honestly** 41:2
**honey** 79:19
**hook** 11:3 23:12
**hooked** 97:24
**hospital** 95:7
**host** 10:3
**hot** 13:12

**house** 20:18 57:18
61:13 63:2 64:12
73:20 88:20
**housey** 20:16
**huge** 11:1 97:17
103:2,15
**Huh** 26:25 89:1
109:14
**hundred** 42:7,8
**hunt** 9:12,16 11:8
11:13 12:8,9,16
14:10,12 34:17
35:23,25 65:2,7
66:21
**hunted** 8:14 9:19
9:22 11:9 14:6
34:24 35:2,23
74:11,11
**hunter** 64:25
106:17
**hunting** 13:11
24:11,14,18 48:11
65:9,20 74:10
**Huntsville** 29:8
**hurt** 20:14
**husband** 102:5
**husband's** 46:4

**I**

**Idaho** 36:20 82:9
82:10 86:4 105:15
**idea** 32:21 97:3
105:11
**Illinois** 82:3,4
**impressed** 102:16
**impressive** 109:19
**inaudible** 8:18
11:12 18:7 26:23
26:24 33:4 34:10
45:1 63:4 64:19
92:12 93:13 94:6
99:4,7,15
**incentive** 32:25
**inches** 50:8

**inconsistencies**
20:2
**incredible** 102:19
104:2
**Indian** 58:3 83:18
**indicated** 60:14
**indoor** 65:14
**information** 31:5
31:20
**inherited** 7:11
**initially** 6:25
**inside** 110:4,8
**interested** 60:10
**interesting** 43:15
84:11 86:7
**Interior** 4:5
**internet** 16:3 21:15
21:19
**interview** 1:2 2:3,5
2:14 3:9 34:1
35:19 41:5,20,23
51:22 52:4,24
60:12,20 75:17
80:7 110:14
**inventory** 49:24
69:8
**involved** 74:16
**issue** 73:7,8
**issued** 2:15
**issues** 3:12 52:14
56:22
**item** 23:2 38:7
48:16 72:7,9
**items** 13:18 24:7
27:11 36:14,17
38:1,4,6 51:16
67:12,18 68:13,18
78:14 90:6,11
**I-F-F-Y** 94:14

**J**

**Jackson** 6:21 7:2
70:20 91:19 94:1
96:19 100:1

**jasper** 78:9 85:12
**Jeb** 36:23,24 37:6
37:14,15
**jello** 102:21
**Jim** 72:23 76:9,11
**Jimmy** 17:8
**Jose** 80:24 81:9,13
81:15,16 82:5
83:25 86:14,16
98:12 102:25
**Joses** 81:14,15,15
81:15
**jump** 31:4,8,15
**jumping** 30:23
**Junction** 1:14 2:4
52:6 56:6 62:16
64:3
**June** 1:12 52:2
80:12

**K**

**Kansas** 82:3,5
85:10 97:12 107:9
**keep** 10:22 23:6
30:8 64:13 69:2
**keeper** 21:8 30:11
**kennel** 99:17,18
**killed** 33:1
**killer** 36:20 44:5
**kind** 13:17 25:14
30:7,23 42:5
43:16,22,23 48:17
58:5 83:5 84:11
85:19
**King** 66:21
**Kingston** 31:15
**King's** 9:22
**Kiowa** 91:17
**knew** 10:5 25:4
55:14 57:9 64:11
**knife** 43:19 48:10
80:24 81:3 84:4,5
96:19
**Knives** 26:24 27:1

00001359

**knock** 4:8
**know** 5:22 9:11
  10:2 12:15 13:11
  14:1,1 15:10 17:6
  17:16 18:8,12
  19:13,14 22:23
  26:5 27:24 28:11
  31:16 32:2,3,4
  33:19 35:7,8 36:9
  36:10,11,25 39:2
  39:7,16,18,22,22
  39:23 40:3 41:13
  42:19 44:20,25
  47:4 48:19 49:8
  49:13,15 50:18
  53:24 55:15 57:5
  57:9 58:7,9,9,17
  59:6 60:3,4,5,7,19
  60:25 61:10 62:18
  63:9,10 66:2
  68:19 70:13 71:25
  74:2 75:9,13,20
  77:1,25 78:13,16
  78:16,22 79:8,10
  79:10 81:11 82:1
  83:20 84:17 88:25
  89:2 91:15 95:9
  98:23 99:24 103:4
  103:9 104:15
  106:11,11 107:24
  107:24 108:10
**knowledge** 23:1
  74:3,5 75:6,7,11
**knowledgeable**
  58:20
**Knowlton** 1:3 2:10
  2:13,18,23 3:3,5,9
  3:9,13,20 4:3,8,12
  4:15 5:3,9,11,14
  5:16,24 6:5,10,13
  7:22 8:25 9:3,14
  9:16,18,22 10:1,9
  10:10,13,16,18,25
  11:10,13,17,20,24

12:2,7,13,19,21
12:23,25 13:3,9
13:21,23 14:1,5,8
14:10,13,16,18,20
14:25 15:3,7,9,12
15:15,19,23 16:1
16:4,7,14,20,25
17:3,19,21,24
18:2,5,13,16,21
18:24 19:1,6,13
19:16,19 20:13,23
21:1,4,10,13,16
21:20,25 22:4,9
22:12,15,17,21
23:3,5,8,11,20,22
23:25 24:3,5,9,12
24:14,19,25 25:8
25:11,21 26:1,7
26:13,18,25 27:3
27:5,8,10,13,19
27:23 28:2,5,8,11
28:16,19,22 29:2
29:9,13,23 30:5,9
30:13,17,19 31:2
31:9,13,16,21
32:3,6,9,12,22,24
33:8,13,18,21,24
34:2,6,10,14,17
34:19,25 35:4,7
35:12,19,25 36:6
36:15,18 37:6,15
37:19,22,24 38:5
38:8,12,17,20,23
39:2,5,10,13,16
39:18,22 40:2,5,8
40:13,16,25 41:6
41:8,10,15,17,21
41:24 42:3,7,11
42:13,19,23,25
43:5,10,19 44:9
44:25 45:2,6,10
45:16,19,21 46:4
46:7,10,14,17,25
47:4,7,10,12,23

48:4,9,19,22 49:2
49:6,16,21,23
50:3,6,11,14,17
50:25 51:5,10,12
51:17,20,24 52:4
52:12,16,19,22
53:1,3,24 54:2,4,6
54:9,11 55:3,5,18
55:20,22,25 56:3
56:7,10,14,17,20
57:2,5,8,14,16,21
58:1,7,13,16,20
58:24 59:2,6,10
59:13,18,21,24
60:2,7,13,16,23
61:3,9,15,17,20
61:23 62:1,3,8,13
62:15,21,23,25
63:3,18,20,23
64:2,8,10,17,20
64:23 65:1,4,10
65:13,23 66:1,4
66:10,13,15,19,24
67:2,7,10,14,17
67:20,22,25 68:9
68:15,19,23 69:6
69:10,15,18,21
70:2,9,12,17,19
70:24 71:2,5,8,16
71:19,22,25 72:6
72:10,12,16,18,20
72:22 73:9,13,15
73:23 74:2,7,20
74:24 75:6,9,13
75:20,25 76:7,9
76:12,15,20 77:5
77:11,14,16,18,20
77:24 78:8,16,22
78:24 79:1,4,7,13
79:19,23 80:3,9
80:14,15,18,22
81:22 82:24 83:3
83:15 86:13,16
87:1,3,6,9,12,14

