Form 9260-13
(February 2002)

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**ADVICE OF RIGHTS**

**CONSTITUTIONAL RIGHTS** *(English)*

Before we ask you any questions, you must understand your rights.

You have the right to remain silent.
Anything you say can and will be used against you in a court of law.
You are entitled to have a lawyer present with you prior to and during any questioning.
If you cannot afford to hire a lawyer, one will be appointed to represent you before any questioning if you wish.
You can decide at any time to exercise these rights and not answer any questions or make any statements.

**WAIVER**

Do you understand each of these rights I have explained to you? _Yes_
Yes/No

Having these rights in mind, do you wish to talk to us now? _Yes_
Yes/No

_1602 Dolores St. Grand Junction, CO_    _11:45 am_    _6/11/09_
(Place)                                   (Time)                (Date)

_____        _____
(Signature of Witness)                                 (Signature of Defendant)