(Rev. 05-01-2008)

**UNCLASSIFIED**

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE  **Date:** 10/13/2009

**To:** Salt Lake City

**From:** Salt Lake City
   C2
   **Contact:** SA Patrick G. Brosnan, x4613

**Approved By:** Larson Matthew D

**Drafted By:** Brosnan Patrick G;pgb

**Case ID #:** 87-SU-63004   (Pending)

**Title:** CERBERUS ACTION

**Synopsis:** Document payments to Source.

**Details:** Per the request of AUSA Robert Mydans, this office is providing a breakdown of FBI payments made to Source SU 6129 for services rendered.

```
12-13-06   10,000.00
03-09-07    3000.00
04-16-07    2000.00
05-14-07    5000.00
06-11-07    6000.00
07-10-07    3000.00
08-21-07    7500.00
09-18-07    7500.00
10-01-07    7500.00
11-16-07    7500.00
12-06-07    7500.00
01-08-08    7500.00
02-13-08    7500.00
03-13-08    7500.00
04-04-08    7500.00
05-01-08    7500.00
06-04-08    7500.00
06-30-08    7500.00
08-04-08    7500.00
08-29-08    7500.00
09-30-08    7500.00
11-03-08    7500.00
```

**UNCLASSIFIED**

**UNCLASSIFIED**

```
To:  Salt Lake City  From:  Salt Lake City
Re:  87-SU-63004, 10/13/2009


12-08-08   7500.00
02-09-09   1000.00
03-09-09   1000.00
07-02-09   3500.00


♦♦
```

**UNCLASSIFIED**

2