IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00383-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ROBERT B. KNOWLTON,

    Defendant.

---

GOVERNMENT RESPONSE TO DEFENDANT'S MOTION FOR DISCLOSURE OF IMPEACHMENT EVIDENCE PURSUANT TO F.R.E. 609(A)

---

    The United States of America, by David M. Gaouette, United States Attorney and Robert E. Mydans, Assistant United States Attorney, files this response to the above-styled motion filed by the defendant.

    The defendant seeks an Order from this Court requiring the government to produce any impeachment evidence currently in, or forthcoming into, its possession that:

    1. Is evidence of any conviction of a crime punishable by in excess of one year of any government trial witness; and

    2. Is evidence of any conviction of a crime of a government trial witness that has as an element proof or admission of an act of dishonesty or false statement by the witness.

    The government responds that to it's knowledge, no government trial witness

has been convicted of any crime punishable by in excess of one year imprisonment or where an element of such crime would be proof or admission of an act of dishonesty or false statement by such witness. If such information comes to the attention of government counsel, such information will be made available immediately to defense counsel.

Respectfully submitted this 4th day of January, 2010.

                                      DAVID M. GAOUETTE
                                      United States Attorney

                                      s/__Robert E. Mydans_____
                                      Robert E. Mydans
                                      Assistant United States Attorney
                                      1225 17th Street, Suite 700
                                      Denver, CO 80202
                                      Phone: (303) 454-0100
                                      Fax: (303) 454-0402
                                      bob.mydans@usdoj.gov

### CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify on this 4th day of January, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Jeffrey S. Pagliuca**
Haddon, Morgan & Foreman, P.C.
Email: jpagliuca@hmflaw.com

        s/__Deborah Sisung_____
        Deborah Sisung
        United States Attorney's Office
        1225 17th Street, Suite 700
        Denver, CO 80202
        Phone: (303) 454-0100
        Fax: (303) 454-0402
        deborah.sisung@usdoj.gov

0