

Office of the Circuit Executive

# Ninth Circuit Model Criminal Jury Instructions
## 9.8 TRAFFICKING IN ARCHAEOLOGICAL RESOURCES
### (16 U.S.C. §§ 470EE(b)(2) and (d))

The defendant is charged in [Count _____ of] the indictment with trafficking in archaeological resources in violation of Section 470ee(b)(2) and (d) of Title 16 of the United States Code. In order for the defendant to be found guilty of that charge, the government must prove each of the following elements beyond a reasonable doubt:

First, the defendant knowingly [[sold] [purchased] [exchanged] [transported] [received] [offered to sell] [offered to purchase] [offered to exchange]] [[*archaeological resource*]] that was of archaeological interest and at least 100 years of age; and

Second, the [*archaeological resource*] had been removed from [*e.g.*, the Tonto National Forest] without a permit from the [*e.g.*, Chief of the United States Forest Service].

The government is not required to prove that the defendant knew that the [*archaeological resource*] had been removed from public lands.

### Comment

Knowledge that the archaeological resource was on government land is not an element of the offense. *Cf. United States v. Howey*, 427 F.2d 1017 (9th Cir.1970) (holding that a defendant's knowledge of government ownership of property is not an element of the offense of theft of government property under 18 U.S.C. § 641).

If the value of the resource is disputed, the jury should be instructed to make a finding of whether the value was more than $500.

For a definition of "archaeological resource," see 16 U.S.C. § 470bb(1).

In a prosecution under § 470ee(a), the Ninth Circuit stated that for a felony conviction, the prosecution must prove that a person charged under ARPA knew, or at least had reason to know, that the object taken is an "archaeological resource." *United States v. Lynch*, 233 F.3d 1139, 1145-46 (9th Cir. 2000).

Rev.3/2002

**Document Download(s)**

| File type: | File(s) for download: | Size of file(s): |
|---|---|---|
| WordPerfect | Click on the icon(s) below to start download.<br>9.8.revised.wpd | 4 KBytes |