# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE PHILIP A. BRIMMER

Courtroom Deputy: Ginny Kramer  
Court Reporter: Janet Coppock

Date: January 4, 2010

**CASE NO.  09-cr-00383-PAB-1**

Parties

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ROBERT B. KNOWLTON,

    Defendant.

Counsel

Robert Mydans

Jeffrey Pagliuca

## COURTROOM MINUTES

**MOTIONS HEARING**

**4:07 p.m.      Court in Session.**

The Defendant is present in court, on bond.

Court calls case.  Appearances of counsel.

Preliminary remarks by the Court.

Statements to the Court by Mr. Mydans, for the Government.

Statements to the Court by Mr. Pagliuca, for the Defendant.

**It was ORDERED:**

    1.    That the Government's Unopposed Motion to Continue *Trial Date, to Vacate Trial Date, Motion Hearing, and Final Trial Preparation Conference,* [#25] filed December 11, 2009, at **GRANTED.**

    2.    That the Jury Trial scheduled for February 1, 2010, is **VACATED.** That the Motion Hearing set for January 14, 2010, is **VACATED.** That the Trial Preparation Conference set for January 28, 2010, is **VACATED.**

    3.    That Jury Trial is scheduled for **March 29, 2010 at 8:00 a.m.** That a Trial Preparation Conference is scheduled for **March 26, 2010, at 11:00 a.m.** That a Motion Hearing is scheduled for **March 4, 2010, at 1:30 p.m.**, the Court reserving the reminder of the afternoon.

**4:33 p.m.**     **Court in recess.**

Total in court time. 00:36 minutes
Hearing concluded.