IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 09-cr-00383-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT B. KNOWLTON,

    Defendant.

---

**ORDER TERMINATING PROBATION
PRIOR TO ORIGINAL EXPIRATION DATE**

---

    On January 6, 2012, the probation officer submitted a petition for early termination of probation in this case. On January 6, 2012, the court ordered that the probation officer serve the petition on the United States and that the United States respond in writing within fifteen days of the date of service. The petition was served on the United States on January 9, 2012, and the United States has not objected to the proposed relief. Accordingly, it is

    ORDERED that the defendant be discharged from probation and that the proceedings in the case be terminated.

    DATED February 3, 2012.

                                              BY THE COURT:

                                              s/Philip A. Brimmer
                                              PHILIP A. BRIMMER
                                              United States District Judge