87:17,20,22,25
88:5,7,10,13,16
88:19,23 89:1,3,6
89:11,14,17,21,23
90:1,4,8,13,15,18
90:21,23 91:1,4,8
91:10,14 92:1,6,9
92:18,22 93:2,4,7
93:17,20,23,25
94:3,7,11,13,15
94:17,19,23 95:5
95:12,20,24 96:3
96:5,11,14,17,23
97:7,9,11,21,23
98:2,8,11,17,19
98:21,23 99:1,3,6
99:13,16,21 100:1
100:3,6,11,15,19
100:22,24 101:6,8
101:10,15,17,22
102:3,5,8,13,18
102:24 103:7,10
103:12,15,19,21
103:25 104:4,7,16
104:18,21,23
105:2,6,10,14,17
105:23 106:2,5,8
106:16,19,22
107:4,9,13,18,22
108:2,6,9,19,22
109:1,4,8,10,14
109:16,21 110:6
110:10,13
**known** 54:18 59:5

---

**L**

**lady** 28:23 37:2
  44:4 45:25 95:2
  96:25
**lady's** 29:4
**Lake** 40:19 81:14
  85:19 96:9 111:7
  111:11
**Lakes** 44:12

**land** 4:5 9:23 10:7
  11:12 12:18 13:1
  13:2 15:13 36:14
  36:17 66:5,7 74:1
  74:4,6,23,23 75:3
  75:3,4,5,17 76:18
  77:1,3 78:25 88:2
  88:3 89:17 91:18
  91:21
**landowners** 11:9
  79:12
**lands** 13:7
**Land's** 88:14
**Laramie** 44:4 49:12
**large** 7:13
**Larry** 7:2
**late** 84:5,5
**Laughing** 21:3
**law** 4:18 17:7,12
**lawyer** 4:18,20
  18:10
**laying** 110:1
**leaf** 86:17
**leased** 66:6,6
**leave** 8:6
**ledge** 75:10
**legal** 7:7 16:23 17:2
  17:9 22:2
**legend** 68:5,7
**lesser-quality**
  45:24
**let's** 21:11 72:4
  80:5 86:24 99:2
**Lexor** 31:14
**license** 2:11,12
  47:18
**licensed** 47:2,5,6
**lie** 70:25
**lies** 70:20,22 71:1
**life** 53:18
**lifetime** 19:4
**liked** 10:6 13:18
**Lind** 106:4
**Linden** 106:3,5,6

TRANSCRIPT OF INTERVIEW WITH ROBERT BROOKS KNOWLTON
June 11, 2009

**line** 30:24 72:2 97:5 97:7 107:10
**lines** 19:21
**list** 31:25 70:8
**litter** 17:10
**little** 6:2 7:21 18:6 20:15 21:18 26:14 30:2 32:1 33:11 37:3,3 38:17,20 40:9 43:20 44:12 44:16 47:24 50:18 50:24 53:10,14 57:10 58:3 65:2 71:12 80:22 81:3 81:4,7,9,13,14,23 81:24 82:1,5,8,13 82:17 83:3,4,7,12 83:21,22,23 84:20 84:25 85:1,2,3,9 85:10 86:5,13 92:11,15 94:7 97:15,16 98:2,3,4 98:4,11 100:9,16 101:1,12,17,22,24 102:24 104:7,9 105:3,7 106:2,22 107:4,14,18 108:22,22
**live** 25:11,14 101:8 103:3 108:10
**lived** 8:14,15 25:12 25:13 30:2 33:8 107:24
**lives** 37:16 98:19
**living** 25:18 49:25 56:5 107:22
**load** 15:5
**local** 33:2
**locally** 8:14 76:18
**locate** 3:23
**location** 51:16
**locations** 34:13
**log** 68:1,1,3,5,6,6 68:22 69:3,5,17

**long** 19:24 34:25 50:8 55:24 56:3 57:12 59:4,11 65:14 79:18 84:10 88:9
**longer** 17:12
**look** 7:9 8:1 10:21 20:3,5 24:6 25:23 26:2 27:5 34:16 38:12 42:20,22 46:22 48:13,14 49:9 61:3 69:11 69:24 71:22 73:15 78:4 110:9
**looked** 36:21 53:14 57:22
**Looker** 102:1,2,3
**looking** 8:17,19 17:14 25:24 26:4 30:25 35:14 41:2 65:21 74:25 75:2 77:2 78:1 80:15 86:20 90:8
**looks** 81:18 83:8,10 83:25 105:8
**loss** 45:12
**lost** 45:10 62:4
**lot** 7:17 10:4,8,12 10:14 11:4 33:20 37:3 44:15 45:23 47:20 66:15 67:12 67:22 69:12 72:12 74:8 89:4 91:6
**love** 47:15
**Loveland** 28:17
**luck** 21:4
**lucky** 33:22
**L-O-O-K-E-R** 102:3

**M**

**mail** 22:11
**mailbox** 13:15
**main** 26:8

**maker** 84:1
**mall** 100:9
**man** 6:20 33:3 49:17 60:4
**Management** 4:5
**mano** 14:25
**manos** 14:22 27:4
**maps** 66:3 67:1
**Marium** 7:2
**mark** 56:8 92:17,20 101:5
**marsh** 77:21
**mately** 35:21
**material** 19:25 22:19 48:2 83:9 90:9
**materials** 78:5
**matter** 24:21 37:7 37:24 55:14,15
**ma'am** 14:13 15:19 15:23 16:4,25 18:21,24 19:1 22:10,12 41:10 55:22 59:10,18,24 60:2 61:15,17,20 64:2,17 69:15,18 75:25 90:13,15 93:20
**McCOY** 1:9 2:7,8 4:2 13:7 30:23 31:3,10,14,18,24 32:4,8,11,20,23 33:6,10,15,19,22 35:20 36:2,4 37:14,18,21,23 40:7 44:8 47:2,6,8 47:11 49:15 51:7 52:9,9 63:16,19 63:22 71:11 77:3 77:9,13,15,17,19 80:14 88:22,25 89:2 99:10,14
**McDonalds** 9:24
**McDonald's** 63:23

**mean** 13:3 17:1 24:9,14,16 28:23 33:1,3 38:3 39:5 39:24 43:3 47:1 47:22 50:6 53:5 71:1 77:9 78:11 107:23
**means** 60:25
**meet** 16:9,9
**member** 20:10
**memory** 41:16 60:25 79:22
**mentioned** 11:8 16:22 26:6 52:14
**mentioning** 78:20
**merely** 8:19
**mesa** 12:18 75:21 75:24 77:6,7,10 84:8 88:1 89:13
**Meserve** 108:23
**Meserves** 108:23 109:1
**mess** 107:24
**metate** 15:1
**metates** 14:22
**Mexico** 14:15 15:7 15:8 28:9 54:17 82:20 101:18
**Meyer** 106:3,5,6
**microscope** 48:13
**middle** 91:1
**Midland** 40:18
**midwest** 105:8,11
**Miller** 17:21
**mind** 5:8 10:3 30:16 72:25 102:21
**mine** 16:12 17:22 60:17
**mineral** 14:21 15:10 16:6,8
**miniature** 58:3
**minus** 23:15
**minute** 29:3 108:12

**minutes** 33:3
**Miramonte** 40:19 96:9
**Miranda** 2:21
**Missouri** 82:2,4
**Moab** 98:13,19 107:19
**modern** 55:1
**moment** 2:20
**Monday** 61:7 62:19 64:6,7
**money** 23:14,15 45:10,13 46:11
**Montana** 36:21
**month** 16:12
**months** 36:19 91:11 92:2
**Montrose** 6:15 100:8 102:25
**Monument** 12:20
**morning** 3:6 34:7,9 63:18 64:1,6,7 99:17
**mortgage** 64:12
**motorcycles** 77:7
**mountain** 29:7,7,17 95:25 104:11,12 104:14
**mountains** 29:20 29:23
**mounted** 65:6
**move** 64:9
**moved** 56:24 64:18
**moves** 68:25
**moving** 29:15 64:11
**mutates** 27:4
**Mutz** 68:4 91:20,22 91:22 93:11,12,19 93:25 94:25 95:13 95:14,14,16,17 97:15,16,17,17 99:22 101:2,11 107:15 109:11

Page 8

TRANSCRIPT OF INTERVIEW WITH ROBERT BROOKS KNOWLTON
June 11, 2009

**N**

N 2:1
name 6:20 11:20,21
  15:24 25:20 28:3
  29:4,17 40:7 48:6
  52:7 53:6,7,23,25
  55:2 56:13 61:5
  71:3 79:14 93:13
  94:10 95:10 97:3
  100:13 101:19
  103:9 106:9,13,13
  106:14 107:20
  111:21
names 10:2
name's 52:9
Nan 62:11
Nancy 60:16 61:10
  62:13 86:4
narrow 56:18
national 12:17,20
  37:4,8 75:3
Naturita 78:11
Nebraska 13:23
  95:1 97:12 108:14
need 5:11 18:9,11
  47:6,18 52:21
  61:9 75:18 91:12
  92:20 98:25
  107:16 110:3
needed 54:21
needles 26:21
Nevada 82:19 83:5
  96:24 97:8 102:14
  102:14
never 14:8 19:6
  25:1 58:11 59:8
  59:10,23 60:2
  62:10,22,25 66:25
  67:7 84:10
new 14:15 15:7,8
  19:25 28:9 32:11
  32:14,16,16 54:17
  82:20 101:18
nice 11:3 15:3

16:10 28:14 36:22
40:18 42:20 43:12
43:21 44:14 45:25
46:1 49:19 60:8
65:6 70:3 84:4
86:9 97:1 99:23
102:19,24 104:4
Nicholas 20:13,13
Nick 4:8
Nickel 56:21,22
night 18:6 40:6
  60:12 62:7,9
nine 34:23 35:5,24
  52:2 81:20
Nope 14:16,18 35:4
  62:23 64:17 67:7
  67:10
normally 21:1
North 106:19
northern 82:9
  86:18,18
northern-style 81:5
notches 104:13
notes 93:16
notice 42:9,25
noticed 67:11
number 61:11
  62:18 67:23 68:18
numbers 67:20
  68:12
nuts 12:23 65:18

**O**

O 2:1
obtained 19:11
obviously 80:20,23
  81:8,12,24,25
  83:11 108:20
Occasionally 28:19
occasions 26:14,15
occurred 55:23
offer 8:5
Officer 35:20 36:2
oh 13:9 17:21 28:18

32:22 33:8,10
38:8 59:21 60:16
62:8,10 70:17
77:13 79:19 86:13
91:10 98:24 106:2
oil 88:17
oilman 11:21
okay 2:13,17,19,23
  3:3,8 4:10,24 5:4
  5:9,10,16,21 6:10
  6:12,13 7:6,7,20
  7:22 9:2,15,17,21
  9:25 10:15,17
  11:7 12:1,11,13
  12:22 13:16,25
  14:4,14,17,19
  15:2,8,11,17 16:2
  16:5,18,22 17:10
  17:18,23 18:1,2
  18:15,22 19:8,15
  19:18 20:14,19,20
  20:24 21:2,9,11
  21:13,17,24 22:7
  22:11,13,16,20,25
  23:4,10,17,21
  24:4,4,24 25:22
  25:22 26:4,11
  27:3,7,9,15 28:4
  28:10,18 29:12
  30:4,7,12,12,16
  30:18 31:9,24
  32:23 33:10,10,18
  33:21,24 34:2,3
  34:14,22,24 35:2
  35:10,18 36:1
  37:13,18,23 38:2
  38:16,19,22 39:4
  39:10,21,22 40:1
  40:15,24 41:6,8
  41:21,24 42:9,25
  43:9 44:9 46:6,9
  46:13,18,24 47:11
  48:8,21 49:1,5
  50:5,13,16 51:4

51:11,14,20,24
52:2,11,19 53:2,4
53:7 54:5,9,10,11
55:4,17,19 56:2,9
57:1,7,19,24
58:15,19 59:1,3,4
59:8 60:11,13
61:8,9,16,25
62:24 63:15,19,22
64:7,15,21,25
65:8,12 66:8,14
66:16,23 67:5,9
67:11,22,24 68:17
69:4,9 70:1,6,9,14
70:23,24 71:4,10
71:15,17,19,24
72:6,15,18,19
73:2,14,17,18
74:18,20 75:8,12
75:15 76:8 77:13
78:7,23 79:3,6,11
80:5,21,22 83:2,3
83:14 84:4,24
86:1 87:8,9,21
88:15,18,19,24
89:3,16,22,25
90:5,10,14,21,21
91:1,4 92:7,10,18
93:3,5,10,15,17
93:21,24 94:7
95:4,11 96:13,14
96:23 97:10,11,12
98:1,10,11,18,20
98:21 99:21 100:2
100:14 101:7,13
101:16,17,21
102:2,7 103:7,11
103:14,24 104:6,7
104:17,17,20,22
105:1,9,13,16,22
106:2,7,8,15,18
106:21 107:2,4,8
107:12,21 108:5
108:19 109:3,9,12

110:3,7,10
old 6:6 11:3 17:14
  43:6,12,25 56:15
  77:21 84:12 104:4
ole 103:2,5
once 16:15 34:20
  36:7 65:16
ones 77:1 84:17
  87:13 105:25
  109:18
one's 92:9,9,10,10
  92:11 101:11
Oops 5:13
operate 16:5 18:20
  21:14
operated 15:21
  16:2
opinion 46:21
opportunity 39:11
order 3:12 76:23
Oregon 86:18,19
origin 70:7 71:7
  72:8
originally 13:17
  28:24
outdoor 65:15
outside 78:20
owned 12:4 13:2,4
  13:5 95:20,21
owns 9:23 88:19

**P**

P 2:1
pages 111:16
paid 23:15 100:7
painted 58:10
paleo 11:4 43:1,3
  96:19 101:2
  104:11,12,14
Palisade 77:12,16
  78:21
paper 7:6 22:15,16
  22:17 34:7,8
  53:12,21

TRANSCRIPT OF INTERVIEW WITH ROBERT BROOKS KNOWLTON
June 11, 2009

papered 99:24,25
papering 70:21
parents 46:4
park 11:12 12:8
  75:4,18
parks 12:17
part 4:25 79:9,10
  85:3
participation 52:24
party 8:12
passed 16:12 19:24
  25:7,9 44:4 49:17
  57:23 74:15
patinated 81:23
  82:15
patterns 48:13
pause 2:19 3:4
pawn 49:10,11
  103:5
pay 26:19 27:23
Paypal 23:18,20
Pedro 84:12
Pedros 84:13
Pelican 44:12 81:14
  81:16
people 7:8 8:24 9:8
  19:9,24 20:9
  21:25 22:7,10
  27:13 36:14,17
  38:14 44:15 47:15
  50:2 67:22 72:14
  103:22 109:25
percent 7:15 46:12
  106:25
perfect 28:14
period 8:8 35:25
  59:7 84:5
periods 43:23
perishables 26:12
  26:13
permission 10:6
  66:21,25 72:4
Perry 1:9 2:7 4:2
  30:22 52:9 80:14

person 31:6 48:6
  74:13
personal 24:2,3
  49:8 68:22
personally 90:12
petrified 50:7 80:22
  82:17
phone 59:7 60:23
  62:19,19 106:13
pick 17:9 22:8
  63:11 76:4
picked 37:9 63:12
  76:5
pickup 15:5
picture 21:22 36:22
  48:1 68:24 90:20
  91:25 92:2,8
pictures 69:8
  109:19
piece 28:3,6,12,14
  28:23,24 29:2,11
  29:16 30:6 36:18
  43:21 50:12 72:22
  81:2,18,23,24,25
  82:1,2,4,9,9,13
  83:10 84:11,25
  85:2,3,20,25 86:1
  86:3,5,7 98:2,3,4
  100:16 105:15,18
  106:22,24 107:4,5
  107:14,18 108:14
  108:15 109:17,24
pieces 7:13,14,16
  8:4 28:2 39:20
  40:22 42:2,3
  57:25 58:2 73:16
  76:24 80:23 81:11
pink 44:13 82:17
  85:2 98:11
Pinto 81:9
pipe 40:9,14 53:10
  53:14,20,22 54:14
  55:1 59:14
place 2:3 5:18,19

9:20 29:25 89:18
  95:9
please 20:13,17
plug 31:18
pocket 44:23
point 30:22 40:18
  43:7 49:3 54:21
  55:6 81:5,6,6,7
  82:18,25 83:8,8
  83:12,15,16,17,23
  84:1,20 85:5,11
  85:19,20,21 86:20
  92:13 94:24 95:1
  96:8,9,20,23
  97:16 98:4 99:23
  101:17,22 104:8
  105:11,12 106:2
  108:12 109:5
points 43:6 63:5,5
  68:6 69:12,25
  81:9,10,13 84:13
  97:1 98:14 102:20
  110:9
point's 91:15,17
polish 25:17
pond 108:3
ponds 105:4
poor 99:8
Poppa 99:8
popped 105:6
port 31:19,21
positive 76:12 88:2
  92:14 100:12
possible 68:20
  73:13 110:5
possibly 37:9
Post 34:11
pot 59:3
pottery 28:1,3,5
  57:21,22,25 58:2
  58:6,11 60:8,9
pouch 38:8
pre 83:12
predominantly

18:22 25:23,24
  69:20 84:6
present 2:5 4:2,19
  18:10
presented 90:17
presenting 58:6
pretty 8:22 10:7,20
  19:4 24:20 50:4
  67:3 71:8,9 73:23
  76:16 82:15 85:13
  89:7 93:9 110:1
previous 75:17
price 21:23 70:4,4
prier 96:17
prior 4:19 11:6
  59:16 82:11
private 11:8 14:6
  18:25 35:3 87:19
  88:2 91:18,21
  94:20
privately 13:4 75:5
private-deeded
  79:8
probably 6:11,17
  7:15,16 10:1 11:5
  13:24 16:11 19:13
  21:4,6 22:21 24:1
  29:13,19 30:9
  32:7 33:20 34:23
  42:7 44:6 45:12
  45:14 53:18 56:4
  56:17 58:1,2,17
  69:21,22,25 70:19
  70:21,22 71:1,2
  77:21 81:5,6 82:2
  82:2,8,11 83:8
  84:15,15,23 85:1
  85:2,10,21,24
  86:3,6,10,20 89:7
  97:12,13,21 98:13
  98:14 101:3,3
  103:16 104:9
  105:10 107:19
  109:10

problem 14:2 47:18
  63:11
proceedings 111:14
  111:17
Professional
  111:10
proliferated 9:6
promise 23:13
properties 66:17
property 12:2,8
  14:7 24:17 37:10
  40:19 44:1 46:5
  61:13 65:5,21,24
  66:25 67:4 72:5
  73:12 79:9 88:20
  94:20 97:2 102:8
  108:6
provenance 8:13
public 11:11 35:3
  36:14,17 74:1,4,6
  74:17,23,23 75:3
  75:3,17 76:18
  77:1,3 78:25
  87:19
Pueblo 101:24
  102:9
pull 56:22
purchase 97:19
purchased 74:4
purple 76:4
purpose 74:16 76:1
purveyance 23:1
put 5:18 17:14
  20:17 22:23 23:14
  32:14,16 37:2
  42:6,16 48:1,1,4,6
  53:21 61:18,21
  63:16 68:3,7,13
  70:12 71:3 72:12
  72:24 84:18 92:16
  92:20 93:6,7 94:5
  96:6 98:9,16 99:3
  99:16,17 101:4
puts 56:7

Page 10

TRANSCRIPT OF INTERVIEW WITH ROBERT BROOKS KNOWLTON
June 11, 2009

## Q

**quad** 101:12
**quarter** 42:8
**quartzite** 78:9 82:7 84:6 95:3
**Quartzsite** 16:8,21
**question** 4:24 5:7 19:14 30:10 75:1 75:14,16 78:18 91:5 92:16,20 101:5
**questioning** 4:20 4:22
**questions** 4:14 30:22 34:13 36:3
**quit** 32:13,15,24
**quiz** 74:12,13 109:25

## R

**R** 2:1 111:2
**raised** 54:24 94:24
**RAM** 32:14,17
**ranch** 20:7 66:22 70:8 72:23,24 73:1,7 74:11,12 79:2,8 87:20 88:6 88:12 95:21 96:6 96:11 102:6 103:15,20,21,22 105:2
**rancher** 11:17,21 72:13 73:5,6 88:7
**ranches** 35:8
**range** 43:8
**ranger** 1:9 2:7,7 4:2 13:7 30:23 31:3 31:10,14,18,24 32:4,8,11,20,23 33:6,10,15,19,22 34:20 36:4 37:14 37:18,21,23 40:7 44:8 47:2,6,8,11 49:15 51:7 52:9

52:10 63:16,19,22 71:11 77:3,9,13 77:15,17,19 88:22 88:25 89:2 99:10 99:14
**ranges** 65:14,15
**Raphael** 82:18
**rare** 74:9 85:19
**RASHELL** 111:10 111:24
**reach** 3:15
**read** 2:22 3:1 34:6 34:6,8
**reads** 4:14
**real** 6:22 15:3 27:10 32:25 45:13 45:25 46:1,23 65:17
**really** 6:7,9,13 7:4 7:17 10:3 11:3 13:14 16:20 18:6 30:10 37:11 39:2 43:11 44:11,14 47:14,17 54:19 57:22 63:9 79:15 105:19
**reason** 9:5 22:6
**reasonable** 73:17
**recall** 42:1 51:15 58:5,22 89:9
**receiving** 13:18
**rechips** 9:7
**recognize** 19:25 82:14 85:4 90:22 105:20
**recollect** 84:2
**recollection** 41:14 56:11 73:22 82:22 90:11
**record** 3:7,11,24 21:7 23:22 30:10 35:17 52:1 80:11
**recording** 110:8
**records** 21:3 23:7

30:7 109:21
**red** 58:16,22 78:8 80:19 81:7
**refer** 60:22
**reference** 2:15
**referred** 13:8
**referring** 10:9 77:25 80:2
**reframed** 93:4
**regard** 52:14
**regarding** 34:13 35:12 59:19
**regions** 14:15
**Registered** 111:10
**regulated** 47:9
**relatives** 9:9
**remain** 4:16
**remember** 26:22,25 29:4,21 40:5,20 48:5 56:12,15 57:24 66:13 68:20 84:9,9 88:4 100:13 101:13 106:9,14 107:20 108:2
**remind** 18:9 25:6 52:21
**remove** 61:12 63:1
**removed** 62:6
**rep** 62:17
**Repatriation** 17:7
**repeat** 52:17
**rephrase** 91:5
**report** 40:13
**Reporter** 111:11
**represent** 4:21
**require** 19:10
**required** 47:19
**resharpened** 83:17 109:5
**resharpening** 86:9
**residence** 3:10 6:1 51:16 52:5 73:25 74:22 80:16

**respected** 25:1
**response** 20:22
**restored** 101:20
**retained** 61:6
**revolves** 13:10
**Rick** 17:11,20,21
**rid** 37:25 38:3
**ride** 76:2 77:7
**riffs** 49:6
**right** 4:16 5:15 10:24 18:7,19 20:21 28:3,18 29:18,18,19,22 30:15,17 36:15 37:3,8 45:2 51:8 57:23 60:11 61:12 72:2 77:9 81:3,18 81:21,22 83:20 84:3,13 85:3 86:12,14,25 87:23 88:20 93:6,21 94:2 95:12,16 96:17,19 97:2,16 100:18 104:8 105:6,21 108:3,18 108:25
**rights** 2:22,25 4:1,6 4:16,23 5:1,8
**right-hand** 80:19
**Rita** 77:9,11
**river** 95:2 97:12 106:10,16 108:15
**Road** 56:5
**Robert** 1:3 2:9 3:9 52:4,11
**rock** 15:9 25:15 46:22 94:24
**rocket** 39:24 50:15
**rocks** 38:1,3 44:23
**Rogers** 49:2
**rolled** 53:17
**rot** 63:13
**roughly** 97:20
**row** 81:20,23 84:13

**RPR** 111:24
**run** 17:13 23:8,17 32:15
**rundown** 69:23
**running** 7:5 32:13 33:5 39:19
**runs** 33:4

## S

**S** 2:1
**safe** 26:10
**sale** 23:7 29:3 95:8
**saleable** 7:14
**Sales** 10:9
**Salt** 111:7,11
**San** 80:24 81:9,13 81:14,15,15,15,15 81:16 82:5,18 83:25 84:12,13 86:14,16 98:12 102:25
**Sandy** 81:2 83:9,10 84:16 85:24,24 89:5 97:13
**satisfying** 7:4
**saw** 73:16
**saying** 75:10,11 108:7
**says** 4:25 8:5,5,6 17:12 22:17 24:23 36:25 37:6 47:25 53:14 54:14,14,16 54:17,25 55:6 70:15 71:18 78:2
**scenarios** 73:3
**scheduled** 61:6
**school** 19:7
**Schultz** 76:12
**scientist** 39:25 50:15
**Scott** 32:12
**Scottsbluff** 85:11 86:8 92:11
**scrapers** 29:11

TRANSCRIPT OF INTERVIEW WITH ROBERT BROOKS KNOWLTON
June 11, 2009

scratch 93:8
search 2:15 3:16
  5:22 51:19 67:12
searching 5:25
seat 61:4
second 5:7,13
secretary 64:5
security 45:13,18
see 18:1 25:3 28:19
  51:15 59:9,23
  60:9 61:6 63:6,7
  63:13 64:5 67:18
  69:12 76:3 105:18
  106:8 107:6
  108:23,24
seeing 33:17 68:13
seen 53:18 85:23
sell 10:11,13 22:13
  25:18 37:12 40:4
  45:22,23 53:9
  63:12 71:12 82:25
  83:1 84:10 85:5
  85:22 103:23
selling 19:9,23
semi-log 69:6
send 22:5,5 37:6,8
sending 54:25
sends 48:16
sense 17:19 38:23
  44:7 51:5,6,7
  71:16 72:16
sent 36:19,23 53:12
serious 47:14
serrated 84:20
serrations 84:21
service 3:23 11:12
  11:12 12:16,17
  75:4,4,18,18
set 26:21
seven 6:6 43:25
  49:16,16 81:19
Shannon 1:8 2:5
  4:1 52:7
she'd 97:2

Shirley 11:18 101:1
shirt 85:12
shit 39:6
shook 18:6,6
shoot 65:15,16
shop 16:1 29:5,10
  47:25 49:10 103:5
shops 49:11
short 56:4 60:24
  85:6 105:19
Shoshone 84:5
shot 65:4,11
show 14:22 15:10
  44:22 63:4 68:15
  80:3 90:19
showed 66:4
showing 51:22
shows 16:6,8 25:15
Shumway 53:6,13
  54:21 55:9 57:9
  57:10
Shumway's 56:12
side 43:16,17 68:24
  80:19 95:24
side-notched 82:18
sign 3:1,16 5:11,17
signed 17:8 46:8
  52:21 70:15,16,16
silent 4:16
Silver 85:19
similar 102:25
  106:20
similar-type 85:11
Simms 104:25
  105:1
sinew 53:19
single 43:17
sister 40:10 96:11
site 40:13 106:3
sits 29:18
sitting 52:5,12
  99:12 108:3
six 50:12 81:19
  91:10 92:2 102:19

sixteen 45:21
size 22:21 48:1
skunked 76:16
slapped 60:4
slave 36:20
slope 8:15
slow 32:18,25 93:15
Smith 74:11 87:20
smoked 109:23
social 45:13,17
societies 20:10
sold 46:10 53:22
  54:11 66:15 68:2
  68:9 69:23,24
  89:18 91:8 92:3,3
  92:7,9,10,10,10
  92:11,11,12,12,13
  92:13,13,14,15,23
  93:1 96:21 102:1
  103:25 104:5
  106:1
solve 47:18
somebody 7:10,11
  9:11 37:16 45:24
  48:16 73:12 74:5
son-of-a 54:18
sorry 28:15 49:15
  62:12 94:1 99:8,9
  99:13 106:12
sort 104:14
south 44:17 77:17
  84:23 100:8
southeastern
  104:24
southern 86:18
southwestern 82:20
  83:6 84:23
speak 52:20
speaking 2:9
special 1:8 2:5 52:7
specific 67:4 70:8,8
spell 96:1
spent 6:16
spoke 62:22 88:22

spoken 62:10
springs 12:5 94:24
  102:14,23
ss 111:6
staff 1:9 2:7 4:2
  52:10
start 6:5,7,8 38:13
  80:18 91:1
started 6:7,9,14,25
  7:1,5,19 68:23,24
starting 32:18
state 1:9 2:7 4:2
  11:11 12:17 13:2
  13:6,7 47:9 52:10
  70:11 71:21 72:1
  73:11 75:4,18
  111:5,12
statements 4:24
states 4:4 107:7
state-owned 13:1
stating 55:1
stay 20:16
steel 38:9
steel-tips 53:19
stem 82:11
Stermer 53:12 55:3
sticking 79:24
stock 9:6 105:4
stone 15:3
stop 16:19 20:17
  35:10 49:8 63:6
  80:7
stopped 33:2
storage 64:15
store 30:2
story 19:21 71:13
  86:22
stoved 99:10
straight 21:10
  108:24
Street 1:13 2:4 52:5
strictly 13:10
studied 58:11
stuff 7:3,4,15,18

12:5 13:10,19
  20:1 21:7 25:16
  28:20 30:13 32:7
  36:24 38:9 44:18
  44:19,20,20,21
  45:23,23,24 49:7
  58:9 68:10,25
  70:3,21 83:10
  84:14 86:20 89:8
  103:16
Stump 102:14,23
subscribed 111:20
successful 8:22
supersedes 17:13
supervision 111:16
supposed 39:7
supposedly 28:8
sure 12:14 20:21
  33:16 39:1,8,12
  57:6 76:9 82:13
  83:11,23 84:14
  89:24 93:9 99:22
  104:18 105:7
  109:11 110:1,6
surface 13:5 17:10
surrounding 84:2
Sweetwater 20:8
  86:11 96:18,20
  98:6,8,10 106:23
Systems 12:17

T
T 111:2,2
tags 67:13,17,19
take 12:8 23:18,20
  23:20,25 24:3,17
  25:17 26:2 27:6
  27:24 36:17 39:24
  42:16 46:11,11
  47:24 53:4 55:8
  55:12 74:17 80:3
  106:25
taken 24:1 76:18
  80:15 91:25 92:2

00001365

TRANSCRIPT OF INTERVIEW WITH ROBERT BROOKS KNOWLTON
June 11, 2009

takes 56:11
talk 3:5 5:8 6:1,2,4
  17:5 19:8 21:17
  35:11 52:25 54:21
  62:8 79:11
talked 18:3 34:3
  37:16,25 54:16
  59:7,13,16 60:15
talking 17:11 30:24
  32:5 62:5,6 70:20
  73:19 78:13
tall 56:18
tape 2:20 52:18
tape-recorded
  111:14
Tarantula 75:21,24
Taylor 36:23 37:15
teaches 6:22
technology 8:21
Ted 39:25 40:8
  78:1
telephone 3:14
telephonically
  59:12
tell 6:22 20:25 29:3
  29:17 30:13,14
  34:15 36:13,24
  39:17 46:22 48:12
  48:20 50:3 58:7
  60:24 66:20 68:16
  72:13 73:16 74:24
  79:1,4,7,14,24
  80:9 90:24 92:3
  103:1 104:9
  107:15 108:13
telling 20:20 73:21
ten 7:15,24 24:1
  34:23 46:21 81:20
Tennessee 101:11
tense 108:7
term 60:25
terms 27:2
terrible 10:18
  57:12

Texas 8:15 44:19
  84:21
Thank 51:25
thing 3:13 26:8
  36:21 37:12 40:17
  51:9 61:13 67:16
  104:1
things 20:3,5,9
  27:15 34:4 41:18
  43:22 47:15 53:9
think 10:22 13:9
  25:14 26:20 29:16
  29:19 33:15 36:4
  36:15 37:10 40:21
  42:1 43:10 45:4
  46:22 47:13,13,18
  53:8 54:17 57:8,9
  60:24 77:20 83:25
  88:1,23 91:16
  92:13 100:11,12
  102:14 109:12
thinking 67:8 101:3
third 8:12
thought 26:10
  36:22 62:4 69:1
  76:22 78:2,12
  107:10
thoughts 36:13
thousand 56:23
  77:22
three 14:22 28:2
  31:11,13 36:19
  54:12,13 58:1,2
  64:23 73:3 81:19
  84:12 86:12 89:8
  105:3
three-and-an-eig...
  50:8
three-day 76:1
throwing 27:2
Thunder 29:7
tied 28:24
time 3:10 4:23 5:19
  5:19 7:10 12:12

17:15 19:24 24:22
  29:15 30:20 34:25
  35:15 36:3,5
  43:23 51:22,22
  52:3,21 55:8
  57:12,17,18 65:8
  65:14 68:17 69:4
  76:3,25 77:22
  79:16 80:6,7,17
  84:10 88:8 103:23
  110:8
times 22:9 54:22
  59:14 72:12 74:8
tion 26:15
tions 19:3
tip 43:20 48:11
  51:1 105:23
tips 38:9
today 52:13
Tokos 1:8 2:2,6,9
  2:14,24 3:4,8,21
  4:1,10,13 5:4,10
  5:13,15,17,25 6:8
  6:12 7:20 8:23 9:2
  9:12,15,17,21,25
  10:8,11,15,17,24
  11:7,11,16,19,23
  12:1,6,11,14,20
  12:22,24 13:1,4
  13:16,22,25 14:4
  14:6,9,12,14,17
  14:19,24 15:2,6,8
  15:11,14,17,21,24
  16:2,5,13,18,22
  17:1,18,20,23
  18:1,3,8,15,18,22
  18:25 19:2,8,15
  19:18 20:12,20,24
  21:2,9,11,14,17
  21:24 22:3,7,10
  22:13,16,20,25
  23:4,6,10,17,21
  23:24 24:2,4,6,10
  24:13,16,24 25:6

25:10,19,22 26:4
  26:11,17,24 27:1
  27:4,7,9,12,15,22
  28:1,4,7,10,15,18
  28:21 29:1,8,12
  29:22 30:4,7,12
  30:16,18,21 33:25
  34:3,8,12,15,18
  34:24 35:2,5,10
  35:15,18,19 36:1
  36:13,16 37:5,13
  38:2,7,10,16,19
  38:22,24 39:4,8
  39:11,14,17,21
  40:1,4,12,15,24
  41:2,7,9,11,16,18
  41:22,25 42:5,9
  42:12,14,22,24
  43:3,9,18 44:24
  45:1,4,8,15,17,20
  46:3,6,9,13,15,18
  46:24 47:1,21
  48:3,8,15,21 49:1
  49:5,20,22 50:1,5
  50:10,13,16,23
  51:4,6,8,11,14,18
  51:21,25 52:2,7
  52:11,17,20,23
  53:2,23 54:1,3,5,8
  54:10 55:2,4,17
  55:19,21,23 56:2
  56:6,9,12,15,19
  57:1,3,7,13,15,19
  57:24 58:5,12,15
  58:19,22 59:1,4,8
  59:11,16,19,22,25
  60:5,11,14,22
  61:2,8,12,16,18
  61:21,25 62:2,5
  62:10,14,20,22,24
  63:1,15,25 64:7,9
  64:15,18,21,25
  65:3,8,12,19,24
  66:2,8,11,14,16

66:23 67:1,5,9,11
  67:15,18,21,24
  68:8,12,17,21
  69:4,9,14,16,19
  70:1,6,10,14,18
  70:23,25 71:4,6
  71:10,15,17,20,24
  72:3,7,11,15,19
  72:19,21 73:2,10
  73:14,17,24 74:3
  74:18,21 75:2,8
  75:12,15,24 76:6
  76:8,11,14,17
  77:23 78:7,14,19
  78:23,25 79:3,6
  79:11,18,21 80:1
  80:5,12,14,21
  81:21 82:22 83:2
  83:14 86:12,15,24
  87:2,5,8,10,13,16
  87:19,21,24 88:3
  88:6,9,11,15,18
  88:24 89:4,9,12
  89:16,20,22,25
  90:2,5,10,14,16
  90:19,22,24 91:2
  91:5,9,12,24 92:4
  92:7,16,19,25
  93:3,5,10,15,18
  93:21,24 94:2,5
  94:10,12,14,16,18
  94:22 95:4,11,19
  95:23 96:1,4,10
  96:13,16,22 97:5
  97:8,10,19,22
  98:1,7,9,16,18,20
  98:22,25 99:2,5
  99:12,19,25 100:2
  100:5,10,14,18,21
  100:23 101:4,7,9
  101:13,16,21
  102:2,4,7,12,16
  102:23 103:6,9,11
  103:14,17,20,24

00001366

TRANSCRIPT OF INTERVIEW WITH ROBERT BROOKS KNOWLTON
June 11, 2009

104:3,6,15,17,20
104:22 105:1,5,9
105:13,16,22,25
106:4,7,15,18,21
107:2,8,12,17,21
108:1,5,7,17,21
108:25 109:3,7,9
109:12,15,18
110:3,7,11
**told** 31:3 34:4,21,21
54:20 55:6,8 60:8
60:21 76:20 78:3
79:15 86:23,24
87:2,6 100:3,4
107:11
**Tom** 32:12
**tonight** 53:4 109:22
**tool** 22:22
**top** 48:1 80:19
82:16 105:21
**tough** 30:20
**towers** 107:5
**town** 9:24 77:17
95:6
**track** 19:22 20:9
**trackable** 38:21
**tracked** 68:25
**Tracy** 63:7
**trade** 38:1,4,6,7
53:15,16
**traded** 53:20
**tradeware** 58:17
**trailer** 3:17 25:14
64:24 108:2
**trailers** 107:23
**train** 62:4
**transcribed** 111:15
**TRANSCRIPT** 1:1
**transcription**
111:17
**tried** 84:10
**trip** 16:21
**trips** 64:23
**truck** 16:16 25:15

43:1 63:24
**trucks** 66:15
**trudge** 13:13
**true** 11:22,24 17:12
36:10 70:22 72:24
72:24 76:22
111:17
**True's** 72:23
**trust** 13:7
**truth** 55:14,15
80:10
**try** 8:13 18:13 26:8
42:1 43:21,21
70:4,5 71:12,13
73:11
**trying** 3:13 33:15
33:16 40:5 62:16
64:3,4 71:6 79:21
79:23,24
**tuarosa** 83:7
**Tucson** 16:10
**turkey-feather**
27:20
**turn** 33:22
**TV** 102:6
**two** 14:22 28:13
31:14 36:8 53:17
54:12 56:23 61:23
80:22 81:19 84:12
87:15 89:8 97:4
107:2,17
**type** 46:16 48:1
**typed** 22:19,19
**types** 26:5
**typewriting** 111:15
**typically** 50:18
**TZ** 102:6

**U**

**ugly** 58:3
**uh** 90:1
**Uh-huh** 5:24 11:10
11:16,19,23 12:6
13:22 14:24 15:14

22:3 23:24 24:13
27:12 28:7,21
29:1 31:2 37:5,22
40:12 43:18 44:8
44:24 46:3 48:3
50:10 53:3 58:12
62:2,14 65:3,23
67:14 68:8 72:11
73:9 77:18,23
86:15 87:1,12
94:15 96:10,16
98:17 100:5,19,24
102:12,24 103:6
104:16 105:5
**unable** 3:14
**uncomfortable**
19:16
**understand** 2:25
4:15 5:1 17:7 39:1
62:20
**United** 4:4
**units** 64:16
**unknown** 108:18
**unusual** 43:16
**upload** 31:20
**uploaded** 31:6
**upper** 12:4
**USB** 31:18,19,21
**use** 31:22 50:21
66:3,3 67:1,5
**usually** 7:13 8:9
9:10,10 10:6
19:19,21 20:22
22:15 26:19 36:7
43:17 50:21 70:3
**Utah** 13:24 14:3,8,9
14:11,12 29:8,9
34:4,5,13,17 35:1
35:3,22,23,23
40:10 75:24 76:19
78:9 80:20,24
81:8,10 82:19
83:6 84:23 96:24
111:5,12

**Utah's** 14:1
**Utah-Idaho** 97:5
**Utah-Nevada** 97:7
97:9
**U-T-Z** 93:19
**U.S** 2:15 3:23

**V**

**vag** 25:12
**vagabond** 25:13
**valley** 29:18,20,24
**value** 42:5
**variety** 70:2
**various** 67:18
**vehicle** 3:17,19,22
51:19 61:19,22
63:17
**verbal** 19:14 20:22
50:4
**verify** 2:25 9:20,23
56:21 66:12
**Vern** 54:3
**Vernal** 40:10
**Vernon** 54:4
**visited** 6:20
**voluntary** 52:25
**volunteer** 36:6

**W**

**Wagon** 49:13
102:11
**wait** 108:12
**waiver** 2:21 3:1
4:25
**walked** 60:3
**walking** 52:13
73:20
**walk-through** 42:1
**Walsh** 106:9
**want** 6:5,6 8:1
20:15,16 36:19,25
39:1,8,15 40:3
42:17 47:17 48:16
49:9 51:9 55:25
57:5 72:14 73:5

83:1 84:23 85:22
87:23 93:5 104:10
107:1
**wanted** 3:5 15:16
60:8,18 76:22
78:3,12 100:7
**wants** 25:14
**ware** 32:25
**warrant** 2:15 5:23
41:4 67:12
**Warren** 9:19 24:19
65:5,20 67:3
72:14
**Warren's** 66:17
**wasn't** 55:9 63:6,8
**way** 8:21 25:1,13
30:23 45:3,3
63:14 71:13 84:22
105:18
**ways** 7:23
**wear** 48:13
**website** 21:21 69:20
69:21 70:3
**week** 56:25
**weeks** 36:8 54:13
64:11
**Wells** 35:11,13
**went** 3:11 6:19,19
6:19 10:13 11:1
17:17,24 19:7
25:2,3 45:11
53:22 54:19 63:20
65:9 66:6,25
68:10 76:1,7
85:22
**weren't** 7:4
**western** 9:18 84:14
85:9,14,15,16,16
85:21 90:6 105:18
**we'll** 82:16 92:22
96:14
**we're** 2:21 3:24
5:22 18:19 35:10
35:18 41:22,25

GARCIA and LOVE
801.538.2333

00001367

TRANSCRIPT OF INTERVIEW WITH ROBERT BROOKS KNOWLTON
June 11, 2009

51:14 55:12 68:12
80:13,15,16,18
99:19 110:8
**we've** 70:7 81:18
**whatsoever** 31:7
**wheelers** 12:9
**When's** 65:8
**WHEREOF**
111:20
**Whifley's** 86:5
**whipped** 106:12
**white** 58:9,23,25
67:19 81:23 85:3
**whoa** 95:19,19,19
**whoever's** 65:24
**wife** 24:22 57:13
**wife's** 53:7
**Wildlife** 3:23
**Wind** 82:8 86:8
**wings** 51:1 85:6
**wish** 4:22 5:8 99:16
99:17
**witness** 5:14,18
111:20
**wood** 50:7 80:23
82:17
**wore** 51:3
**work** 11:1 32:20
102:5
**works** 32:18
**world** 48:25
**worth** 7:17 9:7
10:22 37:7 50:12
66:20
**wouldn't** 31:16
58:4,8 60:3 77:11
84:17
**wound** 44:10
**Wow** 104:3
**wrapper** 63:23
**write** 5:5
**writing** 93:22
**wrong** 45:2 56:11
**wrote** 60:24

**Wyoming** 11:14
13:21 20:6 25:2
25:16 36:7 37:17
44:2,16 72:23
76:19 81:1,5,6
82:9,11,12 83:16
84:25 85:1,7
94:22 98:5 106:23
**Wyvet** 53:7 57:14

**X**

**X** 93:6,7
**Xs** 92:5

**Y**

**yeah** 13:21 16:13
16:14 18:5 26:1
26:17 27:22 31:14
32:10 33:10 34:10
45:16 56:7 59:21
65:13 71:8 77:15
77:19 78:4 88:23
93:7,23 96:5,23
99:5 109:8
**year** 10:4 16:21
23:11,13 32:22
36:7 40:25 45:5
45:15
**years** 6:6 24:1 25:5
28:13 30:2,3,3,3
34:23,23 35:6,24
43:6,25 56:1
77:22 88:10
**year-and-a-half**
40:23
**Yellow** 107:25
**Yep** 38:24 95:23
100:18
**yesterday** 17:11,25
18:4 34:5

**Z**

**Zapata** 74:12

**$**

**$15** 50:19 70:2
**$16,000** 45:21
**$25** 83:1
**$25,000** 6:17
**$30** 70:2 83:1
**$5** 50:19
**$8,000** 10:22

**0**

**08-773-0007** 1:4
**08/22/1943** 2:11
**09-sw-05173** 2:17

**1**

**100** 106:25
**11** 1:12 80:12 81:22
**11th** 52:2
**11:00** 2:3 61:7 64:6
**11:42** 3:11
**11:45** 5:20
**12** 88:10
**12,000** 43:6
**12:10** 35:16
**12:15** 35:21
**12:28** 51:23
**13** 89:7
**1602** 1:13 2:3 5:19
52:5
**1800s** 38:15
**1880** 53:19
**1890** 53:19
**19** 110:12
**1997** 6:11 56:24
65:10

**2**

**20** 46:11
**20th** 111:21
**2001** 10:16
**2003** 56:8 69:10
89:11 97:21
**2004** 56:8
**2007** 16:20
**2009** 1:12 52:3
80:13 111:21

**274** 2:8 52:10
**28** 45:14

**3**

**3,000** 42:2,3
**30** 22:5
**30ish** 56:17
**300** 7:14
**31** 56:5
**35** 2:6 52:8
**350** 7:13

**4**

**40** 7:16
**40s** 11:6
**400** 7:13,14
**45** 103:16

**5**

**5:20** 52:3
**5:46** 80:8
**5:49** 80:13

**6**

**6/11/09** 3:10 5:20
**6:00** 110:11

**7**

**75** 21:21 98:14

**8**

**80s** 29:14
**81503** 1:14 2:4 52:6

**9**

**90s** 29:14
**91** 32:7
**921244878** 2:11
**9260-13** 4:13

Page 15